IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN<br><br>*Ex rel.* CATHLEEN FORNEY<br><br>               Plaintiffs,<br><br>  vs.<br><br>MEDTRONIC, INC.,<br><br>               Defendant. | Case No. 5:15-cv-6264-EGS |

**DEFENDANT MEDTRONIC, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Medtronic, Inc. hereby discloses that its ultimate parent company is Medtronic plc.  Medtronic plc is a publicly traded company, the shares of which are traded on the New York Stock Exchange.  Medtronic plc is the only publicly held corporation that directly or indirectly owns 10% or more of Medtronic, Inc.

                                        Respectfully submitted,

                                           /s/ Katherine M. Glaser
                                        Ronni E. Fuchs
                                        Katherine M. Glaser
                                        PEPPER HAMILTON LLP
                                        3000 Two Logan Square
                                        Eighteenth & Arch Streets
                                        Philadelphia, PA  19103-2799
                                        (215) 981-4000

Date:   April 4, 2017                *Attorneys for Medtronic, Inc.*

-2-

## CERTIFICATE OF SERVICE

The foregoing document was filed electronically on April 4, 2017 and is available for viewing and downloading via the Eastern District of Pennsylvania's Electronic Case Filing ("ECF") system.  The foregoing document will be sent electronically via the ECF system to the registered participants as identified on the Notice of Electronic Filing, including the Plaintiff States per the Court's order of December 23, 2016 (Dkt. No. 14).  I certify that on April 4, 2017, in addition to the Notice of Electronic Case Filing automatically generated by the ECF system, I caused the foregoing document to be served via email upon the following:

Susan L. Burke
Law Offices of Susan L. Burke
1611 Park Avenue
Baltimore, MD  21217
sburke@burkepllc.com


/s/ Katherine M. Glaser
Katherine M. Glaser