IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN<br><br>*Ex rel.* CATHLEEN FORNEY<br><br>    Plaintiffs,<br><br>  vs.<br><br>MEDTRONIC, INC.,<br><br>    Defendant. | Case No. 5:15-cv-6264-EGS |

### NOTICE OF APPEARANCE

Kindly entry the appearance of Ronni E. Fuchs on behalf of Defendant Medtronic, Inc. in the above-captioned matter.

                                              Respectfully,

                                              /s/ *Ronni E. Fuchs*
                                              Ronni E. Fuchs (PA Bar No. 65561 )
                                              Pepper Hamilton, LLP
                                              3000 Two Logan Square
                                              18th & Arch Streets
                                              Philadelphia, PA 19103
                                              Telephone: (215) 981-4000
                                              Fax: (215) 981-4750
                                              Email: fuchsr@pepperlaw.com

Dated: April 6, 2017                            *Attorneys for Medtronic, Inc.*

**CERTIFICATE OF SERVICE**

The foregoing document was filed electronically on April 6, 2017 and is available for viewing and downloading via the Eastern District of Pennsylvania's Electronic Case Filing ("ECF") system.  The foregoing document will be sent electronically via the ECF system to the registered participants as identified on the Notice of Electronic Filing, including the Plaintiff States per the Court's order of December 23, 2016 (Dkt. No. 14).  I certify that on April 6, 2017, in addition to the Notice of Electronic Case Filing automatically generated by the ECF system, I caused the foregoing document to be served via email upon the following:

Susan L. Burke
Law Offices of Susan L. Burke
1611 Park Avenue
Baltimore, MD  21217
sburke@burkepllc.com


                                            /s/ Katherine M. Glaser
                                            Katherine M. Glaser