IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, and WISCONSIN, *ex rel.* CATHLEEN FORNEY, : Plaintiffs/Relator, v. MEDTRONIC, INC., Defendant. | CIVIL ACTION NO. 15-6264 |

## ORDER

**AND NOW**, this 19th day of June, 2017, after considering the motion to dismiss of the defendant, Medtronic, Inc. (Doc. No. 30), the response in opposition to the motion of the relator, Cathleen Forney (Doc. No. 31), the defendant's reply memorandum in further support of the motion to dismiss (Doc. No. 34), the amended complaint (Doc. No. 17), and the argument of counsel before the court on June 1, 2017; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** that the motion to dismiss (Doc. No. 30) is **GRANTED** and the claims asserted against the defendant, Medtronic, Inc., are **DISMISSED WITHOUT PREJUDICE**.

The relator may file a second amended complaint within fourteen (14) days of the date of this order.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.