# Exhibit A

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AUG 19 PH 1: 22

UNITED STATES OF AMERICA,
ex rel. John Burns,

    Plaintiffs,

v.                              CASE NO.: 8:10-cv-1851-T-23-SDM-TGW

MEDTRONIC, INC., BOSTON
SCIENTIFIC CORP., and ST.
JUDE MEDICAL, INC.,

    Defendants.
_____/

## ORDER

    The United States declines (Doc. S-10) to intervene under the False Claims Act. Accordingly, all papers filed in this action are **UNSEALED**. The Clerk is directed to upload the contents of the sealed file onto the public record. The relator promptly shall serve the defendants with the complaint, (Doc. S-1) this order, and the United States' notice of declination. (Doc. S-10) The parties shall serve each pleading, motion, and other paper on the United States, and the clerk is directed to send each future order to the United States. The United States may move to intervene for good cause. In accord with Section 3730(b)(1) of the False Claims Act, if a party proposes dismissal, settlement, or disposition of this action, the party shall solicit the written consent of the United States.

    ORDERED in Tampa, Florida, on August 18th, 2011.

                                              STEVEN D. MERRYDAY
                                              UNITED STATES DISTRICT JUDGE