# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. JOHN BURNS,

    Plaintiffs,

v.

MEDTRONIC, INC., BOSTON SCIENTIFIC
CORPORATION, and ST. JUDE MEDICAL, INC.,

    Defendants

Case No.

FILED UNDER SEAL
PURSUANT TO 31 U.S.C.
§3730(B)(2)
DO NOT PLACE IN PRESS BOX
OR ENTER ON PACER
SYSTEM

## FALSE CLAIMS ACT COMPLAINT AND DEMAND FOR JURY TRIAL

### INTRODUCTION

1.    John Burns ("Relator") brings this action on behalf of the United States of America against Defendants Medtronic, Inc., Boston Scientific Corporation and St. Jude Medical, Inc., for treble damages and civil penalties for the Defendants' violations of the False Claims Act, 31 U.S.C. §3729 *et seq.*

2.    As required by the False Claims Act, 31 U.S.C. §3730(b)(2), Relator has provided previously to the Attorney General of the United States and to the United States Attorney for the Middle District of Florida a statement of all material evidence and information related to the complaint. This disclosure statement is supported by material evidence known to Relator establishing the existence of Defendants' false claims. Because the disclosure statement includes attorney-client communications and work product of Relator's attorneys, and is submitted to the Attorney General and to the United States Attorney in their capacity as potential co-counsel in this litigation, Relator understands this disclosure to be confidential.

## JURISDICTION AND VENUE

3.     This action arises under the False Claims Act, 31 U.S.C. §3729 *et seq*. This Court has jurisdiction over this case pursuant to 31 U.S.C. §3732(a) and 3730(b), as well as 28 U.S.C. §1345 and §1331.

4.     Venue is proper in this district pursuant to 31 U.S.C. §3732(a), because the acts proscribed by 31 U.S.C. §3729 *et seq*. and complained of herein took place in this district, and is also proper pursuant to 28 U.S.C. §1391(b) and (c) because at all relevant times Defendants transacted business in this district.

## THE PARTIES

5.     John Burns is a sales representative currently employed by Medtronic, Inc. in Manatee County, Florida.  He has been a Medtronic sales representative since 2002 and has worked at Medtronic since 2000.  Mr. Burns is licensed as a registered nurse in Florida and worked as a registered nurse between 1995 and 2000.  He received an associates degree in nursing from St. Petersburg Junior College in 1995.

6.     Mr. Burns served in the United States Army between 1988 and 1992 and in the Florida National Guard between 1992 and 1998 before being honorably discharged as a Sergeant.  He served as an Emergency Medical Technician at Brooke Army Medical Center, Fort Sam Houston, Texas.

7.     Mr. Burns graduated from a 1000-hour course at the Arrhythmic Technologies Institute (ATI) in Greenville, South Carolina in 2000 with a certificate in Cardiac Device Technologies.

8.     Mr. Burns has received numerous sales awards and recognition during his career at Medtronic.  In 2001, Mr. Burns was twice named the Cardiac Rhythm Management National Representative of the Quarter.  In 2005, Mr. Burns was named to the Medtronic Cardiac Rhythm

2

Management President's Club. As recently as May 2010, Mr. Burns was commended for exceeding his sales goal.

9.     Medtronic, Inc., based in Minneapolis, Minnesota, is the world's largest medical technology company and is a Fortune 500 company. Its CRDM division developed the first wearable heart pacemaker in 1957. Medtronic is a member of the Advanced Medical Technology Association and a signatory to the July 2009 AdvaMed Code of Ethics.

10.     Boston Scientific Corporation is a medical device manufacturer based in Natick, Massachusetts. Boston Scientific acquired competitor Guidant Corporation in 2006. In March 2010, Boston Scientific reached a $22 million settlement to resolve allegations that Guidant had used post-market studies as vehicles to pay kickbacks to induce physicians to implant Guidant pacemakers and defibrillators. In December 2009, Boston Scientific entered a five-year corporate integrity agreement with the United States Department of Health and Human Services. Boston Scientific Corporation is a member of the Advanced Medical Technology Association and a signatory to the July 2009 AdvaMed Code of Ethics.

11.     St. Jude Medical, Inc. is a global medical device company based in Little Canada, Minnesota. St. Jude Medical, Inc. is a member of the Advanced Medical Technology Association and a signatory to the July 2009 AdvaMed Code of Ethics.

12.     John Burns is an "original source" within the meaning of 31 U.S.C. § 3730(e)(4)(B), but states that to his knowledge the information contained herein concerning Defendants' False Claims Act violations has not been publicly disclosed.

## MEDICARE PROGAM POLICIES

13.     The Medicare program will reimburse providers only for services actually performed by those providers.

14. The Medicare program requires participating providers to maintain true and accurate records supporting the legitimacy of claims submitted for reimbursement.

15. As part of their provider agreements with the Medicare program, Defendants are required to certify that they will comply with federal health care laws, including the Anti-Kickback Act, 42 U.S.C. §1320a-7b.

16. The Anti-Kickback Act prohibits offering, paying, soliciting, or receiving any remuneration in return for or to induce the referral of business paid for by the Medicare and Medicaid programs.

17. Compliance with the Anti-Kickback Act is a condition of payment by the Medicare program. *McNutt v. Haleyville Medical Supplies, Inc.*, 423 F.3d 1256, 1259 (11th Cir. 2005).

18. Violating the Anti-Kickback Act disqualifies a provider from receiving payment from the Medicare program for claims for services obtained through illegal remuneration. *McNutt v. Haleyville Medical Supplies, Inc.*, 423 F.3d 1256, 1259 (11th Cir. 2005).

## **PACEMAKER AND DEFIBRILLATOR RECHECK BACKGROUND**

19. Patients with implanted pacemakers and defibrillators to regulate their heart rhythm need their pacemakers and defibrillators rechecked approximately every three months. Procedure codes for these rechecks are divided into a technical component ("TC") and a professional component which contains a –26 modifier. These components can be billed to Medicare separately or they can be combined into a global procedure code.

20. For example, the Medicare reimbursement rates for pacemaker and defibrillator equipment rechecks in 2007 were as follows:

| CPT Code | Brief Description | 2007 Medicare National Payment Rate |
|---|---|---|
| Dual chamber pacemaker, without reprogramming | | |

| 93731-TC | Electronic analysis of dual chamber pacemaker system; without reprogramming (technical component) | $21 |
|---|---|---|
| 93731-26 | (professional component) | $23 |
| 93731 (Global) | (global fee) | $44 |
| **Dual chamber pacemaker, with reprogramming** | | |
| 93732-TC | Electronic analysis of dual chamber pacemaker system; with reprogramming (technical component) | $22 |
| 93732-26 | (professional component) | $48 |
| 93732-(Global) | (global fee) | $70 |
| **Single chamber pacemaker, without reprogramming** | | |
| 93734-TC | Electronic analysis of dual chamber pacemaker system; with reprogramming (technical component) | $16 |
| 93734-26 | (professional component) | $19 |
| 93734 (Global) | (global fee) | $35 |
| **Single chamber pacemaker, with reprogramming** | | |
| 93735-TC | Electronic analysis of dual chamber pacemaker system; with reprogramming (technical component) | $19 |
| 93735-26 | (professional component) | $38 |
| 93735 (Global) | (global fee) | $57 |
| **Dual chamber pacemaker transtelephonic monitoring (TTM)** | | |
| 93733-TC | Electronic analysis of dual chamber pacemaker system; with reprogramming (technical component) | $31 |
| 93733-26 | (professional component) | $9 |
| 93733 (Global) | (global fee) | $40 |
| **Single chamber pacemaker transtelephonic monitoring (TTM)** | | |
| 93736-TC | Electronic analysis of dual chamber pacemaker system; with reprogramming (technical component) | $28 |
| 93736-26 | (professional component) | $8 |
| 93736 (Global) | (global fee) | $36 |
| **Single chamber ICD without programming** | | |
| 93741-TC | Electronic analysis of dual chamber pacemaker system; with reprogramming (technical component) | $26 |
| 93741-26 | (professional component) | $41 |

| 93741 (Global) | (global fee) | $67 |
|---|---|---|
| Single chamber ICD with programming | | |
| 93742-TC | Electronic analysis of dual chamber pacemaker system; with reprogramming (technical component) | $27 |
| 93742-26 | (professional component) | $47 |
| 93742 (Global) | (global fee) | $74 |
| Dual chamber ICD without programming | | |
| 93743-TC | Electronic analysis of dual chamber pacemaker system; with reprogramming (technical component) | $28 |
| 93743-26 | (professional component) | $53 |
| 93743 (Global) | (global fee) | $81 |
| Dual chamber ICD with programming | | |
| 93744-TC | Electronic analysis of dual chamber pacemaker system; with reprogramming (technical component) | $27 |
| 93744-26 | (professional component) | $61 |
| 93744 (Global) | (global fee) | $88 |

21.     Medtronic's 2007 Cardiac Rhythm Device Management Select Physician Procedure Scenario document clearly warns that "[t]he patient or payer should not be billed for services rendered solely by a manufacturer's representative." **Exhibit 1**.

22.     Medtronic's CRDM Field Technical Support Policy dated October 7, 2008 instructs that "field personnel should not fill out 'superbills' or any other clinic paperwork that contains reimbursement information." **Exhibit 2**.

23.     On November 5, 2009, John Burns sent an email to John Rader of Medtronic's CRDM Economic Strategies and Solutions asking "if MDT/industry personnel are doing clinic then -26 just needs to be added correct?" **Exhibit 3**. Rader told John Burns "Yes".

24.     The July 2009 AdvaMed Code of Ethics instructs that "a Company should not provide free services that eliminate an overhead or other expense that a Health Care Professional

6

would otherwise of business prudence or necessity have incurred as part of its business operations if doing so would amount to an unlawful inducement." **Exhibit 4**.

## <u>COUNT I: CAUSING PHYSICIANS TO PRESENT FALSE CLAIMS IN VIOLATION OF 31 U.S.C. § 3729(A)(1)</u> (ALL DEFENDANTS)

25.     Relator realleges and incorporates by reference paragraphs 1 through 24.

26.     Defendants caused physicians to submit false and fraudulent claims to Medicare for the technical component of pacemaker and defibrillator equipment checks which the physicians did not perform.

27.     Since he started working at Medtronic in 2000, Mr. Burns has performed rechecks of Medtronic pacemakers and defibrillators for the patients of physician clients. Prior to 2009, this work was billed to the Medicare program as the technical component ("TC") of such procedure codes as 93731-TC; 93732-TC; 93734-TC; 93735-TC; 93733-TC; 93736-TC; 93741-TC; 93742-TC; 93742-TC; 93743-TC, and 93744-TC. In 2009 and thereafter, this work was billed to the Medicare program as 93288-TC; 93279-TC; 93280-TC, and 93281-TC.

28.     Rather than billing the Medicare program for the hundreds of pacemaker and defibrillator equipment rechecks performed by its sales representatives each year, Medtronic has routinely allowed cardiologists who implant Medtronic pacemakers and defibrillators to have those devices rechecked for free and has routinely enabled those cardiologists to fraudulently bill Medicare under global procedure codes so that they could be paid by Medicare for performing technical component work which they had not done. Medtronic representatives did so (1) by performing technical component recheck work using Medtronic's own equipment without billing Medicare; and (2) by completing superbills falsely indicating that cardiologists that performed global procedure codes for technical component work they had not done, while knowing from cardiologists' superbills that cardiologists were billing only global procedure codes.

29.   Cardiologists in Manatee County, Florida who routinely billed Medicare for pacemaker and defibrillator equipment rechecks done by John Burns include:

Bradenton Heart Center[1]
2010 59th Street West
Suite 4200
Bradenton, Florida 34209
(941) 794-3999

Dr. Raj T. Rajan[2]
Dr. Asad Sawur[3]
Dr. Niranjan Seshadri[4]
Dr. Jagan Akella[5]
Dr. Christopher Davis[6]
Austin Eversile, ARNP

Dr. Lawrence C. Hasara[7]
2225 59th Street West
Suite D
Bradenton, Florida 34209
(941) 761-8955

Lakewood Ranch Cardiovascular Center[8]
6310 Health Park Way
Suite 230
Bradenton, Florida 34202

Dr. Eric E. Calderon
Dr. Jason Okuhara

Pinnacle Cardiovascular Consultants
315 75th Street West
Bradenton, Florida 34209
(941) 795-3606

Advanced Cardiology[9]
4900 Manatee Avenue West
Suite 201
Bradenton, Florida 34209

Dr. John Lourie

---

[1] See redacted Bradenton Heart Center superbills attached as **Exhibit 5**, including for Medicaid patient MS on 2/18/09 and patient SS on 1/12/10.
[2] Dr. Rajan founded Bradenton Heart Center. John Burns had conversations with Dr. Rajan about training an office employee so Bradenton Heart Center could bill globally for equipment rechecks. In approximately 2007 or 2008, Mr. Burns talked to Dr. Rajan and told Dr. Rajan he should not be billing for the technical component of pacemaker rechecks. The day after this conversation, Dr. Rajan's secretary called Mr. Burns to tell Burns that Dr. Rajan no longer needed Burns to do equipment rechecks for Dr. Rajan's patients with Medtronic devices.
[3] Dr. Sawur has moved to Tampa.
[4] Dr. Seshadri has moved to Heart Care in Lakewood Ranch.
[5] Dr. Akella now has his own practice in Bradenton. Dr. Akella's superbills list only global codes for representatives to check and do not list the –26 professional component modifier as a billing option.
[6] Dr. Davis currently works at Bradenton Heart Center.
[7] See redacted Dr. Hasara superbills attached as **Exhibit 6** for Medicare patient VZ on 3/10/10 and Medicare patient MM on 5/27/09.
[8] See redacted Lakewood Ranch Cardiovascular Center superbill attached as **Exhibit 7** for Medicare/Medicaid patient MO on 9/16/09.
[9] See redacted Advanced Cardiology superbills attached as **Exhibit 8** for Medicare patient MC on 11/4/09, for Medicare patient VC on 7/28/10, for Medicare patient CC on 6/16/10, for Medicare patient LB on 12/3/08, and for Medicare patient JL on 1/28/09.

Aldrich Cardiovascular Institute        Dr. Martin Aldrich
7978 Cooper Creek Blvd.
Suite 105
Bradenton, Florida 34201
(941) 359-8900

Heart and Vascular Center[10]        Dr. Joseph Pace
2101 61st Street West
Bradenton, Florida 34209

30.      Medtronics has been doing free pacemaker rechecks and enabling cardiologists to fraudulently bill Medicare for that work for at least the past ten years John Burns has worked for Medtronics. The conduct Mr. Burns has observed in Manatee County he also observed in Naples, Florida in 2001-2002 and in North Carolina in 2000-2001.

31.      John Burns knows that Medtronic's competitors St. Jude and Boston Scientific also performed pacemaker and defibrillator equipment rechecks and enabled cardiologists to fraudulently bill Medicare for that work. Jim Motzenbecker, a former St. Jude employee who worked in the Venice-North Port area, told Mr. Burns that St. Jude engaged in the same conduct as Medtronic. Gordon Ware and Mike Miller also have told Mr. Burns that St. Jude is still currently engaging in the same conduct as Medtronic.

32.      Steve Zinn and Rich Merrill have told Mr. Burns that Boston Scientific is still currently engaging in the same conduct as Medtronic. Mr. Burns also obtained **Exhibit 10** from Dr. Joseph Pace's Heart and Vascular Center in Bradenton which was left by a Boston Scientific sales representative. This form shows that Boston Scientific was encouraging cardiologists to bill only global CPT codes which include technical component (TC) work done by Boston Scientific.

33.      Moreover, John Burns has seen numerous superbills completed by Boston Scientific and St. Jude representatives for equipment rechecks on which those representatives

---

[10] See redacted Heart and Vascular Center superbills attached as **Exhibit 9** for Medicare patient CC on 7/27/10, for Medicare patient MW on 7/27/10, for Medicare patient ET on 7/27/10 and for Medicare patient JS on 7/14/10.

checked global codes which falsely indicated that the cardiologist had performed the technical component work.

## COUNT II: CAUSING PHYSICIANS TO PRESENT FALSE CLAIMS IN VIOLATION OF 31 U.S.C. §3729(A)(1) (ALL DEFENDANTS)

34.     Relator realleges and incorporates by reference paragraphs 1 through 24.

35.     Defendants caused cardiologists to submit false and fraudulent claims to Medicare for the technical component of pacemaker and defibrillator equipment rechecks which Defendants performed in violation of the Anti-Kickback Act in return for those physicians selecting those companies as suppliers of pacemakers and defibrillators.

36.     John Burns, his Medtronic colleagues, and his former Medtronic colleagues who moved to Boston Scientific and St. Jude all understood that they were performing pacemaker and defibrillator equipment rechecks for cardiologists without billing Medicare for that work in order to ensure that those cardiologists continued to implant their company's pacemakers and defibrillators.

37.     Jim Motzenbecker told Mr. Burns that St. Jude did the same things for the same reason. The amount of unbilled pacemaker and defibrillator equipment recheck work performed by Medtronic, Boston Scientific and St. Jude is substantial. Mr. Burns personally performed between 10 and 30 pacemaker and defibrillator equipment rechecks per week. The economic reason to do all this unbilled work for free and to enable the referring cardiologists to bill Medicare and get paid for work they never did was to provide a means of disguised remuneration to cardiologists in order to induce continued future implantations of their company's pacemakers and defibrillators by the benefited cardiologist.

38.     Mr. Burns knows of one cardiologist, Dr. Joseph Pace, who used both Medtronic and Boston Scientific for free pacemaker equipment rechecks which he billed to Medicare. All

the Defendants use their willingness to provide disguised remuneration in the form of pacemaker and defibrillator equipment rechecks which referring physicians can bill to Medicare as a means of retaining and/or expanding their market share for implanted pacemakers and defibrillators.

## COUNT III: CAUSING PHYSICIANS TO PRESENT FALSE CLAIMS IN VIOLATION OF 31 U.S.C. § 3729(A)(1) (ALL DEFENDANTS)

39.     Relator realleges and incorporates by reference paragraphs 1 through 24.

40.     Defendants caused physicians to submit false and fraudulent claims to Medicare for the technical component of pacemaker and defibrillator equipment rechecks by completing billing forms for cardiologists which enabled those physicians to bill Medicare despite the fact that Defendants knew the physician supervision requirements necessary for those claims had not been met.

41.     As the January 23, 2007 letter attached as **Exhibit 11** from CMS Deputy Director Terrence Key to Dr. Dwight Reynolds, President of the Heart Rhythm Society, states, the technical components for the 93731, 93734, 93741, 93742, 93743, 93744 and 93745 procedure codes require direct supervision by a physician. Direct supervision requires that a physician be physically present in the building when those procedures are performed.

42.     Many cardiologists billed Medicare for these technical components when they were not in fact on the premises and able to provide the required direct supervision.

43.     John Burns knows that these practices bill for technical components of pacemaker and defibrillator equipment rechecks always or often done without direct supervision:

Bradenton Heart Center                     Dr. Raj T. Rajan
2010 59th Street West
Suite 4200
Bradenton, Florida 34209
(941) 794-3999

11

Lakewood Ranch Cardiovascular Center  Dr. Eric E. Calderon
6310 Health Park Way
Suite 230
Bradenton, Florida 34202

Healthcare America[11]     Dr. Enrique Rivera
3501 Cortez Road West
Bradenton, Florida 34202

### COUNT IV: CAUSING PHYSICIANS TO PRESENT FALSE CLAIMS IN VIOLATION OF 31 U.S.C. § 3729(A)(1) (BOSTON SCIENTIFIC AND ST. JUDE DEFENDANTS)

44.  Relator realleges and incorporates by reference paragraphs 1 through 24.

45.  Defendants Boston Scientific and St. Jude cause physicians to submit false and fraudulent claims to Medicare by inducing physicians to purchase pacemaker equipment from those companies by providing free training courses for non-invasive cardiologists in Mexico and Europe.

46.  John Burns knows that both Boston Scientific and St. Jude have provided free training courses in exotic locations such as Mexico (St. Jude and Boston Scientific) and Europe (St. Jude). These courses were designed to enable non-invasive cardiologists to learn how to implant pacemakers. These courses were held in exotic locations so that the attending cardiologists could get training unavailable in the United States to permit them to obtain hospital privileges to implant defibrillators.

WHEREFORE, Relator respectfully requests this Court enter judgment against Defendants and order:

(a)  That the United States be awarded damages in the amount of three times the damages sustained by the United States because of the false and fraudulent claims alleged within this Complaint, as the False Claims Act, 31 U.S.C. §3729, provides;

---

[11] See redacted Healthcare America superbill attached as **Exhibit 12** for Medicare patient DM on 10/22/09.

      (b)     That civil penalties of $11,000 be imposed for each and every false and fraudulent claim that Defendants presented to the United States;

      (c)     That pre and post-judgment interest be awarded, along with reasonable attorneys' fees, costs and expenses which Relator necessarily incurred in bringing and pressing this case;

      (d)     That the Court grant permanent injunctive relief to prevent any recurrence of the False Claims Act violations for which redress is sought in this Complaint;

      (e)     That the Relator be awarded the maximum amount allowed pursuant to the False Claims Act; and

      (f)     That the Court award such other and further relief as it deems proper.

## DEMAND FOR JURY TRIAL

Relator, on behalf of himself and the United States, demands a jury trial on all claims alleged herein.

Respectfully submitted,

Barry A. Cohen
bcohen@tampalawfirm.com
Florida Bar No. 096478
**Kevin J. Darken**
Florida Bar No. 0090956
kdarken@tampalawfirm.com
COHEN, FOSTER & ROMINE, P.A.
201 East Kennedy Boulevard, Suite 1000
Tampa, Florida 33602
Telephone: (813) 225-1655
Facsimile: (813) 225-1921
Attorneys for *Qui Tam* Relator

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *False Claims Act Complaint and Demand for Jury Trial* has been furnished by hand delivery to: **A. Brian Albritton**, United States Attorney, United States Attorney's Office, 400 N. Tampa Street, Ste 3200, Tampa, FL 33602 and **Civil Process Clerk**, 400 North Tampa Street, Suite 3200, Tampa, Florida 33602; and by Federal Express to **Eric Holder**, United States Attorney General, Dept. of Justice, 950 Pennsylvania Ave., N.W., Washington, D.C. 20530-001 on this ___*18th*___ day of August 2010.

Barry A. Cohen
Florida Bar No. 096478
bcohen@tampalawfirm.co
**Kevin J. Darken**
Florida Bar No. 0090956
kdarken@tampalawfirm.com
Cohen, Foster & Romine, P.A.
201 E. Kennedy Boulevard, Suite 1000
Tampa, FL 33602
Telephone: (813) 225-1655
Facsimile: (813) 225-1921
Attorneys for Relator John Burns



# CARDIAC RHYTHM DISEASE MANAGEMENT: SELECT PHYSICIAN PROCEDURE SCENARIOS

2007 Medicare National Physician Payment Rates

These coding suggestions and coverage guidelines do not replace seeking coding advice from the payer and/or your coding staff. The ultimate responsibility for correct coding lies with the provider of services. Please contact your local payer for interpretation of the appropriate codes to use for specific procedures. Medtronic makes no guarantee that the use of this information will prevent differences of opinion or disputes with Medicare or other third party payers as to the correct form of billing or the amount that will be paid to providers of service.

