# Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 07-SC-4777 (PJS/JJG)

UNITED STATES OF AMERICA,           )
*ex rel.* KATHY ONWEZEN, ELAINE     )
BENNETT, and ALAN BRILL             )
                                    )
            Plaintiff-Relators,     )
                                    )
v.                                  )
                                    )
MEDTRONIC, INC.,                    )
                                    )
            Defendant.              )
                                    )

## ORDER

Upon consideration of the United States' Notice of Intervention-in-Part and Declination-in-Part for Purposes of Settlement, it is hereby

**ORDERED** that the Relators' Amended Complaint, the United States' Notice of Intervention-in-Part and Declination-in-Part, and this Order be unsealed; and

**FURTHER ORDERED** that all filings after the date of this Order be unsealed; and

**FURTHER ORDERED** that all other filings in this matter remain under seal and not be made public.

IT IS SO ORDERED, this __2nd__ day of ___December___, 2011.

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge

FILED 12/02/2011
RICHARD D. SLETTEN

JUDGMENT ENTD
DEPUTY CLERK

(53)