# Exhibit F

Case 5:15-cv-06163-EGS Document 64-10 Filed 10/24/17 Page 2 of 2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**,  Plaintiff,  *ex rel.* JOHN DOE,  Relator,  v.  **BOSTON SCIENTIFIC**, *et al.*,  Defendants. | Civil Action No. 11-1082 (ESH) |

## ORDER

The above-captioned action has remained under seal due to the filing of a related action in the Southern District of Texas.  (*See* Order Requiring Case To Remain Under Seal, July 18, 2013 [ECF No. 17].)  Plaintiff has notified the Court that the related action has been unsealed.  *See* Order, *United States v. St. Jude Medical*, No. 4:13cv2072 (S.D. Tex. Sept. 3, 2013).  Accordingly, it is hereby

**ORDERED** that the above-captioned action is **UNSEALED** in its entirety.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date:  October 24, 2013