# Exhibit H

BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2762
Facsimile:  (916) 554-2900

MICHAEL D. GRANSTON
JAMIE ANN YAVELBERG
ADAM J. SCHWARTZ
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, DC  20044
Telephone:  (202) 514-6831
Facsimile:  (202) 514-0280

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF ARKANSAS, CALIFORNIA, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, and WISCONSIN ex rel. ADOLFO SCHROEDER,<br><br>Plaintiffs,<br><br>vs.<br><br>MEDTRONIC, INC.,<br><br>Defendant. | CASE NO. 2:09-CV-0279 WBS EJB<br><br>ORDER ON UNITED STATES' NOTICE OF INTERVENTION FOR PURPOSE OF SETTLEMENT |

[PROPOSED] ORDER ON UNITED STATES' NOTICE
OF INTERVENTION FOR PURPOSE OF SETTLEMENT

1  The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. §
2  3730(b)(4), the Court rules as follows:
3  IT IS ORDERED that Relators' Complaint, the United States' Notice of Intervention, and this
4  Order, be unsealed;
5  IT IS FURTHER ORDERED that all other previously-filed contents of the Court's file in this
6  action remain under seal and not be made public, or served upon the defendants;
7  IT IS FURTHER ORDERED that the seal shall be lifted on all matters occurring in this action
8  after the date of this Order.
9  IT IS SO ORDERED.
10 Dated:  May 27, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON UNITED STATES' NOTICE
OF INTERVENTION FOR PURPOSE OF SETTLEMENT

2