# Exhibit J

**PAUL J. FISHMAN**
United States Attorney
**DAVID E. DAUENHEIMER**
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel.: (973) 645-2925
Fax: (973) 297-2094
E-mail: david.dauenheimer2@usdoj.gov

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS,M INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, WASHINGTON, WISCONSID, THE DISTRICT OF COLUMBIA, THE CITIES OF CHICAGO AND NEW YORK, *ex rel.*,<br><br>JOHN DOE I AND JOHN DOE II<br>*Plaintiffs/Relator,*<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, MEDTRONIC, INC., ST. JUDE MEDICAL, INC., and BIOTRONIK, INC.,<br><br>*Defendants.* | Honorable<br><br>Civil Action No. 14-8096<br><br>[~~PROPOSED~~] **ORDER**<br><br>**FILED UNDER SEAL** |

# ORDER

The United States having declined to intervene in this action under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the named *qui tam* states of The Commonwealths of Massachusetts and Virginia, The States of California, Colorado, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Washington Wisconsin, The District of Columbia, The City of New York having declined to intervene, the Court rules as follows:

**IT IS ORDERED** that,

1. The complaint be unsealed and that the relator serve the complaint upon the defendants;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), and upon Mr. Zlotnick, Bureau of Medi-Cal Fraud and Elder Abuse, California Department of Justice, 1455 Freeze Road, Suite 315, San Diego, CA 92108. The United States may order any deposition transcript and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written response of the United States and NAMFCU representative before ruling or granting its approval.

8. In accordance with the terms of the Maryland False Health Claims, Act, Md. Code Ann., Health Gen, § 2-604 (a)(7), the State of Maryland having declined to intervene in this matter, all claims asserted on behalf of Maryland are hereby dismissed without prejudice.

**IT IS SO ORDERED**,

This \_\_\_\_17th\_\_\_\_ day of \_\_\_\_June\_\_\_\_, 2016

_____
HON. Robert B. Kugler
United States District Judge

**PAUL J. FISHMAN**
United States Attorney
**DAVID E. DAUENHEIMER**
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel.: (973) 645-2925
Fax: (973) 297-2010
E-mail: david.dauenheimer2@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA, THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS,M INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, WASHINGTON, WISCONSID, THE DISTRICT OF COLUMBIA, THE CITIES OF CHICAGO AND NEW YORK, *ex rel.*, <br><br>JOHN DOE I AND JOHN DOE II <br><br>*Plaintiffs and Relator,* <br><br>v. <br><br>BOSTON SCIENTIFIC CORPORATION, MEDTRONIC, INC., ST. JUDE MEDICAL, INC., and BIOTRONIK, INC., <br><br>*Defendants.* | Honorable <br><br>Civil Action No. 14-8296 <br><br>**FILED IN CAMERA AND UNDER SEAL** |

## CERTIFICATE OF SERVICE

I, hereby certify that on June 13, 2016, I caused a copy of (1) the United States of America's Notice of Election to Decline Intervention, and (2) the Proposed Unsealing Order to be sent via first-class mail, postage prepaid, to:

>Joseph L. Messa, Jr., Esq.
>Thomas N. Sweeney, Esq.
>Claudine Q. Homolash, Esq.
>MESSA & ASSOCIATEDS, P.C.
>123 South 22nd Street
>Philadelphia, PA 19103
>
>*Counsel for Qui Tam Relator*

I swear that the foregoing statements are true and correct to the best of my ability and knowledge. I am aware that I am subject to penalty of any willful misstatement herein.

>PAUL J. FISHMAN
>United States Attorney
>
>By: /s/
>DAVID E. DAUENHEIMER
>Assistant United States Attorney

Dated: June 13, 2016

2