IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN<br><br>*ex rel.* Cathleen Forney<br>                                      *Plaintiffs*<br><br>v.<br><br>MEDTRONIC, INC.<br>                                      *Defendant.* | Civil Action No. 15-cv-6264<br><br>**JURY TRIAL DEMANDED** |

# EXHIBIT #3

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA
ex rel. JOHN BURNS,

      Plaintiffs,                              Case No. 8:10-CV-1851-T-23EAJ

v.

MEDTRONIC, INC., BOSTON SCIENTIFIC
CORPORATION, and ST. JUDE MEDICAL, INC.,

      Defendants
_____/

## RELATOR'S NOTICE OF VOLUNTARY DISMISSAL

Relator John Burns, by and through undersigned counsel, voluntary dismisses his non-intervened qui tam action pursuant to Fed.R.Civ.P. 41(a)(1), and 31 U.S.C. § 3730(b)(1) without prejudice to any rights of the United States. Relator has authorized undersigned counsel to file this notice of voluntary dismissal.

## MEMORANDUM OF LAW

Fed.R.Civ.P. 41(a)(1) provides that a plaintiff "may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." 31 U.S.C. § 3730(b)(1) provides that a relator's qui tam action may be dismissed if the Court and the Department of Justice give written consent to the dismissal and their reasons for consenting.

## Local Rule 3.01(g) Certification

Undersigned counsel has conferred with AUSA Randy Harwell. Mr. Harwell has advised undersigned counsel that the United States does not oppose the Voluntary Dismissal provided it

does not prejudice any rights of the United States. AUSA Harwell stated that he would file a written consent upon approval of the Department of Justice.

Respectfully submitted,

/s/ Kevin J. Darken
Barry A. Cohen
Florida Bar No. 096478
bcohen@tampalawfirm.com
**Kevin J. Darken**
Florida Bar No. 0090956
kdarken@tampalawfirm.com
COHEN, FOSTER & ROMINE, P.A.
201 East Kennedy Boulevard, Suite 1000
Tampa, Florida 33602
Telephone: (813) 225-1655
Facsimile: (813) 225-1921
Attorneys for *Qui Tam* Relator

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Randy Harwell, AUSA.

/s/ Kevin J. Darken
Kevin J. Darken
