IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, NORTH CAROLINA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, and WISCONSIN, *ex rel.* CATHLEEN FORNEY, | CIVIL ACTION NO. 15-6264 |
| Plaintiffs/Relator, | |
| v. | |
| MEDTRONIC, INC., | |
| Defendant. | |

## ORDER

**AND NOW**, this 4th day of June, 2018, after considering the motion for summary judgment filed by the defendant (Doc. No. 64), the response in opposition filed by the relator (Doc. No. 69), the defendant's reply to the response in opposition (Doc. No. 70), the relator's supplemental brief (Doc. No. 75), the defendant's supplemental brief (Doc. No. 76), the record presented to the court by the parties, the arguments presented to the court at oral argument; and for the reasons set forth in the separately filed memorandum opinion; accordingly, it is hereby **ORDERED** that the motion for summary judgment (Doc. No. 64) is **DENIED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.