## DEVICE IMPLANT, UPGRADE, AND REPLACEMENT SCENARIOS

| CPT Code | Brief Description | 2007 Medicare National Payment Rate[1] |
|---|---|---|
| **Single chamber pacemaker implant; atrial lead** | | |
| 33206 | Insert single chamber pacemaker (generator and leads) | $445 |
| 71090-26 | Fluoroscopy | $28 |
| | **Payment Total** | **$473** |
| **Single chamber pacemaker implant; ventricular lead** | | |
| 33207 | Insert single chamber pacemaker (generator and leads) | $518 |
| 71090-26 | Fluoroscopy | $28 |
| | **Payment Total** | **$546** |
| **Dual chamber pacemaker implant** | | |
| 33208 | Insert dual chamber pacemaker (generator and leads) | $485 |
| 71090-26 | Fluoroscopy | $28 |
| | **Payment Total** | **$513** |
| **Dual chamber pacemaker generator replacement** | | |
| 33213 | Insert dual chamber pacemaker generator | $380 |
| 33233-51 | Removal of pacemaker generator (Paid at 50%) | $123 |
| | **Payment Total** | **$503** |
| **CRT-P implant** | | |
| 33208 | Insert dual chamber pacemaker (generator and leads) | $485 |
| +33225 | Insert LV lead | $436 |
| 71090-26 | Fluoroscopy | $28 |
| | **Payment Total** | **$949** |
| **Upgrade dual chamber pacemaker to CRT-P** | | |
| 33213 | Insert dual chamber pacemaker generator | $380 |
| +33225 | Insert LV lead | $436 |
| 33233-51 | Removal of pacemaker generator (Paid at 50%) | $123 |
| 71090-26 | Fluoroscopy | $28 |
| | **Payment Total** | **$967** |

| CPT Code | Brief Description | 2007 Medicare National Payment Rate |
|---|---|---|
| **Upgrade dual chamber pacemaker to CRT-D** | | |
| +33225 | Insert LV lead | $436 |
| 33233-51 | Removal of pacemaker generator (Paid at 50%) | $123 |
| 33240 | Insert dual chamber ICD generator | $456 |
| 71090-26 | Fluoroscopy | $28 |
| | **Payment Total** | **$1,043** |
| **Insert epicardial lead and CRT-P system** | | |
| 33203 | Insertion of epicardial electrode(s); endoscopic approach | $766 |
| 33208-51 | Insert dual chamber pacemaker (generator and leads) (Paid at 50%) | $243 |
| +33225 | Insert LV lead | $436 |
| 71090-26 | Fluoroscopy | $28 |
| | **Payment Total** | **$1,473** |
| **ICD generator implant** | | |
| 33249 | Implant single or dual chamber ICD defibrillator (generator and leads) | $878 |
| 71090-26 | Fluoroscopy | $28 |
| 93641-26 | Test generator/leads at implant | $313 |
| | **Payment Total** | **$1,219** |
| **ICD generator replacement** | | |
| 33240 | Insert single or dual chamber ICD generator | $456 |
| 33241-51 | Removal of single or dual chamber ICD generator (Paid at 50%) | $115 |
| 93641-26 | Test generator/leads at implant | $313 |
| | **Payment Total** | **$884** |
| **CRT-D implant** | | |
| +33225 | Insert LV lead | $436 |
| 33249 | Implant single or dual chamber ICD defibrillator (generator and leads) | $878 |
| 71090-26 | Fluoroscopy | $28 |
| 93641-26 | Test generator/leads at implant | $313 |
| | **Payment Total** | **$1,655** |

EXHIBIT 1

## DEVICE IMPLANT, UPGRADE, AND REPLACEMENT SCENARIOS (continued)

| CPT Code | Brief Description | 2007 Medicare National Payment Rate[2] |
|---|---|---|
| **Upgrade dual chamber ICD to CRT-D** | | |
| +33225 | Insert LV lead | $436 |
| 33240 | Insert single or dual chamber ICD generator... | $456 |
| 33241-51 | Removal of single or dual chamber ICD generator (Paid at 50%) | $115 |
| 71090-26 | Fluoroscopy | $28 |
| 93641-26 | Test generator/leads at implant | $313 |
| | Payment Total | $1,348 |

| CPT Code | Brief Description | 2007 Medicare National Payment Rate |
|---|---|---|
| **Insert epicardial lead and CRT-D system** | | |
| 33203-51 | Insertion of epicardial electrode(s); endoscopic approach (Paid at 50%) | $383 |
| +33225 | Insert LV lead | $436 |
| 33249 | Implant single or dual chamber ICD defibrillator (generator and leads) | $878 |
| 71090-26 | Fluoroscopy | $28 |
| 93641-26 | Test generator/leads at implant | $313 |
| | Payment Total | $2,038 |

| CPT Code | Brief Description | 2007 Medicare National Payment Rate |
|---|---|---|
| **Implant patient-activated cardiac event recorder** | | |
| 33282 | Implant patient-activated cardiac event recorder | $324 |

| CPT Code | Brief Description | 2007 Medicare National Payment Rate |
|---|---|---|
| **Remote patient-activated cardiac event recorder** | | |
| 33284 | Remove patient-activated cardiac event recorder | $241 |

## DEVICE FOLLOW-UP

| CPT Code | Brief Description | 2007 Medicare National Payment Rate |
|---|---|---|
| **Dual chamber pacemaker, without reprogramming** | | |
| 93731 (TC) | Electronic analysis of dual chamber pacemaker system; without reprogramming (technical component) | $21 |
| 93731-26 | (professional component) | $23 |
| 93731 (Global) | (global fee) | $44 |
| **Dual chamber pacemaker, with reprogramming** | | |
| 93732 (TC) | Electronic analysis of dual chamber pacemaker system; with reprogramming (technical component) | $22 |
| 93732-26 | (professional component) | $48 |
| 93732 (Global) | (global fee) | $70 |
| **Single chamber pacemaker, without reprogramming** | | |
| 93734 (TC) | Electronic analysis of single chamber pacemaker system; without reprogramming (technical component) | $16 |
| 93734-26 | (professional component) | $19 |
| 93734 (Global) | (global fee) | $35 |
| **Single chamber pacemaker, with reprogramming** | | |
| 93735 (TC) | Electronic analysis of single chamber pacemaker system; with reprogramming (technical component) | $19 |
| 93735-26 | (professional component) | $38 |
| 93735 (Global) | (global fee) | $57 |
| **Dual chamber pacemaker transtelephonic monitoring (TTM)** | | |
| 93733 (TC) | Electronic analysis of dual chamber pacemaker system; with reprogramming (technical component) | $31 |
| 93733-26 | (professional component) | $9 |
| 93733 (Global) | (global fee) | $40 |
| **Single chamber pacemaker transtelephonic monitoring (TTM)** | | |
| 93736 (TC) | Electronic analysis of single chamber pacemaker system; with reprogramming (technical component) | $28 |
| 93736-26 | (professional component) | $8 |
| 93736 (Global) | (global fee) | $36 |

| CPT Code | Brief Description | 2007 Medicare National Payment Rate |
|---|---|---|
| **Electronic analysis of insertable loop recorder** | | |
| 93727 | Electronic analysis of insertable loop recorder (ILR) system | $30 |
| **Single chamber ICD, without reprogramming** | | |
| 93741 (TC) | Electronic analysis of pacing cardioverter-defibrillator, single chamber or wearable ICD system; without reprogramming (technical component) | $26 |
| 93741-26 | (professional component) | $41 |
| 93741 (Global) | (global fee) | $67 |
| **Single chamber ICD, with reprogramming** | | |
| 93742 (TC) | Electronic analysis of pacing cardioverter-defibrillator, single chamber ICD system; with reprogramming (technical component) | $27 |
| 93742-26 | (professional component) | $47 |
| 93742 (Global) | (global fee) | $74 |
| **Dual chamber ICD, without reprogramming** | | |
| 93743 (TC) | Electronic analysis of pacing cardioverter-defibrillator, dual chamber ICD system; without reprogramming (technical component) | $28 |
| 93743-26 | (professional component) | $53 |
| 93743 (Global) | (global fee) | $81 |
| **Dual chamber ICD, with reprogramming** | | |
| 93744 (TC) | Electronic analysis of pacing cardioverter-defibrillator, dual chamber ICD system; with reprogramming (technical component) | $27 |
| 93744-26 | (professional component) | $61 |
| 93744 (Global) | (global fee) | $88 |

**Biventricular Pacemaker and Defibrillator Electronic Analysis Codes:**
Currently, there are no codes specific to analysis and reprogramming of a biventricular device. If a patient has a right and left ventricular lead, single chamber follow-up codes should be considered. If a patient has atrial and ventricular leads, dual chamber follow-up should be considered. Check with your Medicare contractor or other payer for appropriate coding.

The patient or payer should not be billed for services rendered solely by a manufacturer's representative.[1] Additional restrictions may apply; contact your local contractor/payer for interpretation of applicable policies.

[1] Hayes JJ, Juknavorian R, Maloney JD; NASPE. North American Society of Pacing and Electrophysiology. The role(s) of the industry employed allied professional. *Pacing Clin* ...

## ECHOCARDIOGRAPHY PROCEDURES

| CPT® Code | Brief Description | 2007 Medicare National Payment Rate[2] |
|---|---|---|
| **Echocardiography complete** | | |
| 93307-TC | Echocardiography, transthoracic, real time with image documentation (2D) with or without M-mode recording; complete (technical component) | $150 |
| 93307-26 | (professional component) | $47 |
| 93307 (Global) | (global fee) | $197 |

| CPT Code | Brief Description | 2007 Medicare National Payment Rate |
|---|---|---|
| **Echocardiography follow-up or limited study** | | |
| 93308-TC | Echocardiography, transthoracic, real time with image documentation (2D) with or without M-mode recording; follow-up or limited study (technical component) | $82 |
| 93308-26 | (professional component) | $28 |
| 93308 (Global) | (global fee) | $110 |

| CPT Code | Brief Description | 2007 Medicare National Payment Rate |
|---|---|---|
| **Doppler echocardiography complete** | | |
| +93320-TC | Doppler Echocardiography, pulsed wave and/or continuous wave with spectral display; complete (technical component) | $67 |
| +93320-26 | (professional component) | $20 |
| +93320 (Global) | (global fee) | $87 |

| CPT Code | Brief Description | 2007 Medicare National Payment Rate |
|---|---|---|
| **Doppler echocardiography follow-up or limited study** | | |
| +93321-TC | Doppler Echocardiography, pulsed wave and/or continuous wave with spectral display; follow-up or limited study (technical component) | $40 |
| +93321-26 | (professional component) | $8 |
| +93321 (Global) | (global fee) | $48 |

| CPT Code | Brief Description | 2007 Medicare National Payment Rate |
|---|---|---|
| **Doppler color flow** | | |
| +93325-TC | Doppler Echocardiography, color flow velocity mapping (technical component) | $96 |
| +93325-26 | (professional component) | $4 |
| +93325 (Global) | (global fee) | $100 |

## ELECTROPHYSIOLOGY PROCEDURES

| CPT Code | Brief Description | 2007 Medicare National Payment Rate |
|---|---|---|
| **Comprehensive EP evaluations** | | |
| 93619-26 | Comprehensive EP eval with right atrial pacing and recording, right ventricular pacing and recording, His bundle recording, including insert/reposition of multiple electrode catheters, without induction or attempted induction of arrhythmia | $396 |
| 93620-26 | Comprehensive electrophysiologic evaluation including insertion and repositioning of multiple electrode catheters with induction or attempted induction of arrhythmia; with right atrial pacing and recording, right ventricular pacing and recording, His bundle recording | $623 |
| +93621-26 | Comprehensive EP eval including insertion/ reposition of multiple electrode catheters with induction or attempted induction of arrhythmia; with left atrial pacing and recording from coronary sinus or left atrium | $111 |
| +93622-26 | Comprehensive EP eval including insertion/ reposition of multiple electrode catheters with induction or attempted induction of arrhythmia; with left ventricular pacing and recording | $164 |

| CPT Code | Brief Description | 2007 Medicare National Payment Rate |
|---|---|---|
| **Recording and mapping** | | |
| 93600-26 | Bundle of His recording | $113 |
| 93602-26 | Intra-atrial recording | $113 |
| 93603-26 | Right ventricular recording | $113 |
| +93609-26 | Intraventricular and/or intra-atrial mapping of tachycardia site(s) with catheter manipulation to record from multiple sites to identify origin of tachycardia | $265 |
| 93610-26 | Intra-atrial pacing | $160 |
| 93612-26 | Intraventricular pacing | $160 |
| +93613 | Intracardiac electrophysiologic 3-D mapping | $372 |
| 93615-26 | Esophageal recording of atrial electrogram with or without ventricular electrogram(s) | $47 |
| 93616-26 | Esophageal recording of atrial electrogram with or without ventricular electrogram(s); with pacing | $70 |
| 93618-26 | Induction of arrhythmia by electrical pacing | $226 |
| +93623 | Programmed stimulation and pacing after IV drug infusion | $151 |
| 93624-TC | EP follow-up study with pacing and recording to test effectiveness of therapy, including induction of arrhythmia (technical component) | $80 |
| 93624-26 | (professional component) | $264 |
| 93624 (Global) | (global fee) | $344 |
| 93631-26 | Intra-operative epicardial and endocardial pacing and mapping to localize the site of tachycardia | $401 |
| 93660-TC | Evaluation of cardiovascular function with tilt table evaluation (technical component) | $68 |
| 93660-26 | (professional component) | $97 |
| 93660 (Global) | (global fee) | $165 |
| +93662-26 | Intracardiac echocardiography during | $145 |

# ICD DEVICE TESTING

| CPT Code | Brief Description | 2007 Medicare National Payment Rate[2] |
|---|---|---|
| **ICD follow-up testing** | | |
| 93642-TC | EP evaluation of single or dual chamber ICD (includes defibrillation threshold evaluation, induction of arrhythmia, evaluation of sensing and pacing for arrhythmia termination, and programming or reprogramming of sensing or therapeutic parameters) (technical component) | $265 |
| 93642-26 | (professional component) | $260 |
| 93642 (Global) | (global fee) | $525 |

| CPT Code | Brief Description | 2007 Medicare National Payment Rate |
|---|---|---|
| **Intra-operative device testing** | | |
| 93640-26 | EP evaluation of single or dual chamber ICD leads including defibrillation threshold evaluation (induction of arrhythmia, evaluation of sensing and pacing for arrhythmia termination) at time of initial implantation or replacement (professional component) | $186 |
| 93641-26 | EP evaluation of single or dual chamber ICD leads including defibrillation threshold evaluation (induction of arrhythmia, evaluation of sensing and pacing for arrhythmia termination) at time of initial implantation or replacement; with testing of single or dual chamber ICD pulse generator (professional component) | $313 |

# CATHETER ABLATIONS AND CARDIOVERSIONS

| CPT Code | Brief Description | 2007 Medicare National Payment Rate |
|---|---|---|
| **Catheter ablations** | | |
| 93650 | Intracardiac catheter ablation of AV node function with or without temporary pacemaker placement | $568 |
| 93651 | Intracardiac catheter ablation of arrhythmogenic focus; for treatment of supraventricular tachycardia by ablation of fast or slow atrioventricular pathways, accessory atrioventricular connections or other atrial foci, singly or in combinations | $860 |
| 93652 | Intracardiac catheter ablation of arrhythmogenic focus; for treatment of ventricular tachycardia | $935 |

| CPT Code | Brief Description | 2007 Medicare National Payment Rate |
|---|---|---|
| **Cardioversions** | | |
| 92960 | Cardioversion, elective, electrical conversion of arrhythmia; external (Facility Rate) | $127 |
| 92961 | Cardioversion, elective, electrical conversion of arrhythmia; internal (separate procedure) | $250 |

**References**

[1] *Current Procedural Terminology (CPT®)* is copyright 2006 American Medical Association. All Rights Reserved. No fee schedules, basic units, relative values, or related listings are included in CPT. The AMA assumes no liability for the data contained herein. Applicable FARS/DFARS restrictions apply to government use.

Codes indicated with a + symbol in front of them are "add-on" codes. These procedures are always performed in addition to the primary procedure, and are never reported as stand-alone codes. Modifier -26 entails the professional component of procedures that are a combination of a professional and a technical component. Modifier -51 represents a multiple procedure other than evaluation and management services performed at the same session by the same provider.

[2] 2007 Medicare national payment rates per Federal Register, Vol 71, No. 231, published 12-1-06 and CMS Transmittal 258, December 22, 2006. Rates effective 1-1-07 through 12-31-07.

**World Headquarters**
Medtronic, Inc.
710 Medtronic Parkway
Minneapolis, MN 55432-5604
USA
Tel: (763) 514-4000
Fax: (763) 514-4879
www.medtronic.com

Medtronic USA, Inc.
Toll-free: 1 (800) 328-2518
(24-hour technical support for physicians and medical professionals)

**Europe**
Medtronic International Trading Sàrl
Route du Molliau 31
CH-1131 Tolochenaz
Switzerland
Tel: (41 21) 802 7000
Fax: (41 21) 802 7900
www.medtronic.com

**Canada**
Medtronic of Canada Ltd.
6733 Kitimat Road
Mississauga, Ontario L5N 1W3
Canada
Tel: (905) 826-6020
Fax: (905) 826-6620
Toll-free: 1 (800) 268-5346

**Asia Pacific**
Medtronic International, Ltd.
16/F Manulife Plaza
The Lee Gardens, 33 Hysan Avenue
Causeway Bay
Hong Kong
Tel: (852) 2891 4456
Fax: (852) 2891 6830
enquiryap@medtronic.com
www.medtronic.com

**Latin America**
Medtronic USA, Inc.
Doral Corporate Center II
3750 NW 87th Avenue Suite 700
Miami, FL 33178
USA
Tel: (305) 500-9328
Fax: (786) 709-4244
www.medtronic.com

UC200600899b EN
© Medtronic, Inc. 2007
All Rights Reserved
Printed in USA
May 2007



7 October 2008

## MEDTRONIC CRDM FIELD TECHNICAL SUPPORT POLICY

### BACKGROUND

Medtronic products use highly complex technologies to maximize therapeutic device benefits and allow for on-going monitoring of patients. These sophisticated devices contain numerous features that are programmed uniquely to benefit individual patients. Medtronic personnel in the field sales organization ("Field Personnel") are highly trained on the operation and safe and effective use of these devices. They play an important role in patient care by providing product-related technical support and education to physicians and other health professionals for the benefit of patients.

This policy is effective on October 7, 2008 and is intended to provide Field Personnel with guidance on the appropriate types of technical support and education they may provide. This policy supersedes both the Sales Operating Policy and Procedure ("SOPP") effective June 18, 2007 and the Q&A on the SOPP dated July 27, 2007.

### POLICY

1. **General Scope of Duties. Field Personnel Should**

   - Provide technical support under the direction and supervision of a physician to enhance patient care and contributes to the safe and effective use of Medtronic devices;
   - Know and follow applicable hospital and physician practice group policies and procedures when providing technical support;
   - Provide technical support that involves programming of medical devices only under a written order of a physician familiar with implantable devices (or a verbal order that is followed by a written order placed in the patient's chart);
   - Sign or initial the forms/strips before placing them into the patient's chart or record and otherwise make clear that Medtronic Field Personnel have provided the technical support or filled out the form(s)
   - Offer, where appropriate, healthcare providers appropriate training on the interrogation and programming of Medtronic implantable devices; and
   - Inform patients that they are employees of Medtronic.

2. **Reimbursement. Field Personnel Should**

   - Provide only Medtronic-approved reimbursement educational materials to healthcare providers related to the appropriate coding and billing for implantable device follow-ups;
   - Not fill out "superbills" or any other clinic paperwork that contains reimbursement information; and
   - Direct health care providers with additional questions about coding and billing for CRDM-related procedures and products to the reimbursement hot line (866-877-4102 press 1 or local 952-345-6400).

3. **Patient Data. Field Personnel**

   - Should adhere to regulations pertaining to patient privacy, as well as clinic and hospital policies with respect to access and handling of patient data;
   - Should use care in handling, transporting and securing patient data in any form, and promptly report theft or loss of patient data stored on Medtronic electronic equipment (e.g. laptops, Programmers, PDAs, etc.) to the Field Services Call Center (763-514-9920); and
   - May, at the request of the healthcare provider, enter information related to the patient's device into EMR, PaceArt System or CareLink Network. Field Personnel may also, upon request of the health care provider, record their technical observations regarding the device check and device performance on appropriate forms and assist in enrolling patients in CareLink.



EXHIBIT 2

### 4. Field Personnel Should Not

- Provide technical support for device follow ups when they know a physician is not present in the office suite. However, Field Personnel may provide such support in less frequent situations when, in their judgment, it is in the patients' best interests to do so. Field Personnel should seek guidance from their local management or CRDM's Compliance and Ethics Officer in those situations when they are asked to provide technical support for device follow ups when they know a physician, on a regular and recurrent basis, is not present in the office suite when technical support by Field Personnel is being provided;
- Perform administrative duties typically expected to be performed by physician office staff, such as scheduling patient appointments or pulling patient records; however it is acceptable to call patients back from the waiting room;
- Practice medicine, such as diagnosing or treating illnesses, or taking patient vitals or health histories, even if otherwise licensed to do so;
- Hold themselves out to be health care professionals in the scope of their duties for Medtronic;
- Turn-off high power detection or therapies unless a licensed medical professional is present when the therapy is turned off and a physician has issued a written order that the therapy be turned off (or a verbal order that is followed by a written order placed in the patient's chart); or
- Turn-off low power therapies or program to unusually low settings in patients who are dependent on the pacemaker to sustain life, whether or not authorized by a physician.

### 5. Non-Medtronic Devices. Field Personnel Should Not

Provide technical support in connection with device checks of other manufacturers' devices. However, when requested to do so by a physician, Field Personnel may provide such support in less frequent situations, when in their judgment, it is in the best interest of the patient to do so. No Field Personnel should provide technical support in connection with interrogating or reprogramming another manufacturer's device unless he or she feels comfortable doing so. Field Personnel should reprogram another manufacturer's device infrequently and only under the direction and supervision of a physician.

### 6. Technical Support Outside the Clinical Setting. Field Personnel May

Provide technical support outside the clinical setting, including in a patient's home, a nursing home or a hospice setting, provided a licensed medical professional is present for the technical support, a physician has issued a written order for the technical support or a verbal order that is followed by a written order that is placed in the patient's chart, and the Field Personnel feels comfortable in doing so.

### QUESTIONS ABOUT THE POLICY

Questions or concerns about this policy generally should be raised locally since, in most cases, your manager is the best place to go for an accurate and prompt response. If your manager is unable to respond to your concern, you are uncomfortable going to your manager, or local resolution does not make sense because of the issue or people involved, you should contact the National Service Director (763-526-0874) or the CRDM Office of Ethics and Compliance (763-526-1253).

Conversations to talk through questions are usually best, but there may be some times when you are uncomfortable talking to someone in person and wish to remain anonymous. You can anonymously raise any concern through the Medtronic Voice Your Concern line at 1-800-488-3125 or https://www.voiceyourconcernline.com.

# Burns, John [Pacing Sal]

**From:** Burns, John [Pacing Sal]
**Sent:** Thursday, November 05, 2009 9:39 AM
**To:** Rader, John
**Subject:** RE: coding

if MDT/industry personel are doing clinic then -26 just needs to be added correct?

**From:** Rader, John
**Sent:** Thursday, November 05, 2009 5:47 AM
**To:** Burns, John [Pacing Sal]
**Subject:** RE: coding

Hi John, here is the physician services lab sheet for the customers review. Pacers are on the front and ICDs on the back.. I do not see 93296 which is the technical code for CareLink for either pacers/ICDs, need to add that. Are they doing OptiVol? Do not see the codes for that. Check out the lab sheet, it is a great guide for customers.

John Rader
Medtronic, Inc.
Economic Solutions and Strategy
407-791-4369

**From:** Burns, John [Pacing Sal]
**Sent:** Wednesday, November 04, 2009 5:28 PM
**To:** Rader, John
**Subject:** coding

Hey would this be a sufficent coding sheet for a office?

Pacemakers

93288- pm device eval in person
93279-pm device program eval, single
93280- pm device program eval, dual
93281-pm device program multiple lead
93294-pm device interrigate remote

ICD's

93289- ICD device interrogation
93282- ICD device program eval, single
93283-ICD device program rval, dual
93284-ICD device program eval, multiple lead
93295-ICD device interrogate remote

EXHIBIT 3



March 8, 2010

Dear Heath Care Professional:

We write collectively to provide you important information about AdvaMed's newly updated Code of Ethics which has been adopted by our companies.

AdvaMed's updated and more rigorous Code of Ethics reflects our industry's commitment to openness, transparency and high ethical standards. The Code provides additional clarity on permitted and prohibited industry interactions with health care providers.  It became effective July 1, 2009.

As a community, we have all agreed that our companies and all of our company representatives will abide by the Code in our dealings with you.  We have included for your reference a handbook entitled: _Deciphering the Code: A guide to the shared principles, policies and practices governing the CRM industry,_ to provide an overview of the new Code, new standards, and additional resources if you have questions.

Hank Kucheman

Group President, CRV
**Boston Scientific Corporation**

Eric S. Fain, M.D.

President, Cardiac Rhythm
Management Division
**St. Jude Medical**

Dan Hackman

Senior Vice President
U.S. Cardiac Rhythm Management
**Sorin Group**

Jake Langer

President
**Biotronik, Inc.**

Pat Mackin

Sr. Vice President and President
Cardiac Rhythm Disease Management
**Medtronic, Inc.**

EXHIBIT 4



### CODE OF ETHICS
## ON INTERACTIONS WITH HEALTH CARE PROFESSIONALS

### ADOPTED BY THE ADVANCED MEDICAL TECHNOLOGY ASSOCIATION

### I. Preamble: Goal and Scope of AdvaMed Code

The Advanced Medical Technology Association ("AdvaMed") represents companies that develop, produce, manufacture, and market medical products, technologies and related services and therapies used to diagnose, treat, monitor, manage and alleviate health conditions and disabilities ("Medical Technologies") in order to enable patients to live longer and healthier lives (collectively "Companies," and individually "Company"). AdvaMed is dedicated to the advancement of medical science, the improvement of patient care, and, in particular, the contributions that high quality, innovative Medical Technologies make toward achieving these goals. AdvaMed recognizes the obligation to facilitate ethical interactions between Companies and those individuals or entities involved in the provision of health care services and/or items to patients, which purchase, lease, recommend, use, arrange for the purchase or lease of, or prescribe Companies' Medical Technologies in the United States ("Health Care Professionals").

*Medical Technologies*

Medical Technologies are often highly dependent upon "hands on" Health Care Professional interaction from beginning to end—unlike drugs and biologics, which act on the human body by pharmacological, immunological or metabolic means. For example, implantable Medical Technologies are often placed in the human body to replace or strengthen a body part. Surgical Medical Technologies often serve as extensions of a physician's hands. In other circumstances, Medical Technologies are noninvasive reagents, instrumentation and/or software to aid in the diagnosis, monitoring and treatment decisions made by Health Care Professionals. Some Medical Technologies work synergistically with other technologies, or are paired with other products that deploy devices in the safest and most effective manner. Many Medical Technologies require technical support during and after deployment.

*Interactions with Health Care Professionals*

The scope of beneficial interactions between Health Care Professionals and Companies is broad and includes interactions intended to:

- *Promote the Advancement of Medical Technologies.* Developing and improving cutting edge Medical Technologies are collaborative processes between Companies and Health

Revised and Restated Code of Ethics
Effective July 1, 2009

Care Professionals. Innovation and creativity are essential to the development and evolution of Medical Technologies, which often occur outside a Company's laboratory.

- *Enhance the Safe and Effective Use of Medical Technologies.* The safe and effective use of sophisticated electronic, *in vitro* diagnostic, surgical, or other Medical Technologies often requires Companies to provide Health Care Professionals appropriate instruction, education, training, service and technical support. Regulators often require this type of training as a condition of product approval.

- *Encourage Research and Education.* Companies' support of *bona fide* medical research, education, and enhancement of professional skills improves patient safety and increases access to Medical Technologies.

- *Foster Charitable Donations and Giving.* Companies make monetary and Medical Technology donations for charitable purposes, such as supporting indigent care, as well as patient and public education. This increases access to—as well as the quality of—care and treatment in patient populations that may not otherwise be reached.

### The Purpose of the Code of Ethics

AdvaMed recognizes that Health Care Professionals' first duty is to act in the best interests of patients. Companies can serve the interests of patients through beneficial collaborations with Health Care Professionals. To ensure that these collaborative relationships meet high ethical standards, they must be conducted with appropriate transparency and in compliance with applicable laws, regulations and government guidance. AdvaMed recognizes the obligation to facilitate ethical interactions between Companies and Health Care Professionals in order to ensure that medical decisions are based on the best interests of the patient. The ethical principles that govern these interactions are the subject of this Code of Ethics.[1] To that end, AdvaMed restates and amends its Code of Ethics and Frequently Asked Questions (collectively "Code of Ethics" or "Code"), effective July 1, 2009.

### II. Code of Ethics Compliance

All Companies are strongly encouraged to adopt this Code and to implement an effective compliance program – one which includes policies and procedures that foster compliance with the Code with respect to their interactions with Health Care Professionals related to Medical Technologies. A Company that adopts the Code is strongly encouraged to submit to AdvaMed an annual certification that the Company has adopted the Code and has implemented an effective compliance program. This certification must be signed by the Company's Chief Executive Officer and Chief Compliance Officer or individuals with equivalent responsibilities within the certifying Company. AdvaMed will publish on its website a list of those Companies that have submitted the annual certification.

---

[1] The principles of the Code are derived from a variety of authorities, including the federal Anti-kickback Statute. Throughout the Code, we refer to the concept of an "unlawful inducement" to reflect Anti-kickback Statute prohibitions.

Revised and Restated Code of Ethics
Effective July 1, 2009

Companies that are AdvaMed members shall, and Companies that are non-members may, supply contact information for the Company's Compliance Department or an anonymous hotline to facilitate reporting of possible violations of the Code. AdvaMed will publish on its website the contact information supplied by each such Company.

Companies are strongly encouraged to follow the seven elements of an effective compliance program, appropriately tailored for each Company, namely: (1) implementing written policies and procedures; (2) designating a compliance officer and compliance committee; (3) conducting effective training and education; (4) developing effective lines of communication (including an anonymous reporting function); (5) conducting internal monitoring and auditing; (6) enforcing standards through well-publicized disciplinary guidelines; and (7) responding promptly to detected problems and undertaking corrective action.

> *Note:* This Amended and Restated Code supersedes and replaces all previous AdvaMed Codes of Ethics. Companies adopting this Code shall communicate the principles of this Code to their employees, agents, dealers and distributors with the expectation that they will adhere to this Code. All Companies have an independent obligation to ensure that their interactions with Health Care Professionals comply with all applicable laws and regulations. The information provided by the Department of Health and Human Services, Office of Inspector General ("OIG"), as well as applicable laws or regulations, may provide more specificity than this Code, and Companies should address any additional questions to their own attorneys. This Code of Ethics is intended to facilitate ethical behavior, and is not intended to be, nor should it be, construed as legal advice. The Code is not intended to define or create legal rights, standards or obligations. Any interpretation of the provisions of this Code, as well as Companies' interactions with Health Care Professionals not specifically addressed in this Code, should be made in light of the following principle: Companies shall encourage ethical business practices and socially responsible industry conduct and shall not engage in any unlawful inducement.

## III. Company-Conducted Product Training and Education

Companies have a responsibility to make training and education on their products and Medical Technologies available to Health Care Professionals. Companies may also provide education to Health Care Professionals. "Training" means training on the safe and effective use of Medical Technologies. "Education" means communicating information directly concerning or associated with the use of Companies' Medical Technologies, *e.g.*, information about disease states and the benefits of Medical Technologies to certain patient populations. Training and Education programs include, but are not limited to, "hands on" training sessions, cadaver workshops, lectures and presentations, and grand rounds. In fact, the U.S. Food and Drug Administration mandates training and education to facilitate the safe and effective use of certain Medical Technologies. Companies should adhere to the following principles when conducting training and education programs concerning Medical Technologies for Health Care Professionals:

Revised and Restated Code of Ethics
Effective July 1, 2009

- Programs and events should be conducted in settings that are conducive to the effective transmission of information. These may include clinical, educational, conference, or other settings, such as hotels or other commercially available meeting facilities. In some cases, it may be appropriate for a Company representative to provide training and education at the Health Care Professional's location.

- Programs providing "hands on" training on Medical Technologies should be held at training facilities, medical institutions, laboratories, or other appropriate facilities. The training staff used by the Company should have the proper qualifications and expertise to conduct such training. Training staff may include qualified field sales employees who have the technical expertise necessary to perform the training.

- Companies may provide Health Care Professional attendees with modest meals and refreshments in connection with these programs. Any such meals and refreshments should be modest in value and subordinate in time and focus to the training and/or educational purpose of the meeting.

- Where there are objective reasons to support the need for out-of-town travel to efficiently deliver Training and Education on Medical Technologies, Companies may pay for reasonable travel and modest lodging costs of the attending Health Care Professionals. It is not appropriate for Companies to pay for the meals, refreshments, travel, or other expenses for guests of Health Care Professionals or for any other person who does not have a *bona fide* professional interest in the information being shared at the meeting.

## IV.  Supporting Third-Party Educational Conferences

*Bona fide* independent, educational, scientific, and policymaking conferences promote scientific knowledge, medical advancement and the delivery of effective health care. These typically include conferences sponsored by national, regional, or specialty medical associations and conferences sponsored by accredited continuing medical education providers. Companies may support these conferences in various ways:

- *Conference Grants.* Companies may provide a grant to the conference sponsor to reduce conference costs. They may also provide grants to a training institution or the conference sponsor to allow attendance by medical students, residents, fellows, and others who are Health Care Professionals in training. Companies may provide grants when: (1) the gathering is primarily dedicated to promoting objective scientific and educational activities and discourse; and (2) the training institution or the conference sponsor selects the attending Health Care Professionals who are in training. Such grants should be paid only to organizations with a genuine educational function and may be used to reimburse only the legitimate expenses for *bona fide* educational activities. Such grants also should be consistent with applicable standards established by the conference sponsor and any body accrediting the educational activity. The conference sponsor should independently control and be responsible for the selection of program content, faculty, educational methods, and materials.

-4-

- *Conference Meals and Refreshments.* Companies may provide funding to the conference sponsor to support the provision of meals and refreshments to conference attendees. Also, Companies themselves may provide meals and refreshments for Health Care Professional attendees if such meals and refreshments are provided: (1) to all Health Care Professional attendees (with the limited exception noted below), and (2) in a manner that is consistent with applicable standards established by the conference sponsor and the body accrediting the educational activity. Meals and refreshments may be provided to fewer than all Health Care Professional attendees if the Company providing such meals and refreshments satisfies all other principles related to meals set forth in Section VIII. Any meals and refreshments should be modest in value, subordinate in time and focus to the purpose of the conference, and clearly separate from the continuing medical education portion of the conference.

- *Faculty Expenses.* Companies may make grants to conference sponsors for reasonable honoraria, travel, lodging, and modest meals for Health Care Professionals who are *bona fide* conference faculty members.

- *Advertisements and Demonstration.* Companies may purchase advertisements and lease booth space for Company displays at conferences.

## V.     Sales, Promotional, and Other Business Meetings

Companies may conduct sales, promotional, and other business meetings with Health Care Professionals to discuss, for example, Medical Technology features, sales terms, or contracts. Often, these meetings occur close to the Health Care Professional's place of business. It is appropriate to pay for reasonable travel costs of attendees when necessary (*e.g.*, for plant tours or demonstrations of non-portable equipment) and/or to provide occasional modest meals and refreshments in connection with such meetings. However, it is not appropriate to pay for meals, refreshments, travel, or lodging of guests of Health Care Professionals or any other person who does not have a *bona fide* professional interest in the information being shared at the meeting. *See* Section VIII for additional principles related to the provision of meals associated with Health Care Professional business interactions.

## VI.     Consulting Arrangements with Health Care Professionals

Companies engage Health Care Professionals to provide a wide-range of valuable, *bona fide* consulting services through various types of arrangements, such as contracts for research, product development, development and/or transfer of intellectual property, marketing, participation on advisory boards, presentations at Company-sponsored training and other services. Companies may pay consultants fair market value compensation for performing these types of services, provided that they are intended to fulfill a legitimate business need and do not constitute an unlawful inducement. Companies should comply with the following standards in connection with consulting arrangements with Health Care Professionals:

- Consulting agreements should be written and describe all services to be provided. When a Company contracts with a consultant to conduct clinical research services, there should also be a written research protocol.

- 5 -

Revised and Restated Code of Ethics
Effective July 1, 2009

- Consulting arrangements should be entered into only where a legitimate need for the services is identified in advance and documented.

- Selection of a consultant should be made on the basis of the consultant's qualifications and expertise to meet the defined need.

- Compensation paid to a consultant should be consistent with fair market value in an arm's length transaction for the services provided and should not be based on the volume or value of the consultant's past, present or anticipated business.

- A Company may pay for documented, reasonable and actual expenses incurred by a consultant that are necessary to carry out the consulting arrangement, such as costs for travel, modest meals, and lodging.

- The venue and circumstances for Company meetings with consultants should be appropriate to the subject matter of the consultation. These meetings should be conducted in clinical, educational, conference, or other settings, including hotel or other commercially available meeting facilities, conducive to the effective exchange of information.

- Company-sponsored meals and refreshments provided in conjunction with a consultant meeting should be modest in value and should be subordinate in time and focus to the primary purpose of the meeting. Companies should not provide recreation or entertainment in conjunction with these meetings.

- A Company's sales personnel may provide input about the suitability of a proposed consultant, but sales personnel should not control or unduly influence the decision to engage a particular Health Care Professional as a consultant. Companies should consider implementing appropriate procedures to monitor compliance with this section.

*Provisions on Payment of Royalties.* Arrangements involving the payment of royalties to a Health Care Professional should meet the contractual standards set forth above. Health Care Professionals, acting individually or as part of a group in which they are an active participant, often make valuable contributions that improve products or Medical Technologies. They may develop intellectual property, for example, patents, trade secrets, or know-how, under a product or technology development or intellectual property licensing agreement. A Company should enter into a royalty arrangement with a Health Care Professional only where the Health Care Professional is expected to make or has made a novel, significant, or innovative contribution to, for example, the development of a product, technology, process, or method. A significant contribution by an individual or group, if it is the basis for compensation, should be appropriately documented.

The calculation of royalties payable to a Health Care Professional in exchange for Intellectual Property should be based on factors that preserve the objectivity of medical decision-making and avoid the potential for improper influence. For example, royalties paid in exchange for Intellectual Property should not be conditioned on: (1) a requirement that the Health Care Professional purchase, order or recommend any product or medical technology of the

- 6 -

Company or any product or technology produced as a result of the development project; or (2) a requirement to market the product or medical technology upon commercialization. (Companies may, however, elect to enter into separate consulting agreements with Health Care Professionals for marketing services if such services meet the requirements set forth in this Section VI above.) Companies are strongly encouraged to consider whether it is appropriate and practicable to exclude from the calculation of royalties the number of units purchased, used, or ordered by the Health Care Professional and/or members of the Health Care Professional's practice.

## VII.  Prohibition on Entertainment and Recreation

Company interactions with Health Care Professionals should be professional in nature and should facilitate the exchange of medical or scientific information that will benefit patient care. To ensure the appropriate focus on an educational and/or informational exchange and to avoid the appearance of impropriety, a Company should not provide or pay for any entertainment or recreational event or activity for any non-employee Health Care Professional. Such activities include, for example, theater, sporting events, golf, skiing, hunting, sporting equipment, and leisure or vacation trips. Such entertainment or recreational events, activities, or items should not be provided, regardless of: (1) their value; (2) whether the Company engages the Health Care Professional as a speaker or consultant; or (3) whether the entertainment or recreation is secondary to an educational purpose.

## VIII.  Modest Meals Associated with Health Care Professional Business Interactions

A Company's business interactions with Health Care Professionals may involve the presentation of scientific, educational, or business information and include, but are not limited to, the different types of interactions described in Sections III through VI of this Code of Ethics. Such exchanges may be productive and efficient when conducted in conjunction with meals. Accordingly, modest meals may be provided as an occasional business courtesy consistent with the limitations in this section.

*Purpose.* The meal should be incidental to the *bona fide* presentation of scientific, educational, or business information and provided in a manner conducive to the presentation of such information. The meal should not be part of an entertainment or recreational event.

*Setting and Location.* Meals should be in a setting that is conducive to *bona fide* scientific, educational, or business discussions. Meals may occur at the Health Care Professional's place of business. However, in some cases the place of business may be a patient care setting that is not available for, or conducive to, such scientific, educational, or business discussions. In other cases, it may be impractical or inappropriate to provide meals at the Health Care Professional's place of business, for example, (1) where the Medical Technology cannot easily be transported to the Health Care Professional's location, (2) when it is necessary to discuss confidential product development or improvement information, or (3) where a private space cannot be obtained on-site.

*Participants.* A Company may provide a meal only to Health Care Professionals who actually attend the meeting. A Company may not provide a meal for an entire office staff where

- 7 -

everyone does not attend the meeting. A Company also may not provide a meal where its representative is not present (such as a "dine & dash" program). A Company may not pay for meals for guests of Health Care Professionals or for any other person who does not have a *bona fide* professional interest in the information being shared at the meeting.

*Other principles.* Depending on the type of business interaction or meeting, additional principles may apply, as described in other sections of this Code of Ethics. Specifically:

- Section III: Company-Conducted Product Training and Education.

- Section IV: Supporting Third-Party Educational Conferences.

- Section V: Sales, Promotional, and Other Business Meetings.

- Section VI: Consulting Arrangements with Health Care Professionals.

## IX.   Educational Items; Prohibition on Gifts

A Company occasionally may provide items to Health Care Professionals that benefit patients or serve a genuine educational function for Health Care Professionals. Other than medical textbooks or anatomical models used for educational purposes, any such item should have a fair market value of less than $100. A Company may not provide items that are capable of use by the Health Care Professional (or his or her family members, office staff or friends) for non-educational or non-patient-related purposes, for example, a DVD player or MP3 player/I-Pod.

A Company may not give Health Care Professionals any type of non-educational branded promotional items, even if the item is of minimal value and related to the Health Care Professional's work or for the benefit of patients. Examples of non-educational branded promotional items include pens, notepads, mugs, and other items that have a Company's name, logo, or the name or logo of one of its Medical Technologies. Companies also may not provide Health Care Professionals with gifts such as cookies, wine, flowers, chocolates, gift baskets, holiday gifts or cash or cash equivalents.

This section is not intended to address the legitimate practice of providing products for evaluation and demonstration purposes, which is addressed in Section XII.

## X.   Provision of Coverage, Reimbursement and Health Economics Information

As Medical Technologies have become increasingly complex, so have payor coverage and reimbursement policies. Patient access to necessary Medical Technology may be dependent on Health Care Professionals and/or patients having timely and complete coverage, reimbursement, and health economic information. Consequently, a Company may provide such information regarding its Medical Technologies if it is accurate and objective. A Company also may collaborate with Health Care Professionals, patients and organizations representing their interests, to achieve government and commercial payor coverage decisions, guidelines, policies, and adequate reimbursement levels that allow patients to access its Medical Technologies.

Revised and Restated Code of Ethics
Effective July 1, 2009

Permissible activities involving the provision of coverage, reimbursement and health economic information may include, but are not limited to:

- Identifying the clinical value of the Company's Medical Technologies and the services and procedures in which they are used when providing coverage, reimbursement and health economics information and materials to Health Care Professionals, professional organizations, patient organizations, and payors.

- Collaborating with Health Care Professionals, their professional organizations, and patient groups to conduct joint advocacy on coverage, reimbursement and health economics issues; supporting Health Care Professionals and their professional organizations in developing materials and otherwise providing direct or indirect input into payor coverage and reimbursement policies.

- Promoting accurate Medicare and other payor claims by providing accurate and objective information and materials to Health Care Professionals regarding the Company's Medical Technologies, including identifying coverage, codes and billing options that may apply to those Medical Technologies or the services and procedures in which they are used.

- Providing accurate and objective information about the economically efficient use of the Company's Medical Technologies, including where and how they can be used within the continuum of care.

- Providing information related to the Company's Medical Technologies regarding available reimbursement revenues and associated costs.

- Providing information relating to changes in coverage or reimbursement amounts, methodologies and policies and the effects of such changes in order to facilitate a Health Care Professional's decision to buy or use the Company's Medical Technologies.

- Providing accurate and objective information designed to offer technical or other support intended to aid in the appropriate and efficient use or installation of the Company's Medical Technologies.

- Facilitating patient access to the Company's Medical Technologies by providing Health Care Professionals with assistance in obtaining patient coverage decisions from payors. This assistance may include providing information and/or training on payor policies and procedures for obtaining prior authorization, and providing sample letters and information on medical necessity and appeals of denied claims. In addition, at the request of a Health Care Professional to facilitate patient access to the Company's Medical Technology, and subject to appropriate privacy safeguards, the Company may assist the patient by facilitating the preparation and submission of requests for coverage determinations, prior authorizations, pre-certifications and appeals of denied claims, relating to a Company's own Medical Technology; however such assistance should not be provided as an unlawful inducement.

A Company may not interfere with a Health Care Professional's independent clinical decision-

Revised and Restated Code of Ethics
Effective July 1, 2009

making or provide coverage, reimbursement and health economics support as an unlawful inducement. For example, a Company should not provide free services that eliminate an overhead or other expense that a Health Care Professional would otherwise of business prudence or necessity have incurred as part of its business operations if doing so would amount to an unlawful inducement. Further, a Company should not suggest mechanisms for billing for services that are not medically necessary, or for engaging in fraudulent practices to achieve inappropriate payment.

## XI.    Research and Educational Grants and Charitable Donations

A Company may provide research and educational grants and charitable donations. However, a Company may not provide such grants or donations as an unlawful inducement. Therefore, a Company should: (a) adopt objective criteria for providing such grants and donations that do not take into account the volume or value of purchases made by, or anticipated from, the recipient; (b) implement appropriate procedures to ensure that such grants and donations are not used as an unlawful inducement; and (c) ensure that all such grants and donations are appropriately documented. A Company's sales personnel may provide input about the suitability of a proposed grant or charitable donation recipient or program, but sales personnel should not control or unduly influence the decision of whether a particular Health Care Professional or institution will receive a grant or donation or the amount of such grant or donation. Companies should consider implementing procedures to monitor compliance with this section.

### a.  Research Grants

Research provides valuable scientific and clinical information, improves clinical care, leads to promising new treatments, promotes improved delivery of health care, and otherwise benefits patients. In furtherance of these objectives, a Company may provide research grants to support independent medical research with scientific merit. Such activities should have well-defined objectives and milestones and may not be linked directly or indirectly to the purchase of Medical Technologies.

Company-initiated or directed research involving a Company's Medical Technologies (such as clinical study agreements) is addressed separately in Section VI.

### b.  Educational Grants

Educational grants may be provided for legitimate purposes, including, but not limited to, the examples below. As noted in Section IV, a Company may make educational grants to conference sponsors or training institutions. A Company may not make educational grants to individual Health Care Professionals.

- *Advancement of Medical Education.* A Company may make grants to support the genuine medical education of medical students, residents, and fellows participating in fellowship programs that are charitable or have an academic affiliation, or other medical personnel. (For additional considerations regarding educational grants, see Section IV.)

- *Public Education.* A Company may make grants for the purpose of supporting education

Revised and Restated Code of Ethics
Effective July 1, 2009

of patients or the public about important health care topics.

### c. Charitable Donations

A Company may make monetary or Medical Technology donations for charitable purposes, such as supporting indigent care, patient education, public education, or the sponsorship of events where the proceeds are intended for charitable purposes. Donations should be motivated by *bona fide* charitable purposes and should be made only to *bona fide* charitable organizations or, in rare instances, to individuals engaged in genuine charitable activities for the support of a *bona fide* charitable mission. Companies should exercise diligence to ensure the *bona fide* nature of the charitable organization or charitable mission.

### XII. Evaluation and Demonstration Products

Providing products to Health Care Professionals at no charge for evaluation or demonstration purposes can benefit patients in many ways. These benefits include improving patient care, facilitating the safe and effective use of products, improving patient awareness, and educating Health Care Professional regarding the use of products. Under certain circumstances described below, a Company may provide reasonable quantities of products to Health Care Professionals at no charge for evaluation and demonstration purposes.

This section is limited to providing evaluation and demonstration products only and is not intended to address any other arrangement.

Company products that may be provided to Health Care Professionals for evaluation include single use (*e.g.*, consumable or disposable products) and multiple use products (sometimes referred to as "capital equipment"). These products may be provided at no charge to allow Health Care Professionals to assess the appropriate use and functionality of the product and determine whether and when to use, order, purchase, or recommend the product in the future. Company products provided for evaluation are typically expected to be used in patient care.

*Single Use/Consumables/Disposables.* The number of single use products provided at no charge should not exceed the amount reasonably necessary for the adequate evaluation of the products under the circumstances.

*Multiple Use/Capital.* Multiple use products provided without transfer of title for evaluation purposes should be furnished only for a period of time that is reasonable under the circumstances to allow an adequate evaluation. The terms of an evaluation of such multiple use products should be set in advance in writing. Companies should retain title to such multiple use products during the evaluation period and should have a process in place for promptly removing such multiple use products from the Health Care Professional's location at the conclusion of the evaluation period unless the Health Care Professional purchases or leases the products.

*Demonstration.* Company demonstration products are typically unsterilized single use products or mock-ups of such products that are used for Health Care Professional and patient awareness, education, and training. For example, a Health Care Professional may use a demonstration product to show a patient the type of device that will be implanted in the patient. Demonstration

- 11 -

products typically are not intended to be used in patient care. Demonstration products also are typically identified as not intended for patient use by use of such designations as "Sample," "Not for Human Use," or other suitable designation on the product, the product packaging, and/or documentation that accompanies the product.

A Company should provide Health Care Professionals with documentation and disclosure regarding the no-charge status of evaluation and demonstration products.

Revised and Restated Code of Ethics
Effective July 1, 2009

# FREQUENTLY ASKED QUESTIONS

## REGARDING ADVAMED'S CODE OF ETHICS
## ON INTERACTIONS WITH HEALTH CARE PROFESSIONALS

## SECTION I:     PREAMBLE AND GENERAL QUESTIONS

**Q1   Why did AdvaMed develop a code distinct from the PhRMA Code on Interactions with Health Care Professionals?**

The AdvaMed Code of Ethics is intended to address the unique interactions that occur between Companies and Health Care Professionals, just as the PhRMA Code reflects the nature of interactions between pharmaceutical companies and Health Care Professionals. Distinguishing features in AdvaMed's Code arise primarily from the fact that Companies interact with Health Care Professionals because of the complexity and "hands on" nature of Medical Technologies and the importance of having Health Care Professionals understand how to use the technologies safely and effectively.

**Q2   Who are "Health Care Professionals"? Does the term include non-clinical people who make Medical Technology purchasing decisions? Does it include decision-makers within GPOs?**

The phrase "Health Care Professionals" is intended to be a broad one. It includes individuals or entities: 1) which are involved in the provision of health care services and/or items to patients; and 2) which purchase, lease, recommend, use, arrange for the purchase or lease of, or prescribe Companies' Medical Technologies in the United States. The phrase Health Care Professional includes both persons providing services (such as licensed physicians) and persons who do not provide services directly but who are involved in the decision to purchase, lease, or recommend a Medical Technology. These individuals include, for example, purchasing agents, physician's practice managers and management within group purchasing organizations ("GPOs").

**Q3   Does the Code apply to gifts, meals, refreshments, and other benefits provided by Companies to government employees?**

Yes, the Code applies to gifts, meals, refreshments, and other benefits provided by Companies to government employees if the employees are Health Care Professionals. Companies also should be aware that there may be specific legal restrictions on providing gifts and other benefits to government employees, and that these restrictions may, in some cases, be more restrictive than the Code.

**Q4   Does the Code cover interactions with Health Care Professionals whose primary place of work is outside the U.S.? Does it cover interactions outside the U.S. with Health Care Professionals who work in the U.S.?**

The Code applies to interactions with Health Care Professionals to the extent that they provide services or Medical Technologies in the United States. This would include interactions with Health Care Professionals who work in the United States, even if the interaction occurs outside

- 13 -

the country (such as at a conference or other event). Of course, there are other laws and ethical requirements that may pertain to interactions with Health Care Professionals located both inside and outside the United States.

**Q5     Are combination products covered by the Code?**

Yes, interactions related to combination products (*e.g.*, those that are both biologics and devices or drugs and devices) are covered by the Code. Interactions related to combination products also may be subject to the ethical codes of other trade associations.

**Q6     Does the Code address arrangements between a Company and a Health Care Professional relating to licensing a new product to the Company?**

If these arrangements involve providing services to a Company, they are a type of consulting arrangement addressed in Section VI.

**Q7     What do the terms "modest" and "occasional" mean?**

"Modest" means moderate value, but may differ depending on regional differences. "Occasional" means infrequent.

The provision of meals is subject to the limits discussed in Section VIII. A Company should consider establishing limits on the frequency and costs of meals provided to Health Care Professionals to comply with the requirements that the meals must be "modest" and "occasional."

**Q8     May a Company's employee or agent pay for meals or refreshments for a Health Care Professional that a Company could not provide under the Code, if the Company neither pays for the meals or refreshments nor reimburses the employee or agent?**

No. The Code should be viewed as applying to a Company's employees and agents even if they pay for benefits themselves. Depending on the circumstances, it may be appropriate for an employee or agent of a Company to engage in certain activities with a Health Care Professional if each pays his or her own way.

**Q9     May a Company offer to provide laptop computers with independent value to any purchasing manager whose hospital purchases at least 1,000 units of the Company's medical technology that the Company has just introduced?**

No. A Company may not provide any item of value to a Health Care Professional that takes into consideration the value or volume of the business that is or may be generated by the Health Care Professional, unless permitted by law (*e.g.*, appropriate discounts).

**Q10   May a Company provide support for a Health Care Professional-sponsored social event, such as an office holiday party?**

No, such support would be inappropriate.

Revised and Restated Code of Ethics
Effective July 1, 2009

## SECTION II:     CODE OF ETHICS COMPLIANCE

**Q11     What form should Companies use to make the certification described in Section II, and on what date are such certifications due?**

The revised AdvaMed Code of Ethics will take effect on July 1, 2009. Company certifications should be submitted no later than July 1 of each year, beginning in 2010. AdvaMed will publish the certification form that Companies should use. While it may take a period of time for Companies to adopt the revised Code, create and implement policies, procedures and effective compliance programs to comply with the Code, and educate and train employees whose job responsibilities make the information relevant, Companies should endeavor to accomplish these tasks as diligently as reasonably possible.

**Q12     Does the AdvaMed Code of Ethics offer legal advice?**

No. The Code is intended to facilitate ethical behavior and is not intended to be, nor should it be, construed as legal advice. All Companies have an independent obligation to ensure that their interactions with Health Care Professionals comply with all applicable laws and regulations.

**Q13     Will AdvaMed staff provide advice on how the Code would apply to specific practices?**

No. Companies should address questions about specific practices to their own attorneys or advisors.

**Q14     Does the Code govern the actions of Companies' agents and distributors?**

As stated in Section II, Companies adopting the Code are required to communicate the Code's provisions to their employees, agents, dealers and distributors with the expectation that they will adhere to them. It is important that these entities are informed that AdvaMed has revised its Code of Ethics and that they are aware of the ethical standards reflected in it.

**Q15     What does "appropriately tailored" mean with respect to implementation of the seven elements of an effective compliance program?**

"Appropriately tailored" means that each Company's implementation of the seven elements of an effective compliance program should take into account the Company's size, resources, particular lines of business, and work-force. AdvaMed recognizes that, given the wide diversity within the medical technology industry, there is no single best compliance program. AdvaMed strongly encourages Companies to develop and implement compliance elements that address the specific types of risks that apply to their operations.

Revised and Restated Code of Ethics
Effective July 1, 2009

## SECTION III:    COMPANY-CONDUCTED PRODUCT TRAINING AND EDUCATION

**Q16    Why may it be appropriate under the Code for Companies to pay for travel to attend training and education sessions?**

In order to efficiently deliver training and/or education at appropriate facilities, the Code contemplates that a Company may bring Health Care Professionals together at a central location, which may make out-of-town travel necessary.  Note that this section deals only with meetings focused on training and education on Medical Technologies, and only for persons who could legitimately benefit from the training and education.  (Meetings focused on sales, promotional, and other business meetings are discussed in Section V.)

**Q17    May a Company pay for travel to a Company-sponsored general educational program (not related to a Medical Technology)?**

It may be appropriate for a Company to conduct a general educational session, but it is not the type of program for which Company-supported travel would be appropriate under the Code. In contrast, paying for a Health Care Professional's travel may be appropriate when the Company is conducting training and education on the safe and effective use of its Medical Technologies.

## SECTION IV:    SUPPORTING THIRD-PARTY EDUCATIONAL CONFERENCES

**Q18    May a Company designate attendees or faculty who will speak at a third-party educational conference?**

No.  The Code contemplates that an independent third party will select faculty and attendees. The Code does not preclude a Company from recommending a knowledgeable faculty member, where the recommendation is permitted by the conference sponsor's guidelines. The ultimate selection should be made by the conference sponsor.

**Q19    May a Company provide an educational grant to support the attendance of a Health Care Professional at a third-party educational conference?**

The Code contemplates that grants would be made to the conference sponsor or training institution, which will select the attendees.  Furthermore, the Code contemplates that the benefited attendees would be medical students, residents, fellows, or other Health Care Professionals in training.

**Q20    If a Company provides a grant for a medical student to attend an educational conference, may the funds be used to cover both travel expenses and registration fees?**

Yes, provided that the grant is given directly to a training institution or a third party educational conference sponsor.

- 16 -

Revised and Restated Code of Ethics
Effective July 1, 2009

**Q21  May a Company sponsor an off-site sales, promotional, or other business meeting that is ancillary to a third-party educational conference?**

Yes, provided that the sales and promotional meeting or other activity has a legitimate business purpose and meets all applicable requirements of the Code. The Company also should comply with applicable conference sponsor guidelines.

# SECTION V:    SALES, PROMOTIONAL, AND OTHER BUSINESS MEETINGS

**Q22  Why does the Code not allow Companies to extend business courtesies to guests/spouses in connection with sales, promotional and other business meetings?**

AdvaMed's Code of Ethics is mindful of the desire to avoid even the appearance that business courtesies are being given as improper inducements to promote a Company's Medical Technologies. On the other hand, Companies may, as a matter of common courtesy and civility, provide occasional modest meals or refreshments for Health Care Professionals in connection with these types of meetings that are conducive to the exchange of information. The Code precludes the extension of these courtesies to persons, such as guests/spouses, without a *bona fide* professional interest in the meeting.

**Q23  May a Company conduct a sales, promotional, or other business meeting at a resort location and pay for a Health Care Professional's travel to the meeting?**

Generally, this would not be appropriate. Companies should be deliberate in selecting the location and venue for such meetings. Like location and venue selection for training and education meetings (discussed in Section III), Companies should select a location and venue that is appropriate for, and conducive to, accomplishing the purpose of the meeting. Selection of a resort location would not likely meet these standards and may give rise to an appearance of impropriety. In addition, the location should be evaluated for consistency with the provisions in Section V, which state that it may be appropriate at sales, promotional, or other business meetings to provide occasional modest meals or refreshments and, with respect to providing travel, that the travel be "necessary." Furthermore, the Code provides for limited special circumstances of "plant tours and demonstrations of non-portable equipment" as specific examples of when travel might be necessary.

**Q24  May a Company indirectly provide meals or refreshments when the provision of meals or refreshments does not conform to the Code, for example, by reimbursing a distributor who provides these meals while marketing the Company's Medical Technologies?**

No. Companies should always promote adherence to the Code by intermediaries when they are engaged in marketing the Company's Medical Technologies. A Company should never knowingly encourage or condone an intermediary's engaging in conduct that would be prohibited by the Code if a Company engaged in it directly.

- 17 -

Revised and Restated Code of Ethics
Effective July 1, 2009

## SECTION VI: CONSULTING ARRANGEMENTS WITH HEALTH CARE PROFESSIONALS

**Q25   Is a clinical investigator considered a "consultant" under Section VI?**

If the clinical investigator is providing services to the Company in return for compensation, he or she is a consultant under Section VI.

**Q26   Is there a limit to the number of consultants a Company may retain under Section VI?**

Companies may retain only as many consultants as are necessary to fulfill the Company's requirements for *bona fide* services; moreover, the requirements of Section VI must be satisfied for each consultant.

**Q27   May a consultant be placed under retainer with services provided as requested?**

Yes, provided the requirements of Section VI are met.

**Q28   What happens if a consultant is engaged but the project is cancelled or modified without using the consultant's services?**

The Code contemplates that if the requirements of Section VI were met when the consultant was engaged and then unanticipated circumstances prevented performance, then the question of whether or how much payment is made to a consultant would be a matter determined by the underlying consulting agreement. However, any such payment should be reasonable under the circumstances.

**Q29   What factors should a Company consider when evaluating the venues and circumstances for meetings with consultants?**

A Company should assess (a) whether there is a *bona fide* business justification for holding the meeting; (b) whether the location and venue are suitable for and conducive to the exchange of information; (c) whether the value of any Company-sponsored lodging is reasonable; (d) whether any ancillary meals and refreshments are modest in value and are subordinate in time and focus to the business part of the meeting; and (e) whether the overall meeting has a genuine business purpose and tenor and does not constitute an unlawful inducement.

**Q30   Do the restrictions of the AdvaMed Code apply to Company interactions with consultants in the same way as they do to interactions with other Health Care Professionals?**

Yes. All interactions with Health Care Professionals must meet the requirements of the Code. These include the requirements of Section VI as well as other applicable sections of the Code.

**Q31   When is a Health Care Professional considered a "consultant"?  What types of arrangements with consultants are covered under Section VI?**

Revised and Restated Code of Ethics
Effective July 1, 2009

Any relationship between a Health Care Professional and a Company where services provided to the Company by the Health Care Professional are exchanged for remuneration constitutes a consulting arrangement and should comply with Section VI. Examples of consulting arrangements include agreements to provide education and training, speaking engagements, proctoring and preceptorships, reference center or center of excellence arrangements, participation on advisory boards or focus groups, medical technology development and research services arrangements (such as post-market research agreements, research and development agreements and clinical studies), and arrangements for the development and/or transfer of intellectual property. Research and educational grants are not considered consulting arrangements. They are addressed in Section XI.

**Q32   Can the selection of a consultant include his or her experience, usage or familiarity with a specific Company Medical Technology?**

Section VI provides that a consultant should be selected on the basis of his or her qualifications and expertise to meet a defined need. It is possible that these qualifications could include experience with, usage of, or familiarity with a specific Medical Technology. However, neither selection of, nor compensation paid to, consultants should be to reward past usage or constitute an unlawful inducement.

**Q33   How are Clinical Study Agreements treated under the Code?**

Arrangements that involve the provision of clinical research services by a Health Care Professional in return for compensation are a type of consulting arrangement and are subject to the same principles as other consulting arrangements under the Code. They should be governed by a written services agreement, and compensation should be based on fair market value for the services provided. The clinical program for which the services are being provided should fulfill a legitimate research purpose.

A Clinical Study Agreement typically is entered into between a Company and a Health Care Professional that is a facility, institution, or practice group, and compensation for the clinical research services is paid to that entity. An individual Health Care Professional may act as a study investigator but also provide related services in his or her individual capacity that is outside the scope of the services covered in the clinical study agreement (*e.g.*, protocol development). In that case, it may be appropriate to enter into a separate consulting arrangement with that Health Care Professional.

**Q34   How can a Company establish "fair market value"?**

There are different valuation methods that may be used to establish fair market value. In all instances, a Company should use objective, verifiable criteria. The method or methods used by a Company should be documented.

**Q35   What is considered a "legitimate need" to engage a Health Care Professional as a consultant?**

A legitimate need arises when a Company requires the services of a Health Care Professional in order to achieve a proper business objective. There are many proper business objectives. However, engaging a Health Care Professional for the purpose of generating business directly

Revised and Restated Code of Ethics
Effective July 1, 2009

from such Health Care Professional (or a health care provider that is affiliated with the Health Care Professional) is not a proper business objective. Thus, there is a legitimate need to engage a Health Care Professional only if the arrangement would have been entered into absent an opportunity to generate business directly from the Health Care Professional. Further, the level of consulting services to be obtained from a Health Care Professional should not exceed the amount that is reasonably necessary to achieve a Company's proper business objective.

## SECTION VII: PROHIBITION ON ENTERTAINMENT AND RECREATION

Q36  May a Company's employee or agent pay for entertainment or recreation for a Health Care Professional that a Company could not provide under the Code, if the Company neither pays for the entertainment or recreation nor reimburses the employee or agent?

No. The Code should be viewed as applying to a Company's employees and agents even if they pay. Depending on the circumstances, it may be appropriate for an employee or agent of a Company to engage in certain activities with a Health Care Professional if each pays his or her own way.

## SECTION VIII: MODEST MEALS ASSOCIATED WITH HEALTH CARE PROFESSIONAL BUSINESS INTERACTIONS

Q37  Is a general discussion to build good business relationships a "business presentation" such that it is appropriate to provide a business meal?

No. A business presentation may include substantial discussions related to medical technology development and improvement of a medical technology, pricing, or contract negotiations. The business discussion should account for most of the time spent during the meal. Development of general goodwill and business relationships should not be the primary purpose of a business meal, and a business meal should not be used for entertainment or recreational purposes.

## SECTION IX: EDUCATIONAL ITEMS; PROHIBITION ON GIFTS

Q38  May a Company provide a gift such as flowers, gift baskets, meals, snacks, wine, or other refreshments to a Health Care Professional or a Health Care Professional's office or staff?

No. These types of gifts and refreshments are not considered educational items or for the benefit of patients.

Q39  May a Company give gifts to staff of a Health Care Professional who are not themselves Health Care Professionals?

Gifts given to the staff of a Health Care Professional should be treated as though they are given to the Health Care Professional and are subject to all applicable provisions of the Code.

Revised and Restated Code of Ethics
Effective July 1, 2009

**Q40**    **May a Company or its representative provide a gift to recognize a life event for a Health Care Professional, such as a wedding, birth, anniversary, or death of a family member?**

No.  A Company, or representative acting on the Company's behalf, may only provide items to Health Care Professionals that are intended for the benefit of patients or serve a genuine educational function for the Health Care Professional.  Gifts such as flowers, fruit baskets, etc. do not meet this requirement even if provided to recognize a significant life event.

**Q41**    **May a Company raffle an item during a trade show, such as two round-trip airline tickets, that it could not otherwise give as a gift?**

No.  A Company may not raffle or give away at a trade show an item that it could not otherwise give a Health Care Professional under Section IX.

**Q42**    **What types of items are considered to be for the benefit of patients?**

Items intended for the benefit of patients could include starter kits, and educational brochures, for example.  However, "scrubs" and office supplies would not be considered an item for the benefit of patients.  With respect to starter kits, a Company should adopt appropriate safeguards regarding the provision of such kits to ensure they are not offered as an unlawful inducement.

## SECTION X:    PROVISION OF COVERAGE, REIMBURSEMENT, AND HEALTH ECONOMICS INFORMATION

**Q43**    **Is it appropriate to demonstrate that a Medical Technology can be used in an economically efficient manner?**

It may be appropriate for Companies to provide accurate information relating to the costs, savings and revenues associated with the use of its Medical Technologies.  Without this information, it may be difficult for a Health Care Professional to properly evaluate their economic feasibility or desirability.

## SECTION XI:    RESEARCH AND EDUCATIONAL GRANTS AND CHARITABLE DONATIONS

**Q44**    **What is an example of a grant or donation to "individuals engaged in genuine charitable missions for the support of that mission"?**

One example is providing medical technologies to individuals who perform volunteer disaster relief abroad.  Supporting disaster relief work may be appropriate under the Code, notwithstanding that the individuals or group are acting as independent volunteers and not under the umbrella of a not-for-profit, charitable organization.

Revised and Restated Code of Ethics
Effective July 1, 2009

**Q45** **May a Company make a charitable contribution to a not-for-profit institution to pay the registration or seminar fees and travel expenses for an affiliated Health Care Professional to attend a third-party educational conference?**

In general, Section IV does not permit a Company to pay directly for the registration, seminar fees or travel expenses of a Health Care Professional's attendance at a third-party educational conference. Consequently, the Company should not provide these benefits indirectly as a charitable contribution to a Health Care Professional's not-for-profit institution for the purpose of defraying the costs of particular individuals' attendance. However, it can provide grants to sponsors to: 1) pay the expenses of faculty members selected by the conference sponsor; 2) support the participation of Health Care Professionals in training; or 3) reduce the costs of participation by all participants.

**Q46** **May a Company make a charitable contribution to a not-for-profit hospital for construction of a new wing?**

Companies have historically supported the delivery of health care services through charitable contributions. As with any other contribution, this type of contribution may be appropriate if: (a) the recipient of the contribution is a charitable organization; (b) the purpose of the donation is charitable in nature; and (c) it is not an unlawful inducement. Many factors would be involved in considering whether such a contribution is appropriate, including ensuring that the amount of the donation is not dependent upon the volume of business or anticipated business conducted with or referred to the Company.

**Q47** **May a Company make an educational grant to pay for a clinical fellow?**

A Company may make an educational grant to an institution to subsidize a clinical fellow if the fellow is in a genuine fellowship program which has a charitable or academic affiliation. A Company may not use the provision of an educational grant as an unlawful inducement.

**Q48** **May a Company pay for or provide tickets to a Health Care Professional or spouse or guest to attend charitable events, such as galas and golf outings?**

No. A Company may not pay for or provide tickets to Health Care Professionals or their spouses or guests to attend charitable events, such as galas and golf outings.

**Q49** **May a Company give a Health Care Professional a research grant that is unrestricted and can be used for any purpose?**

No. A Company should give research grants only if they are in support of research that has defined goals, objectives, and milestones.

**Q50** **May a Company make a contribution in support of a Health Care Professional's charitable event (*e.g.*, golf tournament, outing, gala dinner, and the like), where the proceeds earned from the event will be used for charitable purposes?**

Yes, so long as the donation is not an unlawful inducement. However, a Company may not pay for an individual Health Care Professional to attend or participate in the charitable event.

Revised and Restated Code of Ethics
Effective July 1, 2009

**Q51    How can a Company determine whether a charitable organization is a *bona fide* charitable organization?**

Companies should exercise diligence to ensure the charitable organization is *bona fide*. Relevant factors to consider may include (1) the entity's tax status, (2) the entity's corporate status under state law, and (3) whether the organization has a charitable mission or purpose, among other factors.

## SECTION XII:    EVALUATION AND DEMONSTRATION PRODUCTS

**Q52    May a Company provide a recently approved product without charge to a Health Care Professional for evaluation?**

Yes, but the Company should provide the Health Care Professional with documentation about the product to allow the Health Care Professional to appropriately address any obligation to report for reimbursement purposes.

**Q53    A Health Care Professional has requested that a Company provide it with a multiple use product to evaluate. How long can the Company provide the product at no charge to the Health Care Professional?**

The specific length of time reasonably necessary for a Health Care Professional to assess a multiple use product will depend on the frequency of anticipated use, the duration of required training, the number of Health Care Professionals who will need to evaluate the product, the length of time necessary to evaluate different product features, and similar considerations. A Company should provide a Health Care Professionals with documentation and disclosure regarding the no-charge status of evaluation products.

**Q54    Is a demonstration or evaluation product that is provided at no charge to a Health Care Professional by a Company a gift?**

No. Demonstration and evaluation products are not considered gifts under Section IX.

Revised and Restated Code of Ethics
Effective July 1, 2009

BRADENTON HEART
3000 50th Street West, Suite 4200
Bradenton, FL 34209
(941) 794-3999
Fax (941) 792-4048
ID #59-3362711

Case 8:16-cv-02015-CEH-AEP   Document 164   Filed 08/18/16   Page 32 of 49 PageID 46

☐ Raj T. Rajan, MD, FACC
☐ Asad Sawar, MD, FACC
☐ Kristin Eversole, MSN, A.R.N.P.

| CODE | DIAGNOSIS | CODE | DIAGNOSIS | CODE | DIAGNOSIS | CODE | DIAGNOSIS | NEXT APPT. | WHEN |
|---|---|---|---|---|---|---|---|---|---|
| 441.4 | Abdom Aortic Aneurysm | 414.01 | CAD, Native | 443.9 | Peripheral Vascular Disease | 427.81 | Sinoatrial Node Dysfunction SSS | ☐ OV | |
| 794.31 | Abnormal EKG | 414.02 | CAD, Auto Bypass | 425.4 | Primary Cardiomyopathy | V45.81 | S/P CABG/Bypass | ☐ Test Results | |
| 794.30 | Abnormal Function Study | 414.12 | Dissection of Coronary Artery | 442.3 | Aneurysm | 451.0 | Superficial Veins Thrombophlebitis | ☐ Spect Myoview | |
| 413.9 | Angina Pectoris | | | 414.06 | Coronary Atherosclerosis of Coronary Artery of Transp. Heart | 780.2 | Syncope | ☐ Persantine Myoview | |
| 395.0 | Aortic Stenosis Rheumatic | 790.92 | Coumadin Therapy | | | 427.0 | Tachycardia, Paroxysmal Supra Vent. | ☐ Rest/Stress RNA | |
| 424.1 | Aortic Valve Disorder | 395.9 | Diseases of Aortic Valve | 428.0 | Congestive Heart Failure | 427.1 | Tachycardia, Ventricular, Paroxysmal | ☐ Adenosine Myoview | |
| 427.31 | Arrhythmia/Cardiac Dysrhythmia | 394.9 | Diseases of Mitral Valve | 428.20 | Unspecified Systolic Heart Failure | 427.3 | Tachycardia, Vent. Fib | ☐ Dobutamine Stress | |
| 440.8 | Atheroscl. Lwr Ext Art | 780.4 | Dizziness | 428.21 | Acute Systolic Heart Failure | 427.42 | Tachycardia, Vent. Flutter | ☐ Muga Scan | |
| 427.31 | Atrial Fibrillation | 250.00 | DM-Adult Onset | 428.22 | Chronic Systolic Heart Failure | 414.9 | Transient Cardiac Ischemia | ☐ Regular Stress | |
| 427.32 | Atrial Flutter | 250.01 | DM-Insulin Dependent | 428.23 | Acute on Chronic Systolic Heart Failure | 435.9 | Transient Cerebral Ischemia | ☐ Echo w/Color/Doppler | |
| 426.10 | Atrioventricular Block-Complete | 451.11 | DVT Femoral Vein | 428.30 | Unspecified Diastolic Heart Failure | 397.0 | Tric. Insuf. Rheumatic | ☐ Echo Limited | |
| 427.11 | Benign PVP HRT | 451.19 | DVT Pop. Tibial | 428.31 | Acute Diastolic Heart Failure | 424.2 | Tricuspid Insuf. | ☐ T-wave | |
| 427.89 | Bradycardia | 780.79 | Other Malaise + Fatigue | 428.32 | Chronic Diastolic Heart Failure | 411.1 | Unstable Angina | ☐ Stress Echo | |
| 426.13 | 2° AV BLK I | 785.2 | Heart Murmur | 428.33 | Acute on Chronic Diastolic Heart Failure | 444.21 | Upper Extremity Occlusion | ☐ Carotid Duplex | |
| 426.12 | 2° AV BLK II | 401.9 | Hypertension | 428.40 | Unspec. Comb. Systolic & Diastolic Heart Failure | V43.3 | Valve Replacement | ☐ Lower Arterial DP | |
| 942.0 | Cardiac Rhythm Regulators | 458.9 | Hypotension | 428.41 | Acute Comb. Systolic & Diastolic Heart Failure | 454 | Varicose Veins Lwr Ext Specify ___ | ☐ Lower Arterial Duplex | |
| 942.1 | Cardiotonic Glycosides & Drugs | 272.4 | Hypercholesterolemia | 428.42 | Chronic Comb. Systolic & Diastolic Heart Failure | | | ☐ Lower Venous | |
| 785.9 | Carotid Bruit | 272.4 | Hyperlipidemia | 415.19 | Pulmonary Embolism | 593.81 | Vascular Disorder of Kidney, Renal Artery Thrombosis | ☐ Renal Duplex | |
| 433.10 | Carotid Occlusion | 306.9 | Mitral/Aortic Valve Dis. | 398.90 | Rheumatic Heart Disease | | | ☐ Lower Venous | |
| 433.11 | Cerebrovascular Disease | 394.0 | Mitral Stenosis | 416.0 | Pulmonary HTN—Primary | 459.81 | Venous Insuff. | ☐ Arm | |
| 786.50 | Chest Pain | 424.0 | Mitral Valve Disorder | 416.8 | Pulmonary HTN—Secondary | 453.8 | Venous Thrombosis Upper Ext | ☐ Holter | |
| 496 | COPD | 412 | Old MI | 416.9 | Chronic Pulmonary Heart Dis. | 796.2 | White Coat Hypertension | ☐ Pacer Check | |
| 414.00 | CAD, unsp. | 785.1 | Palpitations | 786.05 | Shortness of Breath | 426.7 | Wolff-Parkinson-White Disease | ☐ ICD Check | |
| | | | | | | V72.81 | Pre Op Cardiovascular | ☐ EKG | |
| | | | | | | V45.81 | S/P Stent | ☐ Blood Pressure Check | |
| | | | | | | 423.9 | Pericardial Effusion | ☐ ICG | |
| | | | | | | 420.90 | Pericarditis | ☐ Lipid Clinic | |
| | | | | | | 745.5 | Atrial Septal Defect | ☐ Cardiac Rehab | |
| | | | | | | | | ☐ Coumadin Clinic | |
| | | | | | | | | ☐ ECP | |

| OFFICE VISITS | | FEE | | ✓ | CODE | NONINVASIVE PROCEDURES | FEE |
|---|---|---|---|---|---|---|---|
| **NEW PATIENT** | | | | | 90782 | Therapeutic Injection | |
| 99201 | Level I | | 99211 | Level I | 78481 | Rest RNA/First Pass | |
| 99202 | Level II | | 99212 | Level II | 93015 | Exercise Stress Test | |
| 99203 | Level III | | 99213 | Level III | 78478 | Myocardial Perfusion | |
| 99204 | Level IV | | 99214 | Level IV | 78465 | Tomographic Spect Multiple | |
| 99205 | Level V | | 99215 | Level V | 78480 | Perfusion Study w/Elec Frac | |
| 99204 | I Post Op Visit | | | | A9500 | Cardiolite | |
| **CONSULTATIONS** | | | | | A9502 | Myoview per dose | |
| 99241 | Level I | | | | J1245 | Persantine | |
| 99242 | Level II | | | | J1250x1 | Dobutamine | |
| 99243 | Level III | | | | J0151 | Adenosine | |
| 99244 | Level IV | | | | J0280 | Aminophylline | |
| 99245 | Level V | | | | W4132x1 | MUGA | |
| **DESCRIPTION** | | | | | 78472 | MUGA | |
| 80061 | Lipid Panel | | | | 93025 | Micro-volt T-wave Alternans | |
| 84450 | AST-SGOT | | | | 93307 | Echocardiogram 2D & M Mode | |
| 84460 | ALT-SGPT | | | | 93320 | Cardiac Doppler | |
| 93000 | EKG with Report | | | | 93325 | Cardiac Doppler Color Flow | |
| 93278 | Signal Avg. EKG | | | | 93321 | Cardiac Doppler Limited | |
| 93040 | Rhythm Strip | | | | 93350 | Echo w/Exercise (93015) | |
| 93734 | Pacemaker Evaluation & Report-Sin | | | | 93308 | Echo Limited | |
| 93731 | Pacemaker Evaluation & Report-Dou | | | | 93701 | Bio-Z 1 or 2 | |
| 93735 | Pacemaker Reprogram-Single | | | | 93880 | Carotid Imaging, Real Time | |
| 93732 | Pacemaker Reprogram-Double | | | | 93922 | Lwr Art BP-ABI | |
| 93741 | ICD Single Eval & Report | | | | 93923 | Up/Lwr Art BP PVR/Rest | |
| 93742 | ICD Single Reprogram | | | | 93923 | Up/Lwr Art BP PVR/Exercise | |
| 93743 | ICD Dual Eval & Report | | | | 93925 | Lower Arterial Imaging | |
| 93744 | ICD Dual Reprogram | | | | 93926 | Limited Arterial Imaging | |
| 93727 | Elec. Analysis Implantible Loop Records | | | | 93930 | Upper Arterial Imaging | |
| 93270 | Hook up Loop Monitor | | | | 93965 | Lower Ext Venous CW, PPG | |
| 93272 | Interp Loop Monitor | | | | 93970 | Lower Venous Imaging | |
| 93014 | Interp Non Loop Monitor | | | | 93971 | Upper Venous Imaging | |
| 93230 | Holter Monitor Global | | | | 93975 | Renal Duplex | |
| G0001 | Venipuncture | | | | 93978 | Aorta-Iliac Ultrasound | |
| E5610 | Profime | | | | 93734 | 24° BP Monitor | |
| J1940 | IV Lasix 20mg | | | | J7051 | Saline 5cc | |
| J1160 | IV Digoxin | | | | G0166 | ECP | |
| J0460 | Atropine | | | | | | |

PATIENT INFORMATION

EXHIBIT 5

| DATE | TIME | PATIENT | REASON | | | |
|---|---|---|---|---|---|---|
| | | | 3MO/PACER CK | PAT | | |

| | | | PRIOR BALANCE | 264.16 |
| | | | INS | 116.00 |

| TICKET NO. | DR.# DOCTOR | LOCATION | D.O.B. |
|---|---|---|---|
| | 12 PACER | BRADENTON HEART CENT | |

TODAY'S CHARGE

| PATIENT NO. | RESPONSIBLE PARTY | PH#41 | REFERRING DR. |
|---|---|---|---|

ADJUSTMENTS

| ☐ M | ☐ F | ADDRESS | CITY/STATE | ZIP CODE |
|---|---|---|---|---|
| | | | BRADENTON | FL 34205 |

TODAY'S PAYMENT

| CAP | OVER 90 | OVER 60 | OVER 30 | CURRENT | TOTAL DUE | PT | BC | CS | PAY CHOICE |
|---|---|---|---|---|---|---|---|---|---|
| | 177.08 | 43.54 | | 21.57 | 137.77 | 380.16 | 3 | 4 | |

| INSURANCE COMPANY | BA | SCT | POLICY I.D. | | RELATIONSHIP TO INSURED | | | |
|---|---|---|---|---|---|---|---|---|
| UNITED HEALTHCARE AT Y | | | | | S/SELF SPOUSE CHILD OTHER | | | |

BALANCE DUE

SSN #

414.01 CAD-NATIVE VESSEL

| Medications | Date | Size | Frequen | Count |
|---|---|---|---|---|
| 1. ASA | 060704 | 81MG | QD | KM |
| 2. ALTACE | 110304 | 10MG | QD | KP |
| 3. AMIODARONE | 110304 | 200MG | QD | KP |
| 4. LASIX | 110304 | 40MG | BID | KP |
| 5. KCL | 110304 | 20REQ | BID | KP |
| 6. DARVOCET | 110304 | N-100 | PRN | KP |
| 7. MISC/MED | 110304 | CYMBALT | 30MG | AS KP |
| 8. TOPROL XL | 111604 | 200MG | QD | KP |
| 9. ZOCOR | 111604 | 20MG | QD | KP |
| 10. HVI | 022505 | | QD | LM |

I hereby authorize my insurance benefits to be paid directly to the above signed physician, realizing I am responsible to pay non-covered services and further authorize the release of pertinent medical information to insurance carriers.

Patient Signature

```
L 34209
99
2-4048
711
```

☐ Jagan Akella, MD
☐ Christopher Davis, MD
☐ Amanda Gray, PA-C

| DIAGNOSIS | CODE | DIAGNOSIS | CODE | DIAGNOSIS | CODE | DIAGNOSIS | NEXT APPT. | WHEN |
|---|---|---|---|---|---|---|---|---|
| BLK I | ☐ 785.2 Carotid Bruit | ☐ 272.0 Hypercholesterolemia | ☐ V45.02 S/P ICD | ☐ OV | |
| BLK II | ☐ 433.10 Carotid Occlusion | ☐ 272.4 Hyperlipidemia | ☐ V45.01 S/P Pacemaker | ☐ Test Results | |
| m Aortic Aneurysm | ☐ 433.11 Cerebrovascular Disease | ☐ 401.9 Hypertension | ☐ V45.82 S/P Stent | ☐ Spect Myoview | |
| rmal EKG | ☐ 786.50 Chest Pain | ☐ 458.9 Hypotension | ☐ 451.0 Superficial Veins | ☐ Persantine Myoview | |
| rmal Function Study | ☐ 428.32 Chronic Diastolic Heart Failure | ☐ 396.9 Mitral/Aortic Valve Dis. | Thrombophlebitis | ☐ Rest/Stress RNA | |
| Diastolic Heart Failure | ☐ 416.9 Chronic Pulmonary Heart Dis. | ☐ 394.0 Mitral Stenosis | ☐ 780.2 Syncope | ☐ Adenosine Myoview | |
| e on Chronic Diastolic Heart Failure | ☐ 428.22 Chronic Systolic Heart Failure | ☐ 424.0 Mitral Valve Disorder | ☐ 427.0 Tachycardia, Paroxysmal | ☐ Dobutamine Stress | |
| e on Chronic Systolic Heart Failure | ☐ 428.0 Congestive Heart Failure | ☐ 412 Old MI | Supra Vent. | ☐ Muga Scan | |
| e Systolic Heart Failure | ☐ 496 COPD | ☐ 780.79 Other Malaise + Fatigue | ☐ 427.1 Tachycardia, Ventricular, | ☐ Regular Stress | |
| na Pectoris | ☐ 414.00 Coronary Atherosclerosis of | ☐ 785.1 Palpitations | Paroxysmal | ☐ Echo w/Color/Doppler | |
| tic Stenosis Rheumatic | Coronary Artery of Transp. Heart | ☐ 423.9 Pericardial Effusion | ☐ 427.41 Tachycardia, Vent. FIB | ☐ Echo Limited | |
| tic Valve Disorder | ☐ 790.92 Coumadin Therapy | ☐ 420.90 Pericarditis | ☐ 427.42 Tachycardia, Vent. Flutter | ☐ T-wave | |
| rhythmia/Cardiac Dysrhythmia | ☐ 395.9 Diseases of Aortic Valve | ☐ 443.9 Peripheral Vascular Disease | ☐ 414.9 Transient Cardiac Ischemia | ☐ Stress Echo | |
| eroscl. Lwr Ext Art | ☐ 394.9 Diseases of Mitral Valve | ☐ V72.81 Pre Op Cardiovascular | ☐ 435.9 Transient Cerebral Ischemia | ☐ Carotid Duplex | |
| al Fibrillation | ☐ 414.12 Dissection of Coronary Artery | ☐ 425.4 Primary Cardiomyopathy | ☐ 397.0 Tric. Insuf. Rheumatic | ☐ Lower Arterial w/PVR | |
| al Flutter | ☐ 780.4 Dizziness | ☐ 415.19 Pulmonary Embolism | ☐ 424.2 Tricuspid Insuf. | ☐ Lower Arterial Duplex | |
| al Septal Defect | ☐ 250.00 DM-Adult Onset | ☐ 416.0 Pulmonary HTN–Primary | ☐ 428.20 Unsp. Systolic Heart Failure | ☐ Lower Venous | |
| ioventricular Block-Complete | ☐ 250.01 DM-Insulin Dependent | ☐ 416.8 Pulmonary HTN–Secondary | ☐ 411.1 Unstable Angina | ☐ Renal Duplex | |
| sign HYP HRT | ☐ 451.11 DVT Femoral Vein | ☐ 442.3 Pseudoaneurysm | ☐ 444.21 Upper Extremity Occlusion | ☐ Aorta | |
| dycardia | ☐ 451.19 DVT Pop. Tibial | ☐ 398.90 Rheumatic Heart Disease | ☐ V43.3 Valve Replacement | ☐ Holter | |
| n Auto Bypass | ☐ 782.3 Edema | ☐ 786.05 Shortness of Breath | ☐ 454 Varicose Veins Lwr Ext | ☐ Pacer Check | |
| D, Native | ☐ 276.6 Fluid Retention | ☐ 427.81 Sinoatrial Node Dysfunction SSS | Specify | ☐ ICD Check | |
| D, unsp. | ☐ 785.2 Heart Murmur | ☐ V45.81 S/P CABG/Bypass | ☐ 593.81 Vascular Disorder of Kidney, | ☐ EKG | |
| | | | | Renal Artery Thrombosis | ☐ Blood Pressure Check | |

| OFFICE VISITS | FEE | ✓ | CODE | NONINVASIVE PROCEDURES | FEE | ☐ 459.81 Venous Insuff. | ☐ ICG |
|---|---|---|---|---|---|---|---|
| NEW | ESTABLISHED | | 90782 | Therapeutic Injection | | ☐ 453.8 Venous Thrombosis Upper Ext | ☐ Lipid Clinic |
| Level I | 99211 Level I | | 78481 | Rest RNA/First Pass | | ☐ 796.2 White Coat Hypertension | ☐ Cardiac Rehab |
| Level II | 99212 Level II | | 93015 | Exercise Stress Test | | ☐ 426.7 Wolff-Parkinson-White Disease | ☐ Coumadin Clinic |
| Level III | 99213 Level III | | 78478 | Myocardial Perfusion | | | ☐ ECP |
| Level IV | 99214 Level IV | | 78465 | Tomographic Spect Multiple | | PATIENT INFORMATION | |
| Level V | 99215 Level V | | 78465 | Perfusion Study w/Ejec Frac | | | |
| Post Op Visit | | | A9500 | Cardiolite | | | |
| CONSULTATIONS | | | A9502 | Myoview per dose | | | |
| Level I | | | J1245 | Persantine | | | |
| Level II | | | J1250x1 | Dobutamine | | | |
| Level III | | | J0151 | Adenosine | | | |
| Level IV | | | J0280 | Aminophylline | | | |
| Level V | | | W4132x1 | MUGA | | | |
| DESCRIPTION | | | 78472 | MUGA | | | |
| Lipid Panel | | | 93025 | Micro-volt T-wave Alternans | | | |
| AST-SGOT | | | 93306 | Echocardiogram-Complete | | | |
| ALT-SGPT | | | 93320 | Cardiac Doppler | | | |
| EKG with Report | | | 93325 | Cardiac Doppler Color Flow | | | |
| Signal Avg. EKG | | | 93321 | Cardiac Doppler Limited | | | |
| Rhythm Strip | | | 93350 | Echo w/Exercise (93015) | | | |
| Pacer Evaluation-Single/Dual | | | 93308 | Echo Limited | | | |
| Pacer Reprogram-Dual | | | 93701 | Bio-Z 1 or 2 | | | |
| Pacer Reprogram-Single | | | 93880 | Carotid Imaging, Real Time | | | |
| ICD Eval & Report-Single/Dual | | | 93922 | Lwr Art BP-ABI | | | |
| ICD Single Reprogram | | | 93923 | Up/Lwr Art BP, PVR/Rest | | | |
| ICD Dual Reprogram | | | 93924 | Up/Lwr Art BP, PVR/Exercise | | | |
| Elec. Analysis Implantible Loop Records | | | 93925 | Lower Arterial Imaging | | | |
| Hook up Loop Monitor | | | 93926 | Limited Arterial Imaging | | | |
| Interro Loop Monitor | | | 93930 | Upper Arterial Imaging | | | |
| Interro Non Loop Monitor | | | 93965 | Lower Ext Venous CW, PPG | | | |
| Holter Monitor Global | | | 93970 | Lower Venous Imaging | | | |
| Venipuncture | | | 93971 | Upper Venous Imaging | | | |
| Protime | | | 93975 | Renal Duplex | | | |
| IV Lasix 20mg | | | 93978 | Aorta-Iliac Ultrasound | | | |
| IV Digoxin | | | 93784 | 24° BP Monitor | | | |
| Atropine | | | J7051 | Saline 5cc | | | |
| | | | G0165 | ECP | | | |
| | | | 93979 | CELIAC Ultrasound | | | |

| | TIME | PATIENT – M.S. | REASON | PRIOR BALANCE | Medications | Date | Size | Frequen | Count |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 0.00 | | | | | |
| 87053 | 1.30 | | 2WK F/UP +PACER CK INS | 2976.00 | | | | | |

| NO. | DR.# | DOCTOR | LOCATION | D.O.B | TODAY'S CHARGE |
|---|---|---|---|---|---|
| 88910 | 7 | AKELLA MD | BRADENTON HEART CENT | | |

| T NO. | RESPONSIBLE PARTY | PH | REFERRING DR. | ADJUSTMENTS |
|---|---|---|---|---|
| 636 | | | BHAMBER | |

| | F | ADDRESS | CITY/STATE | ZIP CODE | |

| OVER 90 | OVER 60 | OVER 30 | CURRENT | TOTAL DUE | PT | BC | CS | PAY CHOICE | TODAY'S PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 2976.00 | 2976.00 | | | | 0 | |

| ANCE COMPANY | BA | SCT | POLICY I.D. | RELATIONSHIP TO INSURED | BALANCE DUE |
|---|---|---|---|---|---|
| DICAID CONSULTEC | V | 1 | | S E L F / S P O U S E / C H I L D / O T H E R | |

I hereby authorize my insurance benefits to be paid directly to the above signed physician, realizing I am responsible to pay non-covered services and hereby authorize the release of pertinent medical information to insurance carriers.

V #      428.0    CONGESTIVE HEART FAILURE

Patient Signature

Case 8: ...

MTM... FL ...
794-3999
941) 792-4048
59-3362711

☐ Amanda Gray, PA-C
☐ Amanda-Davis, MD

| E | DIAGNOSIS | CODE | DIAGNOSIS | CODE | DIAGNOSIS | CODE | DIAGNOSIS | | NEXT APPT. | WHEN |
|---|---|---|---|---|---|---|---|---|---|---|
| .13 | 2° AV BLK I | ☐ 785.9 | Carotid Bruit | ☐ 272.0 | Hypercholesterolemia | ☐ V45.02 | S/P ICD | | ☐ OV | |
| .12 | 2° AV BLK II | ☐ 433.:0 | Carotid Occlusion | ☐ 272.4 | Hyperlipidemia | ☐ V45.01 | S/P Pacemaker | | ☐ Test Results | |
| 4 | Abdom Aortic Aneurysm | ☐ 433.11 | Cerebrovascular Disease | ☐ 401.9 | Hypertension | ☐ V45.82 | S/P Stent | | ☐ Spect Myoview | |
| .31 | Abnormal EKG | ☐ 786.50 | Chest Pain | ☐ 458.9 | Hypotension | ☐ 451.0 | Superficial Veins | | ☐ Persantine Myoview | |
| .30 | Abnormal Function Study | ☐ 428.32 | Chronic Diastolic Heart Failure | ☐ 396.9 | Mitral/Aortic Valve Dis. | | Thrombophlebitis | | ☐ Rest/Stress RNA | |
| 3 | Acute Diastolic Heart Failure | ☐ 416.9 | Chronic Pulmonary Heart Dis. | ☐ 394.0 | Mitral Stenosis | ☐ 780.2 | Syncope | | ☐ Adenosine Myoview | |
| :33 | Acute on Chronic Diastolic Heart Failure | ☐ 428.22 | Chronic Systolic Heart Failure | ☐ 424.0 | Mitral Valve Disorder | ☐ 427.0 | Tachycardia, Paroxysmal | | ☐ Dobutamine Stress | |
| :33 | Acute on Chronic Systolic Heart Failure | ☐ 428.21 | Congestive Heart Failure | ☐ 412 | Old MI | | Supra Vent | | ☐ Muga Scan | |
| 12: | Acute Systolic Heart Failure | ☐ 496 | COPD | ☐ 780.79 | Other Malaise + Fatigue | ☐ 427.1 | Tachycardia, Ventricular, | | ☐ Regular Stress | |
| 9 | Angina Pectoris | ☐ 414.06 | Coronary Atherosclerosis of | ☐ 785.1 | Palpitations | | Paroxysmal | | ☐ Echo w/Color/Doppler | |
| .0 | Aortic Stenosis Rheumatic | | Coronary Artery of Transp. Heart | ☐ 423.9 | Pericardial Effusion | ☐ 427.41 | Tachycardia, Vent. Fib | | ☐ Echo Limited | |
| 1 | Aortic Valve Disorder | ☐ 790.92 | Coumadin Therapy | ☐ 420.90 | Pericarditis | ☐ 427.42 | Tachycardia, Vent. Flutter | | ☐ T-wave | |
| 9 | Arrhythmia/Cardiac Dysrhythmia | ☐ 395.9 | Diseases of Aortic Valve | ☐ 443.9 | Peripheral Vascular Disease | ☐ 414.9 | Transient Cardiac Ischemia | | ☐ Stress Echo | |
| 8 | Atheroscl. Lwr Ext Art | ☐ 394.9 | Diseases of Mitral Valve | ☐ V72.81 | Pre Op Cardiovascular | ☐ 435.9 | Transient Cerebral Ischemia | | ☐ Carotid Duplex | |
| 9 | Atrial Fibrillation | ☐ 414.12 | Dissection of Coronary Artery | ☐ 425.4 | Primary Cardiomyopathy | ☐ 397.0 | Tric. Insuf. Rheumatic | | ☐ Lower Arterial w/PVR | |
| '32 | Atrial Flutter | ☐ 780.4 | Dizziness | ☐ 415.19 | Pulmonary Embolism | ☐ 424.2 | Tricuspid Insuf. | | ☐ Lower Arterial Duplex | |
| 3 | Atrial Septal Defect | ☐ 250.00 | DM-Adult Onset | ☐ 416.0 | Pulmonary HTN–Primary | ☐ 428.20 | Unsp. Systolic Heart Failure | | ☐ Lower Venous | |
| .0 | Atrioventricular Block-Complete | ☐ 250.01 | DM-Insulin Dependent | ☐ 416.8 | Pulmonary HTN–Secondary | ☐ 411.1 | Unstable Angina | | ☐ Renal Duplex | |
| .11 | Benign HYP HRT | ☐ 451.11 | DVT Femoral Vein | ☐ 442.3 | Pseudoaneurysm | ☐ 444.21 | Upper Extremity Occlusion | | ☐ Aorta | |
| 9 | Bradycardia | ☐ 451.19 | DVT Pop. Tibial | ☐ 398.90 | Rheumatic Heart Disease | ☐ V43.3 | Valve Replacement | | ☐ Holter | |
| .02 | CAD, Auto Bypass | ☐ 782.3 | Edema | ☐ 786.05 | Shortness of Breath | ☐ 454 | Varicose Veins Lwr Ext | | ☐ Pacer Check | |
| .01 | CAD, Native | ☐ 276.6 | Fluid Retention | ☐ 427.31 | Sinoatrial Node Dysfunction SSS | | Specify | | ☐ ICD Check | |
| .00 | CAD, unsp. | ☐ 785.2 | Heart Murmur | ☐ V45.82 | S/P CABG/Bypass | ☐ 593.81 | Vascular Disorder of Kidney, | | ☐ EKG | |
| | | | | | | | Renal Artery Thrombosis | | ☐ Blood Pressure Check | |
| | | | | | | ☐ 459.81 | Venous Insuff. | | ☐ ICG | |
| | | | | | | ☐ 453.8 | Venous Thrombosis Upper Ext | | ☐ Lipid Clinic | |
| | | | | | | ☐ 796.2 | White Coat Hypertension | | ☐ Cardiac Rehab | |
| | | | | | | ☐ 426.7 | Wolff-Parkinson-White Disease | | ☐ Coumadin Clinic | |
| | | | | | | | | | ☐ ECP | |

| OFFICE VISITS | | FEE | ✓ CODE | NONINVASIVE PROCEDURES | FEE |
|---|---|---|---|---|---|
| NEW | | ESTABLISHED | ☐ 90782 | Therapeutic Injection | |
| 9201 | Level I | 99211 Level I | ☐ 78481 | Rest RNA/First Pass | |
| 9202 | Level II | 99212 Level II | ☐ 93015 | Exercise Stress Test | |
| 9203 | Level III | 99213 Level III | ☐ 78478 | Myocardial Perfusion | |
| 9204 | Level IV | 99214 Level IV | ☐ 78465 | Tomographic Spect Multiple | |
| 9205 | Level V | 99215 Level V | ☐ 78480 | Perfusion Study w/Ejec Frac | |
| 9024 | Post Op Visit | | ☐ A9500 | Cardiolite | |
| CONSULTATIONS | | | ☐ A9502 | Myoview per dose | |
| 9241 | Level I | | ☐ J1245 | Persantine | |
| 9242 | Level II | | ☐ J1250x1 | Dobutamine | |
| 9243 | Level III | | ☐ J0151 | Adenosine | |
| 9244 | Level IV | | ☐ J0280 | Aminophylline | |
| 9245 | Level V | | ☐ W4132x1 | MUGA | |
| DESCRIPTION | | | ☐ 78472 | MUGA | |
| 0061 | Lipid Panel | | ☐ 93025 | Micro-volt T-wave Alternans | |
| 1450 | AST-SGOT | | ☐ 93306 | Echocardiogram-Complete | |
| 1460 | ALT-SGPT | | ☐ 93320 | Cardiac Doppler | |
| 3000 | EKG with Report | | ☐ 93325 | Cardiac Doppler Color Flow | |
| 3278 | Signal Avg. EKG | | ☐ 93321 | Cardiac Doppler Limited | |
| 3040 | Rhythm Strip | | ☐ 93350 | Echo w/Exercise (93015) | |
| 3288 | Pacer Evaluation-Single/Dual | | ☐ 93308 | Echo Limited | |
| 3288 | Pacer Reprogram-Dual | | ☐ 93701 | Bio-Z 1 or 2 | |
| 3279 | Pacer Reprogram-Single | | ☐ 93880 | Carotid Imaging, Real Time | |
| 3289 | ICD Eval & Report-Single/Dual | | ☐ 93922 | Lwr Art BP-ABI | |
| 3282 | ICD Single Reprogram | | ☐ 93923 | Up/Lwr Art BP, PVR/Rest | |
| 3283 | ICD Dual Reprogram | | ☐ 93924 | Up/Lwr Art BP, PVR/Exercise | |
| 3727 | Elec. Analysis Implantable Loop Records | | ☐ 93925 | Lower Arterial Imaging | |
| 3270 | Hook up Loop Monitor | | ☐ 93926 | Limited Arterial Imaging | |
| 3272 | Interp Loop Monitor | | ☐ 93930 | Upper Arterial Imaging | |
| 3014 | Interp Non Loop Monitor | | ☐ 93965 | Lower Ext Venous CW, PPG | |
| 3230 | Holter Monitor Global | | ☐ 93970 | Lower Venous Imaging | |
| 3001 | Venipuncture | | ☐ 93971 | Upper Venous Imaging | |
| 3610 | Protime | | ☐ 93975 | Renal Duplex | |
| 3940 | IV Lasix 20mg | | ☐ 93978 | Aorta-Iliac Ultrasound | |
| 1160 | IV Digoxin | | ☐ 93784 | 24° BP Monitor | |
| 1460 | Atropine | | ☐ J7051 | Saline 5cc | |
| | | | ☐ G0166 | ECP | |
| | | | ☐ 93979 | CELIAC Ultrasound | |

| TIME | PATIENT | REASON | PRIOR BALANCE |
|---|---|---|---|
| | S.S. | | PAT 1712.00 |
| 1/12/10 3.30 | | PACER CHECK | INS 0.00 |

| ET NO. | DR.# | DOCTOR | LOCATION | D.O.B. | TODAY'S CHARGE |
|---|---|---|---|---|---|
| 11 1234 | 12 | PACER | BRADENTON HEART CENT | | |

| ENT NO. | RESPONSIBLE PARTY | PH 841 | REFERRING DR. | ADJUSTMENTS |
|---|---|---|---|---|
| M F | ADDRESS | CITY/STATE | ZIP CODE | |
| X | | | | |

| | OVER 90 | OVER 60 | OVER 30 | CURRENT | TOTAL DUE | PT | BC | CS | PAY CHOICE | TODAY'S PAYMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| P | 1,712.00 | 0.00 | 0.00 | 0.00 | 1712.00 | 15 | 4 | 2 | | |

| IRANCE COMPANY | BA | SCT | POLICY I.D. | RELATIONSHIP TO INSURED | BALANCE DUE |
|---|---|---|---|---|---|
| CBS FLORIDA | Y | I | | S E L F / S P O U S E / C H I L D / O T H E R | |
| 050.00 OV COPAY | | I | | | |
| SN # | | | 427.89 BRADYCARDIA | | |

PATIENT INFORMATION

| Medications | Date | Size | Frequen | Count |
|---|---|---|---|---|

I hereby authorize my insurance benefits to be paid directly to the above signed physician, realizing I am responsible to pay non-covered services and hereby authorize the release of pertinent medical information to insurance carriers.

Patient Signature

**Lawrence C. Hasara, MD**
2225 59th Street W., Suite D
Bradenton, FL 34209
941-761-8955
Tax ID: 20-1145979

| ESTABLISHED PATIENTS | | | ECHOCARDIOGRAM/ULTRASOUND | | SCHEDULE FOR |
|---|---|---|---|---|---|
| 99211 | Level 1, Minimal | 93308 | Echo Limited & Follow Up | ____ Cardiolite Stress |
| 99212 | Level 2, Minor | 93880 | Carotid Duplex Scan | ____ Adenosine Stress |
| 99213 | Level 3, Expanded Moderate | 93926 | Duplex Scan Limited/Unilat | ____ Persantine Stress |
| 99214 | Level 4, Detailed Moderate | 93306 | Echo/Doppler/Color Flow | ____ Dobutamine Stress |
| 99215 | Level 5, Comprehensive High | | | ____ Muga Scan |
| MEDICARE NEW PATIENTS | | NUCLEAR MEDICINE | | ____ Echocardiogram |
| 99201 | Level 1, Minor | Nuc10 | Nuclear Stress w/ Cardiolite x2 | ____ Carotid Ultrasound |
| 99202 | Level 2, Expanded Moderate | 78472 | Muga Scan | ____ Holter Monitor |
| 99203 | Level 3, Detailed Moderate | Q3010 | Technetium 99m 25mci | ____ Event Monitor / KOH |
| 99204 | Level 4, Comprehensive High | 94761 | Pulse ox W/ Exercise | ____ Office Visit / EKG |
| 99205 | Level 5, High Complexity | NucT10 | Nuclear Stress w/ Thallium | ____ Pacemaker Check |
| COMMERCIAL CONSULTS | | PACEMAKER ICD | | |
| 99421 | Level 1, Minor | 93288 | Interr Pacemaker (Single/Dual/Bi-V) | ____ Near Future ____ Weeks |
| 99242 | Level 2, Expanded Moderate | 93279 | Pacemaker Prog (Single) | |
| 99243 | Level 3, Detailed Moderate | 93280 | Pacemaker Prog (Dual) | ____ Months ____ Years |
| 99244 | Level 4, Comprehensive High | 93281 | Pacemaker Prog (Bi-V) | |
| 99245 | Level 5, High Complexity | 93289 | Interr ICD (SINGLE/DUAL/Bi-V) | ____ PRN |
| | | 93282 | ICD Prog (Single) | |
| EKG/HOLTER | | 93283 | ICD Prog (Dual) | |
| 93000 | EKG W/ Interp | 93284 | ICD Prog (Bi-V) | |
| 93230 | Holter Monitor | MISCELLANEOUS | | |
| 99229 | Event Monitor Hook up | J0152 | Adenosine ____ mg = ____ Units | |
| 99228 | Event Monitor Interp | J1245 | Persantine ____ mg | |
| COUMADIN CLINIC | | J0280 | Aminophylline ____ mg | |
| 99211 | Level 1 Visit BP Check | J0460 | Atropine ____ mg | |
| 85610 | Protime / INR | J1250 | Dobutamine ____ mg | |
| | | A9505 | Thallium x 2 | |
| | | Smoking Cessation | | |
| | | 94406 | 3-10 min Smoking Cessation | |
| | | 94407 | 10 min + Smoking Cessation | EXTRAS |

| | | |
|---|---|---|
| ate Time Patient **V.Z.** | Prior Bal .00 | Refer To: _____ |
| 3/   10:00A  Reason  PACER CK | Today Ch | |
| cket# 35699  Dr# Doctor  PACER CLINIC  Location  L HASARA OFFICE  DOB  77 | | Records request to: _____ |
| atient# 439  Responsible Party  Phone#  Ref Dr | Adjustment | |
| ex M/F  Address  City/State  Zip | Today Pmt | |
| surance  Policy ID  Total Due | Balance | Cardiac Clearance Letter To: ____ |
| EDICARE PART B  NITED AMERICAN  XPECTED COPAY: | | |

EXHIBIT 6

L.H.

| CPT | OFFICE SERVICES | FEE | CPT | OFFICE SERVICES | FEE | CPT | MISCELLANEOUS | FEE |
|---|---|---|---|---|---|---|---|---|
| | **ESTABLISHED PATIENTS** | | | **COUMADIN CLINIC** | | J0280 | Aminophylline _____ MG | |
| 99211 | Level 1, Minimal | | 99211 | Level 1 Visit BP Check | | J0460 | Atropine _____ MG | |
| 99212 | Level 2, Minor | | 85610 | Protime / INR | | J3490 | Lopressor _____ MG | |
| 99213 | Level 3, Expanded Moderate | | | | | J1940 | Furosemide Inj Per 20 mg | |
| 99214 | Level 4, Detailed Moderate | | | **ECHO/VASCULAR ULTRASOUND** | | J0152 | Adenosine _____ MG = _____ Units | |
| 99215 | Level 5, Comprehensive High | | 93308 | Echo Limited & Follow Up | | J1245 | Persantine _____ MG | |
| | **NEW PATIENTS** | | 93880 | Carotid Duplex Scan | | A9500 | Cardiolite x 2 Units | |
| 99201 | Level 1, Minor | | 93926 | Duplex Scan Limited/Unilat | | J1250 | Dobutamine _____ MG | |
| 99202 | Level 2, Expanded Moderate | | 93978 | Ultrasound of Abdomen | | | | |
| 99203 | Level 3, Detailed Moderate | | 93306 | Echo/Doppler/Color Flow | | | | |
| 99204 | Level 4, Comprehensive High | | | | | | | |
| 99205 | Level 5, High Complexity | | | | | | | |
| | | | | | | | | |
| | **CONSULTS** | | | **NUCLEAR** | | | **SCHEDULE FOR** | |
| 99241 | Level 1, Minor | | 93015 | Exercise Stress Test | | | | |
| 99242 | Level 2, Expanded Moderate | | 78465 | Spect Camera | | | | |
| 99243 | Level 3, Detailed Moderate | | 78478 | Gated Study | | | | |
| 99244 | Level 4, Comprehensive High | | 78480 | Gated Ejection Fraction | | | | |
| 99245 | Level 5, High Complexity | | 78472 | Muga Scan | | | | |
| | | | Q3010 | Technetium 99m 25mci | | | | |
| | **EKG / HOLTER** | | 94761 | Pulse Oximetry w/ Exercise | | | | |
| 93000 | EKG w/ Interp | | | | | | | |
| 93224 | Holter Monitor | | | **PACEMAKER / ICD** | | | | |
| 93270 | Event Monitor Hookup | | 93288 | Interrogation Pacemaker (Single/Dual/Bi-V) | | | | |
| 93272 | Event Monitor Interp | | 93279 | Pacemaker Programming (Single) | | | | |
| | | | 93280 | Pacemaker Programming (Dual) | | | | |
| | | | 93281 | Pacemaker Programming (Bi-V) | | | | |
| | | | 93289 | Interrogation ICD (Single/Dual/Bi-V) | | | | |
| | | | 93282 | ICD Programming (Single) | | | | |
| | | | 93283 | ICD Programming (Dual) | | | | |
| | | | 93284 | ICD Programming (Bi-V) | | | | |

**SCHEDULE FOR**

○ **Stress Test** _____ Exercise _____ Cardiolite

_____ Adenosine _____ Persantine _____ Dobutamine

○ **Muga Scan**

○ **Echocardiogram**

○ **Carotid Ultrasound**

○ **Holter Monitor**

○ **Event Monitor**

○ **Office Visit**

**In:** _____ **Near Future** _____ **Weeks**

_____ **Months** _____ **Years**

**Refer to:** _____

_____

_____

○ **Record Request to:** _____

○ **Cardiac Clearance Letter**

| ATE | TIME | PATIENT M.M. | REASON | | PRIOR BALANCE |
|---|---|---|---|---|---|
| 05/20/09 | 2:15P | | OV/EKG/6 MO F/U | | .00 |

| ICKET NO. | DR.# DOCTOR | LOCATION | D.O.B. | TODAY'S CHARGE |
|---|---|---|---|---|

| ATIENT NO. | RESPONSIBLE PARTY | PH# | REFERRING DR. | ADJUSTMENTS |
|---|---|---|---|---|

| M | F | ADDRESS | CITY/STATE | ZIP CODE | |
|---|---|---|---|---|---|

| OVER 90 | OVER 60 | OVER 30 | CURRENT | TOTAL DUE | PT | BC | CS | PAY CHOICE | TODAY'S PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | .00 | | | | | |

| NSURANCE COMPANY | BA | SCT | POLICY I.D. | RELATIONSHIP TO INSURED | BALANCE DUE |
|---|---|---|---|---|---|
| MEDICARE PART B | | | | S E L F / S P O U S E / C H I L D / O T H E R | |

MEDICARE PART B
AARP HEALTHCARE OPTIONS
EXPECTED COPAY:





### John K Lourie, M.D., FACC
### Advanced Cardiology

## Procedures

- [ ] 93288 - PM DEVICE EVAL IN PERSON
- [ ] 93289 - ICD DEVICE INTERROGATE
- [ ] 93279 - PM DEVICE PROGR EVAL, SNGL
- [ ] 93282 - ICD DEVICE PROG EVAL, 1 SNGL
- [ ] 93280 - PM DEVICE PROGR EVAL, DUAL
- [ ] 93283 - ICD DEVICE PROGR EVAL, DUAL
- [ ] 93281 - PM DEVICE PROGR EVAL, MULTI
- [ ] 93284 - ICD DEVICE PROGR EVAL, MULT
- [ ] 93294 - PM DEVICE INTERROGATE REMOTE
- [ ] 93295 - ICD DEVICE INTERROGAT REMOTE
- [ ] 93296 - PM/ICD REMOTE TECH SERV

## Diagnoses

- [ ] V45.01 - CARDIAC PACEMAKER IN SITU
- [ ] V45.02 - AICD IN SITU
- [ ] 427.31 - ATRIAL FIBRILLATION
- [ ] 427.32 - ATRIAL FLUTTER
- [ ] 427.89 - CARDIAC DYSRHYTHMIAS OT
- [ ] 427.69 - PREMATURE BEATS OT
- [ ] 427.41 - VENTRICULAR FIBRILLATION
- [ ] 427.42 - VENTRICULAR FLUTTER
- [ ] 427.1 - PAROX VENTRICULR TACHYCARDIA

## Patient Demographics

| | | | |
|---|---|---|---|
| First Name: | M. | Last Name: | C. |
| Patient #: | 5823 | Medical Record #: | 4872 |
| DOB: | | Home Phone: | |
| Home Address 1: | | Home City: | |
| Home State: | Florida | Home Postal Code: | |
| Referring Physician: | | Appt. Date/Time: | 11/04/2009 09:45 |
| Appt. Reason: | MEDTRONIC PACEMAKER CHECK | Primary Insurance: | MEDICARE -> MEDICARE PART B |
| Secondary Insurance: | | Copay Due: | |
| Patient Balance: | $0.00 | | |

## Additional Information

next check:

_____ 1 month

_____ 2 months

_____ 3 months

EXHIBIT **8**

# Advanced Cardiology
## PACEMAKER/ICD TESTING

### Procedures

- [ ] 93288 - PM DEVICE EVAL IN PERSON
- [ ] 93279 - PM DEVICE PROGR EVAL, SNGL
- [x] 93280 - PM DEVICE PROGR EVAL, DUAL
- [ ] 93281 - PM DEVICE PROGR EVAL, MULTI
- [ ] 93294 - PM DEVICE INTERROGATE REMOTE

- [ ] 93289 - ICD DEVICE INTERROGATE
- [ ] 93282 - ICD DEVICE PROG EVAL, 1 SNGL
- [ ] 93283 - ICD DEVICE PROGR EVAL, DUAL
- [ ] 93284 - ICD DEVICE PROGR EVAL, MULT
- [ ] 93295 - ICD DEVICE INTERROGAT REMOTE

### Diagnoses

- [ ] V45.01 - CARDIAC PACEMAKER IN SITU
- [ ] 427.31 - ATRIAL FIBRILLATION
- [ ] 427.89 - CARDIAC DYSRHYTHMIAS OT
- [ ] 427.41 - VENTRICULAR FIBRILLATION
- [ ] 427.1 - PAROX VENTRICULR TACHYCARDIA

- [ ] V45.02 - AICD IN SITU
- [ ] 427.32 - ATRIAL FLUTTER
- [ ] 427.69 - PREMATURE BEATS OT
- [ ] 427.42 - VENTRICULAR FLUTTER

### Patient Demographics

| | | | |
|---|---|---|---|
| Appt. Date/Time: | 07/28/2010 09:30 | Appt. Reason: | MEDTRONIC PACEMAKER CHECK |
| First Name: | V. | Last Name: | C. |
| Patient #: | 611 | DOB: | |
| Home Address 1: | | Home City: | |
| Home State: | Florida | Home Postal Code: | |
| Home Phone: | | Primary Insurance: | MEDICARE -> MEDICARE PART B |
| Secondary Insurance: | BCBS -> BCBS FL BLUE OPTIONS | Referring Physician: | |
| Copay Due: | | Patient Balance: | -$17.42 |

### Additional Information

next check:

_____ 1 month

_____ 2 months

_____ 3 months

## Advanced Cardiology
## PACEMAKER/ICD TESTING

### *Procedures*

☐ 93288 - PM DEVICE EVAL IN PERSON      ☐ 93289 - ICD DEVICE INTERROGATE

☐ 93279 - PM DEVICE PROGR EVAL, SNGL      ☐ 93282 - ICD DEVICE PROG EVAL, 1 SNGL

☐ 93280 - PM DEVICE PROGR EVAL, DUAL      ☐ 93283 - ICD DEVICE PROGR EVAL, DUAL

☐ 93281 - PM DEVICE PROGR EVAL, MULTI      ☐ 93284 - ICD DEVICE PROGR EVAL, MULT

☐ 93294 - PM DEVICE INTERROGATE REMOTE      ☐ 93295 - ICD DEVICE INTERROGAT REMOTE

☐ 93296 - PM/ICD REMOTE TECH SERV

*93288*                   *93289*

### *Diagnoses*

☐ V45.01 - CARDIAC PACEMAKER IN SITU      ☐ V45.02 - AICD IN SITU

☐ 427.31 - ATRIAL FIBRILLATION      ☐ 427.32 - ATRIAL FLUTTER

☐ 427.89 - CARDIAC DYSRHYTHMIAS OT      ☐ 427.69 - PREMATURE BEATS OT

☐ 427.41 - VENTRICULAR FIBRILLATION      ☐ 427.42 - VENTRICULAR FLUTTER

☐ 427.1 - PAROX VENTRICULR TACHYCARDIA

### *Patient Demographics*

| | | | |
|---|---|---|---|
| Appt. Date/Time: | 06/16/2010 09:45 | Appt. Reason: | MEDTRONIC ICD REPROGRAMMING |
| First Name: | ▉▉▉ C. | Last Name: | ▉▉▉ C. |
| Patient #: | 537 | DOB: | ▉▉▉ |
| Home Address 1: | ▉▉▉ | Home City: | ▉▉▉ |
| Home State: | Florida | Home Postal Code: | ▉▉▉ |
| Home Phone: | ▉▉▉ | Primary Insurance: | MEDICARE -> MEDICARE PART B |
| Secondary Insurance: | BCBS -> BCBS FL BLUE OPTIONS | Referring Physician: | |
| Copay Due: | | Patient Balance: | -$28.36 |

### *Additional Information*

next check:

_____ 1 month

_____ 2 months

_____ 3 months

| OFFICE VISITS | | | FEE | CPT | ✓ | PACEMAKER / AICD | | FEE | CPT | ✓ | NUCLEAR | FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N ☐ EST ☐ CONSULTS | | | | 93734 | | Pacemaker Eval & Report Sin | | | 93015 | | Exercise Treadmll | |
| 9201 ☐ 99211 ☐ 99241 | Level 1 | | | 93731 | | Pacemaker Eval & Rept Dua | | | 78465 | | Spect Camera | |
| 9202 ☐ 99212 ☐ 99242 | Level 2 | | | 93735 | | Pacemaker Reprog - Single | | | 78478 | | Gated Study | |
| 9203 ☐ 99213 ☐ 99243 | Level 3 | | | 93732 | | Pacemaker Reprog - Double | | | 78480 | | Gated Ejection Fraction | |
| 9204 ☐ 99214 ☐ 99244 | Level 4 | | | 93741 | | ICD Eval & Report-Single | | | 78472 | | Cardiac Blood Pool Rest | |
| 9205 ☐ 99215 ☐ 99245 | Level 5 | | | 93742 | | ICD Single Reprogramming | | | 78496 | | Cardiac Blood Pool Single | |
| ☐ 99024 | Post Op Visit | | | 93743 | | ICD Eval & Report-Dual | | | A9500 | | Cardiolite | |
| ☐ 99354 | Prolonged OV | | | 93744 | | ICD Dual Reprogramming | | | A9502 | | Myoview | |
| Ref. Phy | UPIN# | | | 93736 | | Single TTM Check | | | A9595 | | Thallium | |
| | | | | 93733 | | Dual TTM Check | | | J1250 | | Dobutamine | |
| | | | | | | | | | J0152 | | Adenosine | |

| DIAGNOSTIC | | | | VASCULAR / ULTRASOUND | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| T | ✓ | ECHO / TEE | | 93880 | | Carotid Duplex | | | MISCELLANEOUS | | |
| 07 | | Echo 2D & M Mode | | 93882 | | Carotid limited/unilat | | | J0460 | | Atropine | |
| 20 | | Cardiac Doppler | | 93922 | | UEA/LEA single level | | | J3490L | | Lopressor | |
| 25 | | Cardiac Doppler Color Flow | | 93923 | | UEA/LEA multiple level | | | 93784 | | 24 Hr Blood Pressure | |
| | | EKG | | 93924 | | UEA/LEA w/ exercise | | | 94760 | | Pulse Ox | |
| 09 | | EKG w/report | | 93925 | | Duplex Arterial lower | | | | | | |
| 78 | | Signal Avg EKG | | 93926 | | Duplex limited/unilat | | | BLOODWORK / LABS | | |
| 40 | | Rhythm Strip | | 93978 | | Duplex Aorta Iliac | | | 85610 | | Protime | |
| | | HOLTER / EVENT MONITOR | | 93979 | | Duplex Aorta limited uniat | | | 83721 | | Direct LDL | |
| 24 | | Holter Monitor | | 93970 | | Duplex Venous | | | 80061 | | Lipid Profile | |
| 70 | | Hook up Loop Monitor | | 93971 | | Duplex Venous limited/unilat | | | 84460 | | AST/ALT | |
| 72 | | Interp Loop Monitor | | 93978 | | Duplex Venacava iliac | | | 36415 | | Fingerstick | |
| 14 | | Interp Non Loop Monitor | | 93965 | | Quant Venous Flow Studies | | | 83880 | | BNP | |
| | | | | 93930 | | Duplex Arterial Upper | | | | | | |
| | | | | 93975 | | Duplex Renal | | | | | | |
| | | | | 93976 | | Renal Ultrasound (No Duplex) | | | | | | |
| | | | | 76705 | | Limited Abdominal Ultrasound | | | | | | |

| DIAGNOSIS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Abnormal (ECG)(EKG) | 794.31 | ☐ Carotid Bruit | 785.9 | ☐ Heart Murmur | 785.2 | ☐ Pulmonary Hypertension | 416.8 |
| Abnormal Func Std, unspec | 794.30 | ☐ Carotid Stenosis | 433.10 | ☐ Hematoma, Common Femoral | 904.0 | ☐ Renal Artery Stenosis | 440.1 |
| Amaurosis Fugex | 362.34 | ☐ Chest Pain | 786.50 | ☐ Hyperlipidemia | 272.4 | ☐ Renovascular Hypertension | 403.90 |
| Anemia | 285.9 | ☐ Chest Pain,precordial | 786.51 | ☐ Hypertension, benign | 401.1 | ☐ Shortness of Breath/Dyspnea | 786.05 |
| Aneurysm, Abdominal Aortic | 441.4 | ☐ Chest Tightness/Pressure | 786.59 | ☐ Hypertension, malignant | 401.0 | ☐ Sick Sinus Syndrome | 427.81 |
| Aneurysm, Thoracic | 441.2 | ☐ Congestive Heart Failure | 428.0 | ☐ Hypotension, Chronic | 458.1 | ☐ Subdavian Steal | 435.2 |
| Angina, NOS | 413.9 | ☐ CHF w/ Pulmonary Edema | 428.1 | ☐ Hypotension, Orthostatic | 458.0 | ☐ Syncope | 780.2 |
| Angina, Unstable | 411.1 | ☐ COPD | 496 | ☐ Hypothyroidism | 244.9 | ☐ Tachycardia, Unspec. | 785.0 |
| Aortic Insufficiency | 424.1 | ☐ Coumadin Therapy | 790.92 | ☐ ICD | V45.02 | ☐ Tachycardia, SVT | 427.0 |
| Aortic Stenosis | 424.1 | ☐ Diabetes-NIDDM, unspec | 250.00 | ☐ LVH-Left Ventricular Hypertrophy | 402.90 | ☐ Tachycardia, Ventricular | 427.1 |
| Aortic Valve Disorder | 424.1 | ☐ Diabetes-IDDM, unspec | 250.01 | ☐ Mass, Lump in Chest | 786.6 | ☐ Transient Ischemic Attack | 435.9 |
| Atherosclerosis of Aorta | 440.0 | ☐ Diaphoresis | 780.8 | ☐ Mitral Regurgitation | 424.0 | ☐ Tricus Valve Disorder, Non Rheum. | 424.2 |
| Atherosclerosis Extremity w/claud | 440.21 | ☐ Dizziness/Vertigo | 780.4 | ☐ Mitral Valve Disorder | 424.0 | ☐ Venous Insufficiency, unspec | 459.81 |
| Atherosclerosis of Renal | 440.1 | ☐ Edema | 782.3 | ☐ Myocardial Infarction-Old | 412 | ☐ Ventricular Fibrillation | 427.41 |
| Atrial Fibrillation | 427.31 | ☐ Embolism - Arterial | 444.9 | ☐ Myocardial Infarction-Recent | 410.90 | ☐ Ventricular Flutter | 427.42 |
| Atrial Flutter | 427.32 | ☐ Extremity Pain | 729.5 | ☐ Numbness | 782.0 | ☐ Ventricular Premature Contractions | 427.69 |
| Atrial Premature Contractions | 427.61 | ☐ Extremity Swelling | 729.81 | ☐ Pacemaker | V45.01 | ☐ Ventricular Tachycardia | 427.1 |
| Basilar Syndrome | 435.0 | ☐ Fatigue/Chronic Syndrome | 780.71 | ☐ Palpitations | 785.1 | ☐ Vertebral Syndrome | 435.1 |
| Bradycardia | 427.89 | ☐ Fatigue/Malaise | 780.79 | ☐ Peripheral Vascular Disease | 443.9 | ☐ Wolf Parkinson White Disease | 426.7 |
| CAD-Native Vessel | 414.01 | ☐ GERD | 530.11 | ☐ Phlebitis, Femoral | 451.11 | ☐ Other Diagnosis: _____ | |
| CAD-Autologous BPG | 414.02 | ☐ Heart Block, 1st Degree | 426.11 | ☐ Phlebitis, Iliac | 451.81 | | |
| Cardiac Rhythm Regulators | E942.0 | ☐ Heart Block, Complete | 426.0 | ☐ Phlebitis, Popliteal | 451.19 | | |
| Cardiomegaly | 429.3 | ☐ Heart Block, LBBB Hemiblock | 426.2 | ☐ Phlebitis, Superficial | 451.0 | | |
| Cardiomyopathy | 425.4 | ☐ Heart Block, LBBB | 426.3 | ☐ Pleural Effusion | 511.9 | | |
| Cardiomyopathy, Ischemic | 414.8 | ☐ Heart Block, RBBB | 426.4 | ☐ Pseudoaneurysm | 442.2 | | |

| E | TIME | PATIENT | | | REASON | | PRIOR BALANCE | | FOLLOW-UP | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/03/08 | 8: 45A | L.B. | | | MEDTRONIC PACER REPROG | | 22.13 | | | |

Doctor / Clinic info:

ET NO.  DR.# DOCTOR     LOCATION          D.O.B.
        16114  PACER/ICD CLINIC                    -86

ENT NO.  RESPONSIBLE PARTY    PH#    REFERRING DR.

M  F  ADDRESS     CITY/STATE   ZIP CODE

OVER 90   OVER 60   OVER 30   CURRENT   TOTAL DUE  PT  DC  CS  PAY CHOICE  TODAY'S PAYMENTS

NSURANCE COMPANY     BA  SCT  POLICY I.D.
CBS FLORIDA
XPECTED COPAY:        .00

RELATIONSHIP TO INSURED    S E L F / S P O U S E / C H I L D / O T H E R

TODAY'S CHARGE

ADJUSTMENTS

BALANCE DUE

FOLLOW-UP checklist:
☐ Abdominal Aortic Duplex_____
☐ Echo w/Color Flow & Doppler_____
☐ Carotid Duplex Imaging_____
☐ Lower Arterial Flo Lab w/o Exercise_____
☐ Lower Arterial Flo Lab w/ Exercise_____
☐ Lower Arterial Duplex Imaging_____
☐ Lower Venous Duplex Imaging_____
☐ Renal Duplex Imaging_____
☐ Adenosine Stress_____
☐ Dobutamine Stress_____
☐ Exercise Stress_____
☐ Resting Spect EF_____

☐ Anticoagulation Clinic_____
☐ CBC with Diff_____
☐ Chem 7_____
☐ Statin Panel_____
☐ TSH, T3, T4_____
☐ Holter/Event Monitor_____
☐ Pacer/AICD Check_____
☐ Pacemaker Insertion_____
☐ OV_____
☐ Test Results_____
☐ Other_____

NEXT APPOINTMENT:

Days _____ Weeks _____ Months _____

B/5201045  (7/18/07)          MISYS HEALTHCARE SYSTEMS (888) 633-3676          PO# 779294          JOB# 64522

Telephone:

| OFFICE VISITS | FEE | CPT | ✓ | PACEMAKER / AICD | | FEE | CPT | ✓ | NUCLEAR | | FEE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| W EST CONSULTS | | 93288 | | Pacemaker Eval & Report | | | 93015 | | Exercise Treadmill | | |
| 99201 □99211 □99241 Level 1 | | 93279 | | Pacemaker Reprog - Single | | | 78465 | | Spect Camera | | |
| 99202 □99212 □99242 Level 2 | | 93280 | | Pacemaker Reprog - Double | | | 78478 | | Gated Study | | |
| 99203 □99213 □99243 Level 3 | | 93289 | | ICD Eval & Report | | | 78480 | | Gated Ejection Fraction | | |
| 99204 □99214 □99244 Level 4 | | 93282 | | ICD Single Reprogramming | | | 78472 | | Cardiac Blood Pool Rest | | |
| 99205 □99215 □99245 Level 5 | | 93283 | | ICD Dual Reprogramming | | | 78496 | | Cardiac Blood Pool Single | | |
| □99024 Post Op Visit | | 93293 | | TIM Check | | | A9500 | | Cardiolite | | |
| □99354 Prolonged OV | | 93281 | | Initial PR Pacer | | | A9502 | | Myoview | | |
| 58446 E-RX attempt-Unable | | 93284 | | Initial PR ICD | | | A9595 | | Thallium | | |
| 58443 E-RX's done | | | | | | | J1250 | | Dobutamine | | |
| 58445 No RX's needed | | | | | | | J0152 | | Adenosina | | |
| DIAGNOSTIC | | | | VASCULAR / ULTRASOUND | | | A9560 | | Tech RBC's-Muga | | |
| ECHO / TEE | | 93880 | | Carotid Duplex | | | | | MISCELLANEOUS | | |
| 06 Echo | | 93882 | | Carotid limited/unilat | | | J0460 | | Atropina | | |
| 20 Cardiac Doppler | | 93922 | | UEA/LEA single level | | | J3490L | | Lopressor | | |
| 25 Doppler Color Flow | | 93923 | | UEA/LEA multiple level | | | 93784 | | 24 Hr Blood Pressure | | |
| | | 93924 | | UEA/LEA w/ exercise | | | 94760 | | Pulse Ox | | |
| EKG | | 93925 | | Duplex Arterial lower | | | | | | | |
| 00 EKG w/report | | 93926 | | Duplex limited/unilat | | | | | BLOODWORK / LABS | | |
| 78 Signal Avg EKG | | 93978 | | Duplex Aorta | | | 85610 | | Protime | | |
| 40 Rhythm Strip | | 93979 | | Duplex Aorta limited unilat | | | 83721 | | Direct LDL | | |
| HOLTER / EVENT MONITOR | | 93970 | | Duplex Venous | | | 80061 | | Lipid Profile | | |
| 24 Holter Monitor | | 93971 | | Duplex Venous limited/unilat | | | 84460 | | AST/ALT | | |
| 70 Hook up Loop Monitor | | 93978 | | Duplex Venacava iliac | | | 36415 | | Fingerstick | | |
| 72 Interp Loop Monitor | | 93965 | | Quant Venous Flow Studies | | | 83880 | | BNP | | |
| 14 Interp Non Loop Monitor | | 93930 | | Duplex Arterial Upper | | | | | | | |
| | | 93975 | | Duplex Renal | | | | | | | |
| | | 93976 | | Renal Ultrasound (No Duplex) | | | | | | | |
| | | 76705 | | Limited Abdominal Ultrasound | | | | | | | |

### DIAGNOSIS

| | | | | | | |
|---|---|---|---|---|---|---|
| Abnormal (ECG)(EKG) | 794.31 | □ Carotid Bruit | 785.9 | □ Heart Murmur | 785.2 | □ Pulmonary Hypertension | 416.8 |
| Abnormal Func Std, unspec | 794.30 | □ Carotid Stenosis | 433.10 | □ Hematoma, Common Femoral | 904.0 | □ Renal Artery Stenosis | 440.1 |
| Amaurosis Fugax | 362.34 | □ Chest Pain | 786.50 | □ Hyperlipidemia | 272.4 | □ Renovascular Hypertension | 403.90 |
| Anemia | 285.9 | □ Chest Pain,precordial | 786.51 | □ Hypertension, bsnign | 401.1 | □ Shortness of Breath/Dyspnea | 786.05 |
| Aneurysm, Abdominal Aortic | 441.4 | □ Chest Tightness/Pressure | 786.59 | □ Hypertension, malignant | 401.0 | □ Sick Sinus Syndrome | 427.81 |
| Aneurysm, Thoracic | 441.2 | □ Congestive Heart Failure | 428.0 | □ Hypotension, Chronic | 458.1 | □ Subclavian Steal | 435.2 |
| Angina, NOS | 413.9 | □ CHF w/ Pulmonary Edema | 428.1 | □ Hypotension, Orthostatic | 458.0 | □ Syncope | 780.2 |
| Angina, Unstable | 411.1 | □ COPD | 496 | □ Hypothyroidism | 244.9 | □ Tachycardia, Unspec. | 785.0 |
| Aortic Insufficiency | 424.1 | □ Coumadin Therapy | 790.92 | □ ICD | V45.02 | □ Tachycardia, SVT | 427.0 |
| Aortic Stenosis | 424.1 | □ Diabetes-NIDDM, unspec | 250.00 | □ LVH-Left Ventricular Hypertrophy | 402.90 | □ Tachycardia, Ventricular | 427.1 |
| Aortic Valve Disorder | 424.1 | □ Diabetes-IDDM, unspec | 250.01 | □ Mass, Lump in Chest | 786.6 | □ Transient Ischemic Attack | 435.9 |
| Atherosclerosis of Aorta | 440.0 | □ Diaphoresis | 780.8 | □ Mitral Regurgitation | 424.0 | □ Tricus Valve Disorder, Non Rheum. | 424.2 |
| Atherosclerosis Extremity w/claud | 440.21 | □ Dizziness/Vertigo | 780.4 | □ Mitral Valve Disorder | 424.0 | □ Venous Insufficiency, unspec | 459.81 |
| Atherosclerosis of Renal | 440.1 | □ Edema | 782.3 | □ Myocardial Infarction-Old | 412 | □ Ventricular Fibrillation | 427.41 |
| Atrial Fibrillation | 427.31 | □ Embolism - Arterial | 444.9 | □ Myocardial Infarction-Recent | 410.90 | □ Ventricular Flutter | 427.42 |
| Atrial Flutter | 427.32 | □ Extremity Pain | 729.5 | □ Numbness | 782.0 | □ Ventricular Premature Contractions | 427.69 |
| Atrial Premature Contractions | 427.61 | □ Extremity Swelling | 729.81 | □ Pacemaker | V45.01 | □ Ventricular Tachycardia | 427.1 |
| Basilar Syndrome | 435.0 | □ Fatigue/Chronic Syndrome | 780.71 | □ Palpitations | 785.1 | □ Vertebral Syndrome | 435.1 |
| Bradycardia | 427.89 | □ Fatigue/Malaise | 780.79 | □ Peripheral Vascular Disease | 443.9 | □ Wolf Parkinson White Disease | 426.7 |
| CAD-Native Vessel | 414.01 | □ GERD | 530.11 | □ Phlebitis, Femoral | 451.11 | □ Other Diagnosis: _____ |  |
| CAD-Autologous BPG | 414.02 | □ Heart Block, 1st Degree | 426.11 | □ Phlebitis, Iliac | 451.81 | | |
| Cardiac Rhythm Regulators | E942.0 | □ Heart Block, Complete | 426.0 | □ Phlebitis, Popliteal | 451.19 | | |
| Cardiomegaly | 429.3 | □ Heart Block, LBBB Hemiblock | 426.2 | □ Phlebitis, Superficial | 451.0 | | |
| Cardiomyopathy | 425.4 | □ Heart Block, LBBB | 426.3 | □ Pleural Effusion | 511.9 | | |
| Cardiomyopathy, Ischemic | 414.8 | □ Heart Block, RBBB | 426.4 | □ Pseudoraneurysm | 442.2 | | |

E TIME PATIENT 01/28/09 9:00A  J.L. 1 YEAR RETURN — REASON PRIOR BALANCE .00

### FOLLOW-UP

□ Abdominal Aortic Duplex___ □ Anticoagulation Clinic
□ Echo w/Color Flow & Doppler___ □ CBC with Diff___
□ Carotid Duplex Imaging___ □ Chem 7___
□ Lower Arterial Flo Lab w/o Exercise___ □ Statin Panel___
□ Lower Arterial Flo Lab w/ Exercise___ □ TSH, T3, T4___
□ Lower Arterial Duplex Imaging___ □ Holter/Event Monitor___
□ Lower Venous Duplex Imaging___ □ Pacer/AICD Check___
□ Renal Duplex Imaging___ □ Pacemaker Insertion___
□ Adenosine Stress___ □ OV___
□ Dobutamine Stress___ □ Test Results___
□ Exercise Stress___ □ Other___
□ Resting Spect EF___

NEXT APPOINTMENT: Days___ Weeks___ Months___

# HEART & VASCULAR CENTER OF BRADENTON

3301 61st Street West
Bradenton, FL 34209
(941) 761-4148 Fax (941) 761-0235
Joseph M. Branconi, MD, FACC (941) 379-7872
ID #65.1094378

Robert J. Subbiondo, MD, FACC
Joseph N. Pace, MD, FACC
Joseph M. Branconi, MD, FACC

Laura Webb, PA-C
Kimberly French, ARNP
Carol (Kelly) Harrington, ARNP

EXHIBIT 9

| Medications | Date | Size | Co | Frequen | Refill |
|---|---|---|---|---|---|
| 1. SYNTHROID | 112100 | 100MCG | Q0 | | JF |
| 2. ASA | 112100 | 81MG | Q0 | | JF |
| 3. VALIUM | 112100 | 5MG | PRN | | JF |
| 4. NTG | 060701 | .4MG | PRN | | LE |
| 5. LASIX | 011403 | 20MG | Q0D | | ROE |
| 6. WELCHOL | 111303 | 625MG | 2BID | | SH |
| 7. PROTERA | 111303 | | Q0 | | SH |
| 8. ZOCOR | 011404 | 40MG | QHS | | ROE |
| 9. FOLIC | 011404 | | 2QD | | ROE |
| 10. DIOVAN | 011404 | 80MG | 100 | | ROE |

Patient Signature

| DATE | TIME | PATIENT | REASON |
|---|---|---|---|
| 07/27/10 | 1.00 | C.C. | |

# HEART & VASCULAR CENTER OF BRADENTON

2101 61st Street West
Bradenton, FL 34209
(941) 761-4448   Fax (941) 761-0235
Billing Inquiries (941) 379-7872
ID #65-1094378

Robert J. Subbiondo, MD, FACC          Laura Webb, PA-C
Joseph N. Pace, MD, FACC               Kimberly French, ARNP
Joseph M. Branconi, MD, FACC           Carol (Kelly) Harrington, ARNP

| CODE | DIAGNOSIS | CODE | DIAGNOSIS | CODE | DIAGNOSIS | CODE | DIAGNOSIS | NEXT APPT. | WHEN |
|---|---|---|---|---|---|---|---|---|---|
| 441.2 | Thoracic Aneurysm w/o Rupture | 433.10 | Carotid Occlusion | 424.0 | Mitral Valve Disorder | 440.22 | Atherosclerosis w/Rest Pain | OV | |
| 441.4 | Abdom Aortic Aneurysm | 433.11 | Cerebrovascular Disease | 412 | Old MI | 593.81 | Renal Artery Stenosis | Test Results | |
| 794.31 | Abnormal EKG | 786.50 | Chest Pain | 780.79 | Other Malaise + Fatigue | 729.81 | Edema–Lower Extremity | ARNP/PA | |
| 794.30 | Abnormal Function Study | 428.0 | Congestive Heart Failure | 785.1 | Palpitations | 729.5 | Pain–Lower Extremity | Spect Cardiolite | |
| 410 | Acute Myocardial Inf Wall | 496 | COPD | 443.9 | Peripheral Vascular Disease | 745.5 | Atrial Septal Defect | Adenosine Cardiolite | |
| 413.9 | Angina Pectoris | 414.00 | CAD, unsp. | 281.0 | Pernicious Anemia | 746.4 | Bicuspid Aortic Valve | Dobutamine Stress | |
| 395.0 | Aortic Stenosis Rheumatic | 414.01 | CAD, Native | 442.3 | Aneurysm — LE | 747.0 | Patent Ductus Arteriosus | Muga Scan | |
| 395.1 | Aortic Valve Insufficiency | 414.02 | CAD, Auto Bypass | 414.06 | Coronary Atherosclerosis of Coronary Artery of Transp. Heart | 416.9 | Chronic Pulmonary Heart Dis. | Regular Stress | |
| 395.9 | Aortic Valve Disorder (Non-Rheumatic) | 750.92 | Coumadin Therapy | 428.0 | Congestive Heart Failure Unspecified | 786.05 | Shortness of Breath | Echo w/Color/Doppler | |
| 424.1 | Aortic Valve Disorder | 780.4 | Dizziness | 414.12 | Dissection of Coronary Artery | 427.81 | Sinoatrial Node Dysfunction SSS | Echo Limited | |
| 427.9 | Arrhythmia/Cardiac Dysrhythmias | 250.00 | DM-Adult Onset | 428.20 | Unspecified Systolic Heart Failure | V45.81 | S/P CABG/Bypass | Stress Echo | |
| 440.0 | Atherosci. Ext Ext Art | 250.01 | DM-Insulin Dependent | 428.21 | Acute Systolic Heart Failure | 451.0 | Superficial Veins Thrombophlebitis | Carotid Duplex | |
| 427.31 | Atrial Fibrillation | 451.11 | DVT Femoral Vein | 428.22 | Chronic Systolic Heart Failure | 780.2 | Syncope | LE A/PVR/ABI | |
| 427.32 | Atrial Flutter | 451.19 | DVT Pop. Tibial | 428.31 | Acute Diastolic Heart Failure | 427.0 | Tachycardia, Paroxysmal Supra Vent. | Lower Venous | |
| 427.89 | Bradycardia | 785.2 | Heart Murmur | 428.32 | Chronic Diastolic Heart Failure | 427.1 | Tachycardia, Ventricular, Paroxysmal | Renal Duplex | |
| 426.13 | 2° AV BLK I | 401.9 | Hypertension | 428.40 | Unspec. Comb. Systolic & Diastolic Heart Failure | 427.41 | Tachycardia, Vent. Fib | Aorta | |
| 426.12 | 2° AV BLK II | 458.9 | Hypotension | 415.19 | Pulmonary Embolism | 427.42 | Tachycardia, Vent. Flutter | Dialysis Graft | |
| 642.0 | Cardiac Rhythm Regulators | 272.0 | Hypercholesterolemia | 398.90 | Rheumatic Heart Disease | 435.9 | Transient Cerebral Ischemia | Holter | |
| 942.1 | Cardiotonic Glycosides & Drugs | 272.4 | Hyperlipidemia | 402.10 | Hypertensive Heart | 397.0 | Tricuspid Valve Disease | Event Monitor | |
| 785.9 | Carotid Bruit | 396.9 | Mitral/Aortic Valve Dis. | 414.8 | Ischemic Heart Disease | 424.2 | Tricuspid Insuf. | Pacer Check | |
| | | 394.0 | Mitral Stenosis | 425.4 | Cardiomyopathy | 411.1 | Unstable AP | ICD Check | |
| | | 394.1 | Mitral Valve Insufficiency | 440.21 | Atherosclerosis w/Claudication | 444.21 | Upper Extremity Occlusion | EKG | |
| | | | | | | V43.3 | Valve Replacement | Blood Pressure Check | |
| | | | | | | 454 | Varicose Veins Lwr Ext | ICG | |

| OFFICE VISITS | FEE | |
|---|---|---|
| | NEW | | ESTABLISHED | |
| 99201 | Level I | 99211 | Level I |
| 99202 | Level II | 99212 | Level II |
| 99203 | Level III | 99213 | Level III |
| 99204 | Level IV | 99214 | Level IV |
| 99205 | Level V | 99215 | Level V |
| 99024 | Post Op Visit | | |
| | CONSULTATIONS | | |
| 99241 | Level I | | |
| 99242 | Level II | | |
| 99243 | Level III | | |
| 99244 | Level IV | | |
| 99245 | Level V | | |

| | DESCRIPTION | |
|---|---|---|
| 93224 | Holter Monitor | |
| 93000 | EKG with Report | |
| 93278 | Signal Avg. EKG | |
| 93040 | Rhythm Strip | |
| 93734 | Pacemaker Evaluation & Report-Sin | |
| 93735 | Pacemaker Evaluation & Report-Dou | |
| 93735 | Pacemaker Reprogram-Single | |
| 93732 | Pacemaker Reprogram-Double | |
| 93741 | ICD Single Eval & Report | |
| 93742 | ICD Single Reprogram | |
| 93743 | ICD Dual Eval & Report | |
| 93744 | ICD Dual Reprogram | |
| 93727 | Elec. Analysis Implantble Loop Records | |
| J0280 | Aminophylline | |
| 90659 | Flu Shot | |
| G0008 | Administration Influenza | |
| 93270 | Hook up Loop Monitor | |
| 93272 | Interp Loop Monitor | |
| 93014 | Interp Non Loop Monitor | |
| G0001 | Venipuncture | |
| 85610 | Protime | |
| J1940 | IV Lasix 20mg | |
| J3420 | B-12 Injection | |
| J0460 | Atropine | |

| | NONINVASIVE PROCEDURES | FEE |
|---|---|---|
| 90782 | Therapeutic Injection | |
| 78481 | Rest RNA/First Pass | |
| 93015 | Exercise Stress Test | |
| 78478 | Myocardial Perfusion | |
| 78465 | Tomographic Spect Multiple | |
| 78480 | Perfusion Study w/Ejec Frac | |
| A9500x2 | Cardiolite per dose | |
| J1245 | Persantine | |
| J1250x1 | Dobutamine | |
| J0151 | Adenosine | |
| W4132x1 | MUGA | |
| 78472 | MUGA | |
| 93307 | Echocardiogram 2D & M Mode | |
| 93320 | Cardiac Doppler | |
| 93233 | Holter Physician Review & Int | |
| 93321 | Cardiac Doppler Limited | |
| 93325 | Cardiac Doppler Color Flow | |
| 93350 | Echo w/exercise (93015) | |
| 93308 | Echo Limited | |
| 93701 | Bio-Z 1 or 2 | |
| 93880 | Carotid Imaging, Real Time | |
| 93922 | Lwr Art BP-ABI | |
| 93923 | Up/Lwr Art BP PVR/Rest | |
| 93924 | Up/Lwr Art BP PVR/Exercise | |
| 93925 | Lower Arterial Imaging | |
| 93926 | Limited Arterial Imaging | |
| 93930 | Upper Arterial Imaging | |
| 93965 | Lower Ext Venous CW, PPG | |
| 93970 | Lower Venous Imaging | |
| 93971 | Upper Venous Imaging | |
| 93975 | Renal Duplex | |
| 93978 | Aorta-Iliac Ultrasound | |
| 93784 | 24" BP Monitor | |
| J7051 | Saline Scc | |
| 36415 | Fingerstick/Venipuncture | |
| 84460 | Lipid Profile | |
| 83036 | HbA1c | |

| 440.0 | | Varicose Veins Lwr Ext | |
| | | Specify | |
| 593.81 | | Vascular Disorder of Kidney, Renal Artery Thrombosis | |
| 459.81 | | Venous Insuff. | |
| 453.3 | | Venous Thrombosis Upper Ext | |
| 796.2 | | White Coat Hypertension | |
| 426.7 | | Wolff-Parkinson White Disease | |
| V72.81 | | Pre Op Cardiovascular Eval | |
| V45.82 | | S/P Stent | |
| V45.1 | | Renal Dialysis Status | |
| 996.73 | | Complication of Renal Dialysis Device | |

EECP
Laser Venous
Cholesterol DUAL C   060506
Warfarin Chk PACER:   060506

## PATIENT INFORMATION

| IE | TIME | PATIENT | M.W. | REASON | | PRIOR BALANCE | |
|---|---|---|---|---|---|---|---|
| | 07/27/10 | 2.00 | | | PC/3x0/302 | PAT | 0.00 |
| | | | | | | INS | 237.00 |

| KET NO. | DR.# | DOCTOR | LOCATION | D.O.B. | TODAY'S CHARGE |
|---|---|---|---|---|---|
| | 136459 72B | PACER/AICD | HVCB PACER AICD | | |

| TIENT NO. | RESPONSIBLE PARTY | | PH# | 9( REFERRING DR. | |
|---|---|---|---|---|---|
| 286715 | | | | KOSER #D | |

| | | | | | | ADJUSTMENTS |
|---|---|---|---|---|---|---|
| M | F | ADDRESS | | CITY/STATE | ZIP CODE | |
| | | X | | | | |

| | OVER 90 | OVER 60 | OVER 30 | CURRENT | TOTAL DUE | PT | BC | CS | PAY CHOICE | TODAY'S PAYMENT |
|---|---|---|---|---|---|---|---|---|---|---|
| Ap | 0.00 | 0.00 | 0.00 | 237.00 | 237.00 | 5 | 6 | 0 | | |

| SURANCE COMPANY | BA | SCT | POLICY I.D. | | RELATIONSHIP TO INSURED | BALANCE DUE |
|---|---|---|---|---|---|---|
| MEDICARE PART B | | Y | I | | SELF / SPOUSE / CHILD / OTHER | |
| BCBS OUT OF STATE | | Y | I | | | |
| SSN # | | | | | | |

### Medications

| | Medications | Date | Size | To | Frequen. | Refill |
|---|---|---|---|---|---|---|
| 1. | VITAMIN E | 122700 | | QD | | HRP |
| 2. | ZANTAC | 092501 | 150MG | BID | | QO |
| 3. | THYROID | 092501 | 130MG | QD | | OJ |
| 4. | COUMADIN | 111202 | | ASD | | LK |
| 5. | BACTRIM | 122302 | 400MG | 1QD | | HF |
| 6. | LASIX | 031003 | | PRN | | RS |
| 7. | ASA | 031003 | | PRN | | RS |
| 8. | CALCIUM | 031003 | 500 MG | 2 QAM | | RS |
| 9. | CARDIZEM | 031704 | 180 MG | QD | | 90X3/T |
| 10. | AMIODARONE | 102504 | 100MG | QD | | 90X3/T |

I hereby authorize my insurance benefits to be paid directly to the above signed physician, realizing I am responsible to pay non-covered services and hereby authorize the release of pertinent medical information to insurance carriers.

Patient Signature

# HEART & VASCULAR CENTER OF BRADENTON

2101 61st Street West
Bradenton, FL 34209
(941) 761-4448 Fax (941) 761-0235
Billing Inquiries (941) 379-7872
ID #65-1094378

Robert J. Subbiondo, MD, FACC — Laura Webb, PA-C
Joseph N. Pace, MD, FACC — Kimberly French, ARNP
Joseph M. Branconi, MD, FACC — Carol (Kelly) Harrington, ARNP

| CODE | DIAGNOSIS |
|---|---|
| 441.2 | Thoracic Aneurysm w/o Rupture |
| 441.4 | Abdom Aortic Aneurysm |
| 794.31 | Abnormal EKG |
| 794.30 | Abnormal Function Study |
| 410 | Acute Myocardial Inf Wall |
| 413.9 | Angina Pectoris |
| 395.0 | Aortic Stenosis Rheumatic |
| 395.1 | Aortic Valve Insufficiency |
| 395.9 | Aortic Valve Disorder (Non-Rheumatic) |
| 424.1 | Aortic Valve Disorder |
| 427.9 | Arrhythmia/Cardiac Dysrhythmia |
| 440.8 | Atheroscl. Lwr Ext Art |
| 427.31 | Atrial Fibrillation |
| 427.32 | Atrial Flutter |
| 426.0 | Atrioventricular Block-Complete |
| 427.89 | Bradycardia |
| 426.13 | 2° AV BLK I |
| 426.12 | 2° AV BLK II |
| E942.0 | Cardiac Rhythm Regulators |
| E942.1 | Cardiotonic Glycosides & Drugs |
| 785.9 | Carotid Bruit |

| CODE | DIAGNOSIS |
|---|---|
| 433.10 | Carotid Occlusion |
| 433.11 | Cerebrovascular Disease |
| 786.50 | Chest Pain |
| 428.0 | Congestive Heart Failure |
| 496 | COPD |
| 414.00 | CAD, unsp. |
| 414.01 | CAD, Native |
| 414.02 | CAD, Auto Bypass |
| 790.92 | Coumadin Therapy |
| 780.4 | Dizziness |
| 250.00 | DM-Adult Onset |
| 250.01 | DM-Insulin Dependent |
| 451.11 | DVT Femoral Vein |
| 451.19 | DVT Pop. Tibial |
| 785.2 | Heart Murmur |
| 401.9 | Hypertension |
| 458.9 | Hypotension |
| 272.0 | Hypercholesterolemia |
| 272.4 | Hyperlipidemia |
| 396.9 | Mitral/Aortic Valve Dis. |
| 394.0 | Mitral Stenosis |
| 394.1 | Mitral Valve Insufficiency |

| CODE | DIAGNOSIS |
|---|---|
| 424.0 | Mitral Valve Disorder |
| 412 | Old MI |
| 780.79 | Other Malaise + Fatigue |
| 785.1 | Palpitations |
| 443.9 | Peripheral Vascular Disease |
| 281.0 | Pernicious Anemia |
| 442.3 | Pseudoaneurysm – LE |
| 414.06 | Coronary Atherosclerosis of Coronary Artery of Transp. Heart |
| 428.0 | Congestive Heart Failure Unspecified |
| 414.12 | Dissection of Coronary Artery |
| 428.20 | Unspecified Systolic Heart Failure |
| 428.21 | Acute Systolic Heart Failure |
| 428.22 | Chronic Systolic Heart Failure |
| 428.31 | Acute Diastolic Heart Failure |
| 428.32 | Chronic Diastolic Heart Failure |
| 428.40 | Unspec. Comb. Systolic & Diastolic Heart Failure |
| 415.19 | Pulmonary Embolism |
| 393.90 | Rheumatic Heart Disease |
| 402.10 | Hypertensive Heart |
| 414.8 | Ischemic Heart Disease |
| 425.4 | Cardiomyopathy |
| 440.21 | Atherosclerosis w/Claudication |

| CODE | DIAGNOSIS |
|---|---|
| 440.22 | Atherosclerosis w/Rest Pain |
| 593.81 | Renal Artery Stenosis |
| 729.81 | Edema-Lower Extremity |
| 729.5 | Pain-Lower Extremity |
| 745.5 | Atrial Septal Defect |
| 746.4 | Bicuspid Aortic Valve |
| 747.0 | Patent Ductus Arteriosus |
| 416.9 | Chronic Pulmonary Heart Dis. |
| 786.05 | Shortness of Breath |
| 427.81 | Sinoatrial Node Dysfunction SSS |
| V45.81 | S/P CABG/Bypass |
| 451.0 | Superficial Veins Thrombophlebitis |
| 780.2 | Syncope |
| 427.0 | Tachycardia, Paroxysmal Supra Vent. |
| 427.1 | Tachycardia, Ventricular, Paroxysmal |
| 427.41 | Tachycardia, Vent. FIB |
| 427.42 | Tachycardia, Vent. Flutter |
| 435.9 | Transient Cerebral Ischemia |
| 397.0 | Tricuspid Valve Disease |
| 424.2 | Tricuspid Insuf. |
| 411.1 | Unstable AP |
| 444.21 | Upper Extremity Occlusion |
| V43.3 | Valve Replacement |
| 454 | Varicose Veins Lwr Ext |
| | Specify |
| 593.81 | Vascular Disorder of Kidney, Renal Artery Thrombosis |
| 459.81 | Venous Insuf. |
| 453.8 | Venous Thrombosis Upper Ext |
| 796.2 | White Coat Hypertension |
| 426.7 | Wolff-Parkinson-White Disease |
| V72.81 | Pre Op Cardiovascular |
| V45.82 | S/P Stent |
| V45.1 | Renal Dialysis Status |
| 996.73 | Complication of Renal Dialysis Device |

**NEXT APPT. / WHEN**

- ☐ OV
- ☐ Test Results
- ☐ ARNP/PA
- ☐ Spect Cardiolite
- ☐ Adenosine Cardiolite
- ☐ Dobutamine Stress
- ☐ Muga Scan
- ☐ Regular Stress
- ☐ Echo w/Color/Doppler
- ☐ Echo Limited
- ☐ Stress Echo
- ☐ Carotid Duplex
- ☐ LE A/PVR/ABI
- ☐ Lower Venous
- ☐ Renal Duplex
- ☐ Aorta
- ☐ Dialysis Graft
- ☐ Holter
- ☐ Event Monitor
- ☐ Pacer Check
- ☐ ICD Check
- ☐ EKG
- ☐ Blood Pressure Check
- ☐ ICG
- ☐ Lipid Clinic
- ☐ Cardiac Rehab
- ☐ Coumadin Clinic
- ☐ Education
- ☐ EECP
- ☐ Laser Venous
- ☐ Cholesterol Check
- ☐ HbA1c Check

WOLFE, PAC ... CK ... MEDICATION 082204

**OFFICE VISITS**

| NEW | | ✓ | ESTABLISHED | | FEE |
|---|---|---|---|---|---|
| 99201 | Level I | | 99211 | Level I | |
| 99202 | Level II | | 99212 | Level II | |
| 99203 | Level III | | 99213 | Level III | |
| 99204 | Level IV | | 99214 | Level IV | |
| 99205 | Level V | | 99215 | Level V | |
| 99024 | Post Op Visit | | | | |

**CONSULTATIONS**

| | | |
|---|---|---|
| 99241 | Level I | |
| 99242 | Level II | |
| 99243 | Level III | |
| 99244 | Level IV | |
| 99245 | Level V | |

**DESCRIPTION**

| | | |
|---|---|---|
| 93224 | Holter Monitor | |
| 93000 | EKG with Report | |
| 93278 | Signal Avg. EKG | |
| 93040 | Rhythm Strip | |
| 93734 | Pacemaker Evaluation & Report-Sin | |
| 93731 | Pacemaker Evaluation & Report-Dou | |
| 93735 | Pacemaker Reprogram-Single | |
| 93732 | Pacemaker Reprogram-Double | |
| 93741 | ICD Single Eval & Report | |
| 93742 | ICD Single Reprogram | |
| 93743 | ICD Dual Eval & Report | |
| 93744 | ICD Dual Reprogram | |
| 93727 | Elec. Analysis Implantible Loop Records | |
| J0280 | Aminophylline | |
| 90659 | Flu Shot | |
| G0008 | Administration Influenza | |
| 93270 | Hook up Loop Monitor | |
| 93272 | Interp Loop Monitor | |
| 93014 | Interp Non Loop Monitor | |
| G0001 | Venipuncture | |
| 85610 | Protime | |
| J1940 | IV Lasix 20mg | |
| J3420 | B-12 Injection | |
| J0460 | Atropine | |

| ✓ CODE | NONINVASIVE PROCEDURES | FEE |
|---|---|---|
| 90782 | Therapeutic Injection | |
| 78481 | Rest RNA/First Pass | |
| 93015 | Exercise Stress Test | |
| 78478 | Myocardial Perfusion | |
| 78465 | Tomographic Spect Multiple | |
| 78480 | Perfusion Study w/Ejec Frac | |
| A9500x2 | Cardiolite per dose | |
| J1245 | Persantine | |
| J1250x1 | Dobutamine | |
| J0151 | Adenosine | |
| W4132x1 | MUGA | |
| 78472 | MUGA | |
| 93307 | Echocardiogram 2D & M Mode | |
| 93320 | Cardiac Doppler | |
| 93233 | Holter Physician Review & Int. | |
| 93321 | Cardiac Doppler Limited | |
| 93325 | Cardiac Doppler Color Flow | |
| 93350 | Echo w/Exercise (93015) | |
| 93308 | Echo Limited | |
| 93701 | Bio-Z 1 or 2 | |
| 93880 | Carotid Imaging, Real Time | |
| 93922 | Lwr Art BP-ABI | |
| 93923 | Up/Lwr Art BP PVR/Rest | |
| 93924 | Up/Lwr Art BP PVR/Exercise | |
| 93925 | Lower Arterial Imaging | |
| 93926 | Limited Arterial Imaging | |
| 93930 | Upper Arterial Imaging | |
| 93965 | Lower Ext Venous CW PPG | |
| 93970 | Lower Venous Imaging | |
| 93971 | Upper Venous Imaging | |
| 93975 | Renal Duplex | |
| 93978 | Aorta-iliac Ultrasound | |
| 93784 | 24° BP Monitor | |
| J7051 | Saline 5cc | |
| 36415 | Fingerstick/Venipuncture | |
| 84460 | Lipid Profile | |
| 83036 | HbA1c | |

**PATIENT INFORMATION**

Medications Date Size Co Frequen Refill

| DATE | TIME | PATIENT | REASON | PRIOR BALANCE |
|---|---|---|---|---|
| 07/27/10 | 1.30 | E.T. [redacted] | PC/3A05/300/330 | PRT 42.36- / INS 0.00 |

| TICKET NO. | DR.# | DOCTOR | LOCATION | D.O.B. | TODAY'S CHARGE |
|---|---|---|---|---|---|
| 330096 | 728 | PACER/AICD | HVCB PACER AICD | [redacted] | |

| PATIENT NO. | RESPONSIBLE PARTY | PH# | REFERRING DR. | ADJUSTMENTS |
|---|---|---|---|---|
| 351977 | [redacted] | [redacted] | 94 KOSFELD #D | |

| M | F | ADDRESS | CITY/STATE | ZIP CODE |
|---|---|---|---|---|
| | X | [redacted] | [redacted] | [redacted] |

| OVER 90 | OVER 60 | OVER 30 | CURRENT | TOTAL DUE | PT | BC | CS | PAY CHOICE | TODAY'S PAYMENT |
|---|---|---|---|---|---|---|---|---|---|
| 0.00 | 42.36- | 0.00 | 0.00 | 42.36- | 5 | 4 | 0 | | |

| INSURANCE COMPANY | BA | SCT | POLICY I.D. | RELATIONSHIP TO INSURED (SELF / SPOUSE / CHILD / OTHER) |
|---|---|---|---|---|
| MEDICARE PART B | | Y | I [redacted] | |
| AMERICAN PIONEER LIF | | Y | I [redacted] | |

SSN # [redacted]

BALANCE DUE

I hereby authorize my insurance benefits to be paid directly to the above signed physician, realizing I am responsible to pay non-covered services and hereby authorize the release of pertinent medical information to insurance carriers.

Patient Signature

08/05/2018 05:52 (941) 761-... 9417... 139

# HEART & VASCULAR CENTER OF BRADENTON

2101 61st Street West
Bradenton, FL 34209
Billing (941)-761-0235
Billing Inquiries (941) 378-7872
ID #65-1094378

Robert J. Sublimondo, MD, FACC
Joseph N. Pace, MD, FACC
Joseph M. Brancaci, MD, FACC

Laura Webb, PA-C
Kimberly French, ARNP
Carol (Kelly) Harrington, ...

| DATE | TIME | PATIENT J.S. | | | | | |
|---|---|---|---|---|---|---|---|
| | 07/14/10 11.45 | | | | | | |

| TICKET NO. | DR.# | DOCTOR | LOCATION |
|---|---|---|---|
| 336194 | 728 | PACE/ALCO | HVCB BRADENTON OFFIC |

PATIENT INFORMATION: 92360

Medications:
1. TRICOR
2. TRIAM/HCTZ
3. PRILOSEC
4. RELAFEN
5. AMBIEN
6. ASA
7. SLO NAG
8. TESTOSTERONE
9. KCL
10. ZINC

Changed M.V.
Would like to see
in 1 mo.

| PRIOR BALANCE | PRT | 0.00 |
|---|---|---|
| PC/REPROGRAM/30d/31FS | TODAY'S CHARGE | 277.55 |
| TOTAL DUE | 277.55 | |
| CURRENT | 80.45 | |
| TODAY'S PAYMENT | | |
| ADJUSTMENTS | | |
| BALANCE DUE | | |

I hereby authorize my insurance benefits to be paid directly to the above physician, realizing I am responsible to pay non-covered services and authorize the release of pertinent medical information to insurance.

| CPT | Procedure | Frequency | Base CPT Reimbursement |
|---|---|---|---|
| **Pacemaker** | | *col #10* | |
| 93288 | Interrogation device evaluation (in person) with physician analysis, review and report, includes connection, recording and disconnection per patient encounter; single, dual, or multiple lead pacemaker system. | 93734 93731 | $43 |
| *single* ~~93279~~ (circled) 93279 | Programming device evaluation with iterative adjustment of the implantable device to test the function of the device and select optimal permanent programmed values with physician analysis, review and report; single lead pacemaker system. | 93735 *single pacer reprogramming* | $56   *93279* |
| *dual* (circled) 93280 | Programming device evaluation with iterative adjustment of the implantable device to test the function of the device and select optimal permanent programmed values with physician analysis, review and report; dual lead pacemaker system. | 93732 *dual pacer reprogramming* | $66   *93280* |
| *BI-V* 93281 | Programming device evaluation with iterative adjustment of the implantable device to test the function of the device and select optimal permanent programmed values with physician analysis, review and report; multiple lead pacemaker system. | *B;V pacer reprogramming* | $77 |
| **Implantable Cardioverter Defibrillator (ICD)** | | | |
| 93289 | Interrogation device evaluation (in person) with physician analysis, review and report, includes connection, recording and disconnection per patient encounter; single, dual, or multiple lead implantable cardioverter-defibrillator system, including analysis of heart rhythm derived data elements. | 93741 93743 | $66 |
| *single* (circled) 93282 | Programming device evaluation with iterative adjustment of the implantable device to test the function of the device and select optimal permanent programmed values with physician analysis, review and report; single lead implantable cardioverter-defibrillator system. | 93742 *single* | $71   *93282* |
| *dual* (circled) 93283 | Programming device evaluation with iterative adjustment of the implantable device to test the function of the device and select optimal permanent programmed values with physician analysis, review and report; dual lead implantable cardioverter-defibrillator system. | 93744 *dual* | $87   *93283* |
| *BI-V* 93284 | Programming device evaluation with iterative adjustment of the implantable device to test the function of the device and select optimal permanent programmed values with physician analysis, review and report; multiple lead implantable cardioverter-defibrillator system. | *B;V* | $102 |
| **Implantable Loop Recorder (ILR)** | | | |
| 93291 | Interrogation device evaluation (in person) with physician analysis, review and report, includes connection, recording and disconnection per patient encounter; implantable loop recorder system, including heart rhythm derived data analysis. | | $41 |
| 93285 | Programming device evaluation with iterative adjustment of the implantable device to test the function of the device and select optimal permanent programmed values with physician analysis, review and report; implantable loop recorder system. | | $48 |
| **Implantable Cardiovascular Monitor (ICM)** | | | |
| 93290 | Interrogation device evaluation (in person) with physician analysis, review and report, includes connection, recording and disconnection per patient encounter; implantable cardiovascular monitor system, including analysis of 1 or more recorded physiologic cardiovascular data elements from all internal and external sensors. | *Latitude* | $32 |

*See important notes on the uses and limitations of this information on page 4.*

*Latitude 93295*

2

EXHIBIT *10*



DEPARTMENT OF HEALTH & HUMAN SERVICES

Centers for Medicare & Medicaid Services

Dwight Reynolds, MD, FHRS
President
Heart Rhythm Society

JAN 2 3 2007
'7

7500 Security Boulevard
Baltimore, MD 21244-1850

Dear Dr. Reynolds:

This is in response to your request on behalf of the Heart Rhythm Society (HRS) for a reassessment of the physician supervision requirements for seven non-invasive heart rhythm codes (CPT codes 93731, 93734, 93741-93745). You believe that the physician supervision requirement for the technical component of these services should be changed from direct to general supervision.

We have reviewed the codes and the justification for your request with our medical staff. Based on our review, we believe that the current direct supervision requirement should be retained. The work and practice expense values for these heart rhythm codes comprise physician involvement, stimulation, and assessment. In addition, CPT codes 93742 and 93744 include equipment reprogramming and CPT code 93745 necessitates initial set-up and programming by a physician.

You also note that the 2006 Physician Fee Schedule states that the physician supervision requirements "do not apply" to either the global service or the professional component for the cited codes. According to your interpretation of this denotation, no physician supervision requirements exist for the professional component or for the global service which is comprised of the technical and professional components. On this basis, therefore, HRS contends a change in the physician supervision level from direct to general for the technical component is warranted. This contention is not consistent with the way in which CMS defines the term "concept does not apply" physician supervision level. We use this term in circumstances where the physician rather than any supervising staff would be personally performing the interpretation. Therefore, physician supervision is not relevant and we designate the supervision level for the professional components as "does not apply". Likewise, the global also has a supervision level of "does not apply" since the physician would personally be conducting a portion or component of the service (i.e., the professional component portion).

We regret that we can not provide a more favorable response. We are, therefore, maintaining our current physician supervision levels for the specified codes.

Sincerely,

Terrence L. Kay, Deputy Director
Hospital and Ambulatory Policy Group
Center for Medicare Management

EXHIBIT 11

Case 5:15-cv-0XXXX-EJS Document 6X-XX Filed 0X/18/X07 Page 64 of XX PageID 63

## HEALTHcARE AMERICA MEDICAL GROUP, INC.

3501 Cortez Road Bradenton, FL 34210          Telephone: (941) 752-2700          TAX ID# 65-0527738          F#

**Enrique Rivera M.D.**                                                                 **Susan L. Gaida A.R.N.P.**

REMARKS: _____ D. M.          SIGNATURE: _____          DATE: 10/22/09

ACCT#: _____   Patient Name: _____          DOB: _____

PRIMARY INS: BCBS PPC                                    PAT BALANCE:          .00

CASH__ CHECK__ CHARGE__ TDAYS Balance: _____

| New Patient | |
|---|---|
| Brief I | 99201 |
| Limited II | 99202 |
| Intermediate III | 99203 |
| Extended IV | 99204 |
| Comprehensive V | 99205 |
| Post Op Visit | 99024 |
| Prolonged Services | 99354 |
| Prolonged (Ad 30 min) | 99355 |
| **Established** | |
| Level I | 99211 |
| Level II | 99212 |
| Level III | 99213 |
| Level IV | 99214 |
| Level V | 99215 |
| Prolonged Services | 99354 |
| Prolonged (Ad 30 min) | 99355 |
| **Consultation** | |
| Level I | 99241 |
| Level II | 99242 |
| Level III | 99243 |
| Level IV | 99244 |
| Level V | 99245 |
| **Clinical Procedures** | |
| EKG w/ Report | 93000 |
| Rhythm Strip | 93040 |
| IV Lasix 20mg / 40mg / 80mg | J1940 |
| Intravenous push / substance/ drug | 90774 |
| EECP | G0166 |
| Prothrombin Time | 85610 |
| Finger Stick | 82418 |

| Pacemaker / AICD | |
|---|---|
| ILR Check w/Reprogram | 93285 |
| ILR Check | 93291 |
| ILR Check Remote or Tele | 93298 |
| Pacer Ck Multi-lead w/Reprogram | 93281 |
| ICD Ck Multi-lead w/ Reprogram | 93284 |
| Pacer Check | 93288 |
| ICD Check | 93289 |
| Pacer Check Remote/Tele | 93294 / 93296 |
| ICD Check Remote/ Tele | 93295 / 93296 |
| Pacer Reprogram / Dual | 93280 |
| ICD Check Dual w/ Re-Program | 93289 |
| Pacer Check Single w/ Re-program | 93279 |
| ICD Check Single w/ Re-Program | 93282 |
| **VNUS Closure Procedure** | |
| Endovenous Ablation Therapy | 36475 |
| 2nd & Subsequent Vein | 36476 |
| Surgical Supply, Misc. | A4649 |
| **Sclerotherapy Treatment** | |
| Sclerotherapy Inj. Single/Muli vein (Spider) | 36468 |
| Sclerotherapy Inj. Single Vein | 36470 |
| Sclerotherapy Inj. Mult. Vein Same Leg | 36471 |
| **Event Monitors** | |
| Hook up | 93270 |
| Professional Reading | 93272 |
| Technical | 93271 |

**EXHIBIT 12**

| Diagnosis | Code | | Code | | Code |
|---|---|---|---|---|---|
| Abnormal EKG | | DVT Femoral Vein | 794.31 | Atrial Septal Defect | 745.5 |
| Abnormal Function Study | | DVT Pop. Tibial | 794.3 | Chronic Pulm Heart Dis | 416.9 |
| Acute Myocardial Inf Wall | | Heart Murmur | 410 | Shortness Of Breath | 786.05 |
| Angina Pectoris | | Hypertension | 413.9 | Sinoatrial Node Dysf SSS | 427.81 |
| Aortic Stenosis Rheumatic | | Hypotension | 395.1 | S/P CABG / Bypass | V45.81 |
| Aortic Valve Insufficiency | | Hypercholesterolemia | 272.0 | Superficial Vein Thrombophleb | 451.0 |
| Aortic Valve Disorder Non-Rheu | | Hyperlipidemia | 272.4 | Syncope | 780.2 |
| Aortic Valve Disorder | | Mitral / Aortic Valve Dis | 396.9 | Tachycardia, Prox Supra Vent | 427.0 |
| Arrythmia / Cardiac Dysrhythmia | | Mitral Stenosis | 394.0 | Tachycardia, Vent. Proxysmal | 427.1 |
| Atherosci. Lwr Ext Art | | Mitral Valve Insufficiency | 394.1 | Transcient Cerebral Ischemia | 435.9 |
| Atrial Fibrilation | | Mitral Valve Disorder | 424.0 | Tricuspid Insuf | 424.2 |
| Atrial Flutter | | Old MI | 427.32 | Upper Ext Occlusion | 444.21 |
| Atrioventricular Block-Complete | | Other Malaise + Fatigue | 428 | Valve Replacement | V43.3 |
| Bradycardia | | Palpitations | 780.79 | Varicose Vein Lwr Ext | 454 |
| 2 AV BLK I | | Peripheral Vascular Dis | 785.1 | Venous Insuff. | 459.81 |
| 2 AV BLK II | | Pseudoaneurysm - LE | 443.9 | Complication of Renal Dialysis Dev | 996.73 |
| Carotid Bruit | | CHF Unspec. | 442.3 | Renal Failure | 585.0 |
| Carotid Occlusion | | Unspac Comb Sys/Dias HF | 785.9 | Renal Insufficiency | 593.3 |
| Cerebrovascular Disease | | Pulmonary Embolism | 428.40 | Chronic Venous Insuff. | 459.81 |
| Chest Pain | | Rheumatic Heart Disease | 415.19 | Venous Leg Pain | 729.5 |
| Congested Heart Failure | | Ischemic Heart Disease | 398.90 | Swelling in the limb | 729.81 |
| COPD | | Cardiomyopathy | 414.5 | Symptomatic Varicose Leg Veins | 454.1 |
| CAD, unsp | | Atherosclerosis w/ Claud | 425.4 | Heart Valve Replacement | V43.3 |
| DM - Insulin Dependent | | Pain - Lower Ext. | 440.21 | Thrombophlebitis | 451.9 |
| Dizziness | | Renal Artery Stenosis | 250.01 | Circulating Anticoagulant Disorder | 286.5 |
| DM - Adult Onset | | Edema - Lower Ext. | 780.4 | Cerebral Atherosclerosis | 437.0 |
| | | Other Diagnosis | 250 | | |

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

United States of America ex rel. John Burns

**DEFENDANTS**

Medtronic, Inc., Boston Scientific Corp., and St. Jude Medical, Inc.

**(b)** County of Residence of First Listed Plaintiff   Hillsborough
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Kevin J. Darken, Cohen, Foster & Romine, P.A. 201 E, Kennedy Blvd., Ste. 1000, Tampa, FL 33602

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1   U.S. Government Plaintiff

☒ 3   Federal Question (U.S. Government Not a Party)

☐ 2   U.S. Government Defendant

☐ 4   Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |    28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | **PERSONAL INJURY** | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 362 Personal Injury - Med. Malpractice | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 365 Personal Injury - Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☒ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
31 U.S.C. §3729 ex seq.
Brief description of cause:
False Claims Act qui tam action

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE _____    DOCKET NUMBER _____

DATE   **8-18-10**

SIGNATURE OF ATTORNEY OF RECORD
*Kevin J. Darken*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____